(Official Form 1)(12/03)  Bar No#: 0009369

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO DIVISION (EASTERN) | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>Del Monico, Patrick J. | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle):<br>Del Monico, Kim H. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>xxx-xx-6877 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>xxx-xx-6189 |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>4510 Red Oak Lane<br>Long Grove, IL 60047 | Street Address of Joint Debtor (No. and Street, City, State and Zip Code):<br>4510 Red Oak Lane<br>Long Grove, IL 60047 |
| County of Residence or of the Principal Place of Business:<br>~~Cook~~ LAKE jc | County of Residence or of the Principal Place of Business:<br>~~Cook~~ LAKE jc |
| Mailing Address of Debtor (if different from street address):<br>4510 Red Oak Lane<br>Long Grove, IL 60047 | Mailing Address of Joint Debtor (if different from street address):<br>4510 Red Oak Lane<br>Long Grove, IL 60047 |

[Stamp: NO DISKETTE]

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [x] Chapter 11 | [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Section 304 - Case ancillary to foreign proceeding | | |
| [ ] Other_____ | [ ] Clearing Bank | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| [x] Consumer/Non-Business | [ ] Business | [x] Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- [x] Debtor is a small business as defined by 11 U.S.C. Sec. 101.
- [x] Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

[Stamp:]
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/14/2004
Time: 13:42:58
Debtor: PATRICK J DEL MONICO
Case: 04-38235    Fee : 839
Chapter: 11 Rec. # : 3106243
Judge: A Benjamin Goldgar

1:04BK38235-BK001

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300.

**Voluntary Petition (page 2)**
*(This page must be completed and filed in every case)*

Name of Debtor(s):  Patrick J. Del Monico
Kim H. Del Monico

### Prior Bankruptcy Case(s) Filed Within Last 6 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| None | | |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Patrick J. Del Monico
Patrick J. Del Monico

X /s/ Kim H. Del Monico
Kim H. Del Monico

Telephone Number (If not represented by an attorney)

10/14/2004
Date

**Signature of Attorney**

X /s/ John Ellsworth
John Ellsworth            Bar No. 0009369

John Ellsworth
1450 American Lane
Suite 1400
Schaumburg, IL  60173

Phone No. (847) 891-8870      Fax No. (847) 330-4451

10/14/2004
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Printed Name of Authorized Individual

Title of Authorized Individual

10/14/2004
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/ John Ellsworth                                    10/14/2004
John Ellsworth                                          Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

Case 04-38235    Doc 1    Filed 10/14/04    Entered 10/14/04 13:41:22    Desc Petition
Page 3 of 18

IN RE: **Patrick J. Del Monico**
**Kim H. Del Monico**

CASE NO _____
(If Known)

CHAPTER **11**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 0007174659<br><br>ABN Amro Mortgage<br>2600 West Big Beaver Road<br>Troy, MI 48084 | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage, First**<br>COLLATERAL:<br>**single family residence**<br>REMARKS:<br><br>COLLATERAL VALUE: $1,350,000.00 | | | | $145,348.00 | |
| ACCT #: 7300059297<br><br>LaSalle Bank N.A.<br>135 South LaSalle Street<br>Chicago, IL 60603 | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Home equity loan**<br>COLLATERAL:<br>**single family dwelling**<br>REMARKS:<br><br>COLLATERAL VALUE: $0.00 | | | X | $881,325.00 | $881,325.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

_____No_____ continuation sheets attached

Total for this Page (Subtotal) > $1,026,673.00 | $881,325.00
Running Total > $1,026,673.00 | $881,325.00

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE:  Patrick J. Del Monico                                    CASE NO
        Kim H. Del Monico
                                                                 CHAPTER   11

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by Individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

IN RE: **Patrick J. Del Monico**
**Kim H. Del Monico**

CASE NO _____
(If Known)

CHAPTER **11**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)
*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: debtors' home<br>Lake County Treasurer<br>18 N. County St.<br>Waukegan, IL 60085 | | J | DATE INCURRED:<br>CONSIDERATION:<br>real estate taxes<br>REMARKS: | | | X | $18,900.00 | $18,900.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Total for this Page (Subtotal) > | | | | $18,900.00 | $18,900.00 |
| | | | Running Total > | | | | $18,900.00 | $18,900.00 |

IN RE: Patrick J. Del Monico
Kim H. Del Monico

CASE NO _____ (If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Aaron and Trecker Heating and AC<br>100 Oakwood Drive<br>Lake Zurich, IL 60047 | | J | DATE INCURRED: 2004<br>CONSIDERATION: Heating and a/c<br>REMARKS: | | | | $1,150.00 |
| ACCT #: PRC000565908<br>American Student Assistance<br>c/o Sun Tech, Inc.<br>100 Cambridge Street<br>Suite 1600<br>Boston, MA 02114 | | J | DATE INCURRED:<br>CONSIDERATION: Student loan<br>REMARKS: | | | | Unknown |
| ACCT #:<br>American Telephone and Telegraph<br>POB 8212<br>Aurora, IL 60572-8212 | | J | DATE INCURRED: 2004<br>CONSIDERATION: Phone bill<br>REMARKS: | | | X | $1,006.00 |
| ACCT #: 3050-009845-6661<br>Amoco/BP Refinery<br>POB 9014<br>Des Moines, Iowa 50368-9014 | | J | DATE INCURRED:<br>CONSIDERATION: Gas and oil<br>REMARKS: | | | | $1,580.00 |
| ACCT #: 101496<br>Arlington Ent-Head and Neck<br>1430 North Arlington Heights Road<br>Arlington Heights, IL 60004 | | J | DATE INCURRED:<br>CONSIDERATION: Medical Services<br>REMARKS: | | | | $80.00 |
| ACCT #: 4319-0400-0818-8553<br>Bank of America<br>POB 53132<br>Phoenix, AZ 85072-3132 | | J | DATE INCURRED:<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $5,972.00 |
| ACCT #: 4325 1592 0224 1265<br>Bank One<br>POB 15299<br>Wilmington, DE 19850-5299 | | J | DATE INCURRED:<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $7,906.00 |

____6____ continuation sheets attached

Total for this Page (Subtotal) >   $17,694.00
Running Total >   $17,694.00

Case 04-38235   Doc 1   Filed 10/14/04   Entered 10/14/04 13:41:22   Desc Petition
Page 7 of 18

IN RE: Patrick J. Del Monico
Kim H. Del Monico

CASE NO _____ (If Known)

CHAPTER 11

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 4417 1211 6413 6361<br>Bank One<br>POB 15299<br>Wilmington, DE 19850-5299 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $13,927.00 |
| ACCT #: See<br>C.B. Accounts<br>1101 Main St.<br>Peoria, IL 61606 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for NW Community Hospital<br>REMARKS:<br>#35529977<br>#35291687 | | | | $301.00 |
| ACCT #: 4115 0724 3194 6832<br>Capital One Services-Virginia<br>POB 85015<br>Richmind, VA 23285-5015 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $245.00 |
| ACCT #: 5178 0523 9674 2971<br>Capital One Services-Virginia<br>POB 85015<br>Richmind, VA 23285-5015 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | X | $1,686.00 |
| ACCT #: 5178 0524 6354 2650<br>Capital One Services-Virginia<br>POB 85015<br>Richmind, VA 23285-5015 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $314.00 |
| ACCT #: 4305 7223 1979 6267<br>Capital One Services-Virginia<br>POB 85015<br>Richmind, VA 23285-5015 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $7,452.00 |
| ACCT #:<br>Cingular Wireless<br>1002 West Dundee Road<br>Arlington Heights, IL 60004 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Telephone service<br>REMARKS: | | | X | $873.00 |

Total for this Page (Subtotal) >   $24,798.00
Running Total >   $42,492.00

Case 04-38235   Doc 1   Filed 10/14/04   Entered 10/14/04 13:41:22   Desc Petition
Page 8 of 18

IN RE: Patrick J. Del Monico
Kim H. Del Monico

CASE NO _____
(If Known)

CHAPTER 11

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 5410 6543 4844 7118<br>Citicard<br>Citibank<br>POB 6500<br>Sioux Falls, SD 57111-6500 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $20,437.00 |
| ACCT #:<br>Comprehensive Real Estate Svcs.<br>203 East Grand Ave.<br>Lake Villa, IL 60046 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Services<br>REMARKS:<br>appraisal of property | | | | $500.00 |
| ACCT #: 171322-1-0<br>Consumers Credit Union<br>2750 Washington Street<br>Waukegan, IL 60079-9119 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Auto loan<br>REMARKS: | | | | $21,152.00 |
| ACCT #: Patrick Del Monico, Waukegan case<br>Daniel Meenan, Jr.<br>10 South LaSalle St., Ste. 2424<br>Chicago, IL 60603 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Legal fees<br>REMARKS: | | | | $7,055.00 |
| ACCT #: Patrick Del Monico, federal case<br>Daniel Meenan, Jr.<br>10 South LaSalle St., Ste. 2424<br>Chicago, IL 60603 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Legal fees<br>REMARKS: | | | | $17,349.00 |
| ACCT #: 6011 3001 2065 8644<br>Discover Financial Svcs.<br>Attn: Connie Whetstine<br>POB 17019<br>Wilmington, DE 19850-7019 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $1,773.00 |
| ACCT #: 6011 0076 2070 7926<br>Discover Financial Svcs.<br>Attn: Connie Whetstine<br>POB 17019<br>Wilmington, DE 19850-7019 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $9,192.00 |

Total for this Page (Subtotal) > $77,458.00

Running Total > $119,950.00

Case 04-38235   Doc 1   Filed 10/14/04   Entered 10/14/04 13:41:22   Desc Petition
Page 9 of 18

IN RE: Patrick J. Del Monico
Kim H. Del Monico

CASE NO _____
(If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 5178-0072-8911-7053<br>First Premier Card Services<br>POB 5524<br>Sioux Falls, SD 57117-5524 | | J | DATE INCURRED:<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $426.00 |
| ACCT #: 5178-0073-4173-9696<br>First Premier Card Services<br>POB 5147<br>Sioux Falls, SD 57117-5147 | | J | DATE INCURRED:<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $478.00 |
| ACCT #: 4305 5003 8807 2186<br>Fleet Credit Card Svcs.<br>POB 15480<br>Wilmington, DE 19850-5480 | | J | DATE INCURRED:<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $681.00 |
| ACCT #: 101215<br>Glen Ellyn Storage<br>1530 Wrightwood Court<br>Addison, IL 60101-3092 | | J | DATE INCURRED:<br>CONSIDERATION: Storage<br>REMARKS: | | | | $1,921.00 |
| ACCT #:<br>GLM Financial<br>20856 North Rand Road<br>Barrington, IL 60010 | | J | DATE INCURRED:<br>CONSIDERATION: Promissory Note<br>REMARKS: | | | | $30,000.00 |
| ACCT #: 5408 0100 2608 9694<br>Household Credit Svcs<br>POB 80084<br>Salinas, CA 93912-0084 | | J | DATE INCURRED:<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $565.00 |
| ACCT #: 418301 12 168662 8<br>Household Finance<br>188 East Golf Road<br>Schaumburg, IL 60173 | | J | DATE INCURRED:<br>CONSIDERATION: Promissory Note<br>REMARKS: | | | | $6,553.00 |
| | | | | | | Total for this Page (Subtotal) > | $40,624.00 |
| | | | | | | Running Total > | $160,574.00 |

Case 04-38235   Doc 1   Filed 10/14/04   Entered 10/14/04 13:41:22   Desc Petition
Page 10 of 18

IN RE: **Patrick J. Del Monico**
**Kim H. Del Monico**

CASE NO _____ (If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Indeck Power Equipment<br>1111 Willis Avenue<br>Wheeling, Illinois 60090 | | J | DATE INCURRED:<br>CONSIDERATION: Auto loan<br>REMARKS: | | | X | $8,000.00 |
| Representing:<br>Indeck Power Equipment | | | Freeborn and Peters<br>311 S. Wacker Drive<br>Chicago, IL 60606 | | | | Notice Only |
| Representing:<br>Indeck Power Equipment | | | Freeborn and Peters<br>311 S. Wacker Drive<br>Chicago, IL 60606 | | | | Notice Only |
| ACCT #:  Personal Loan<br>Indeck Power Equipment<br>1111 Willis Avenue<br>Wheeling, Illinois 60090 | | J | DATE INCURRED:<br>CONSIDERATION: Personal loan<br>REMARKS: | | | X | $72,000.00 |
| Representing:<br>Indeck Power Equipment | | | Freeborn and Peters<br>311 S. Wacker Drive<br>Chicago, IL 60606 | | | | Notice Only |
| ACCT #:  7300059297<br>LaSalle Bank N.A.<br>135 South LaSalle Street<br>Chicago, IL  60603 | | J | DATE INCURRED:<br>CONSIDERATION: Interest, home equity loan<br>REMARKS: | | | X | $9,000.00 |
| ACCT #:  5490-9943-7337-2978<br>MBNA America<br>POB 15287<br>Wilmington, DE 19886-5287 | | J | DATE INCURRED:<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $20,412.00 |

Total for this Page (Subtotal) >   $109,412.00
Running Total >   $269,986.00

Case 04-38235   Doc 1   Filed 10/14/04   Entered 10/14/04 13:41:22   Desc Petition
Page 11 of 18

IN RE: Patrick J. Del Monico
Kim H. Del Monico

CASE NO _____ (If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 5200 0102 0172 3083<br>MBNA Quantum<br>POB 15026<br>Wilmington, DE 19850-5026 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $19,847.00 |
| ACCT #: 68<br>Medina Landscaping<br>27218 W. Highway 176<br>Wauconda, IL 60084 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Landscaping<br>REMARKS: | | | | $6,630.00 |
| ACCT #: 311<br>N.A.C.M.<br>c/o Vector Marketing<br>1185 Harlem Road<br>Buffalo, NY 14227 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Advertising<br>REMARKS: | | | | $0.00 |
| ACCT #: See<br>Northwest Community Hospital<br>800 West Central Road<br>Arlington Heights, IL 60005 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Medical Services<br>REMARKS:<br>Accounts:<br>36518928<br>36079207<br>35291687<br>35880089 | | | | $2,210.00 |
| Representing:<br>Northwest Community Hospital | | | Pellettieri & Assoc.<br>991 Oak Creek Drive<br>Lombard, IL 60148-6408 | | | | Notice Only |
| ACCT #:<br>Okeh Electric<br>825 W. University Drive<br>Arlington Heights, IL 60004 | | J | DATE INCURRED:<br>CONSIDERATION:<br>electric services<br>REMARKS: | | | | $5,550.00 |

Total for this Page (Subtotal) > **$34,237.00**

Running Total > **$304,223.00**

IN RE: Patrick J. Del Monico
Kim H. Del Monico

CASE NO _____ (If Known)

CHAPTER **11**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 4185 8606 4338 7281<br>Providian Visa Platinum Card<br>POB 192844<br>San Francisco, CA 94119-2844 | | J | DATE INCURRED:<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $2,855.00 |
| ACCT #: 3453<br>Rico Landscaping<br>POB 295<br>Round Lake, IL 60073 | | J | DATE INCURRED:<br>CONSIDERATION: Snow removal and landscaping<br>REMARKS: | | | | $1,120.00 |
| ACCT #: CC683ER344<br>Suntechol<br>Collegiate Funding Svcs.<br>POB 6004<br>Ridgeland, MS 39158-6004 | | J | DATE INCURRED:<br>CONSIDERATION: Student loan<br>REMARKS: | | | | $11,594.00 |
| ACCT #: 08550<br>Tidy Tanks<br>POB 512<br>Fox River Grove, IL 60021 | | J | DATE INCURRED:<br>CONSIDERATION: Septic svc<br>REMARKS: | | | | $385.00 |
| ACCT #: 57771-0000034511<br>Trans World System, Inc.<br>25 Northwest Highway, Ste. 750<br>Elk Grove Village, IL 60007 | | J | DATE INCURRED:<br>CONSIDERATION: Collecting for Northern Illinois MRI<br>REMARKS: | | | | $241.00 |
| ACCT #: 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<br>U.S. D.O.E.<br>POB 530260<br>Atlanta, GA 30353-0260 | | J | DATE INCURRED:<br>CONSIDERATION: Student loan<br>REMARKS: | | | | $7,031.00 |

Total for this Page (Subtotal) > $23,226.00

Running Total > $327,449.00

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE:  Patrick J. Del Monico                                    CASE NO
        Kim H. Del Monico
                                                                 CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/14/2004                        Signature  *Patrick J. Del Monico*
                                                   Patrick J. Del Monico

Date  10/14/2004                        Signature  *Kim H. Del Monico*
                                                   Kim H. Del Monico

Aaron and Trecker Heating and AC
100 Oakwood Drive
Lake Zurich, IL 60047


ABN Amro Mortgage
2600 West Big Beaver Road
Troy, MI   48084


American Student Assistance
c/o Sun Tech, Inc.
100 Cambridge Street
Suite 1600
Boston, MA 02114

American Telephone and Telegraph
POB 8212
Aurora, IL   60572-8212


Amoco/BP Refinery
POB 9014
Des Moines, Iowa 50368-9014


Arlington Ent-Head and Neck
1430 North Arlington Heights Road
Arlington Heights, IL 60004


Bank of America
POB 53132
Phoenix, AZ 85072-3132


Bank One
POB 15299
Wilmington, DE 19850-5299


C.B. Accounts
1101 Main St.
Peoria, IL 61606

Capital One Services-Virginia
POB 85015
Richmind, VA 23285-5015


Cingular Wireless
1002 West Dundee Road
Arlington Heights, IL 60004


Citicard
Citibank
POB 6500
Sioux Falls, SD 57111-6500


Comprehensive Real Estate Svcs.
203 East Grand Ave.
Lake Villa, IL 60046


Consumers Credit Union
2750 Washington Street
Waukegan, IL 60079-9119


Daniel Meenan, Jr.
10 South LaSalle St., Ste. 2424
Chicago, IL 60603


Discover Financial Svcs.
Attn: Connie Whetstine
POB 17019
Wilmington, DE 19850-7019


First Premier Card Services
POB 5524
Sioux Falls, SD   57117-5524


First Premier Card Services
POB 5147
Sioux Falls, SD   57117-5147

Fleet Credit Card Svcs.
POB 15480
Wilmington, DE 19850-5480


Freeborn and Peters
311 S. Wacker Drive
Chicago, IL 60606


Glen Ellyn Storage
1530 Wrightwood Court
Addison, IL 60101-3092


GLM Financial
20856 North Rand Road
Barrington, IL 60010


Household Credit Svcs
POB 80084
Salinas, CA  93912-0084


Household Finance
188 East Golf Road
Schaumburg, IL 60173


Indeck Power Equipment
1111 Willis Avenue
Wheeling, Illinois 60090


Lake County Treasurer
18 N. County St.
Waukegan, IL 60085


LaSalle Bank N.A.
135 South LaSalle Street
Chicago, IL  60603

MBNA America
POB 15287
Wilmington, DE 19886-5287


MBNA Quantum
POB 15026
Wilmington, DE  19850-5026


Medina Landscaping
27218 W. Highway 176
Wauconda, IL 60084


N.A.C.M.
c/o Vector Marketing
1185 Harlem Road
Buffalo, NY 14227


Northwest Community Hospital
800 West Central Road
Arlington Heights, IL 60005


Okeh Electric
825 W. University Drive
Arlington Heights, IL 60004


Pellettieri & Assoc.
991 Oak Creek Drive
Lombard, IL 60148-6408


Providian Visa Platinum Card
POB 192844
San Francisco, CA 94119-2844


Rico Landscaping
POB 295
Round Lake, IL 60073

Suntechol
Collegiate Funding Svcs.
POB 6004
Ridgeland, MS 39158-6004


Tidy Tanks
POB 512
Fox River Grove, IL 60021


Trans World System, Inc.
25 Northwest Highway, Ste. 750
Elk Grove Village, IL 60007


U.S. D.O.E.
POB 530260
Atlanta, GA 30353-0260