IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Proceeding |
| | ) | |
| **PATRICK DEL MONICO and** | ) | Case No. 04-38235 |
| **KIM DEL MONICO,** | ) | |
| | ) | |
| Debtor(s). | ) | Hon. A. Benjamin Goldgar |

### ORDER

This cause coming to be heard on the United States Trustee's Emergency Motion to Modify Final Pretrial Order, due notice having been given:

**IT IS HEREBY ORDERED** that the Final Pretrial Order is hereby modified as to the United States Trustee to allow the United States Trustee to depose John Ellsworth during the week of February 14, 2005.

ENTERED:

_____
HONORABLE A. BENJAMIN GOLDGAR
UNITED STATES BANKRUPTCY JUDGE

FEB 1 4 2005

Dated: