UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDINGS |
| | ) | |
| PATRICK AND KIM DEL MONACO | ) | Case No. 04 B 38235 |
| | ) | |
| | ) | |
| DEBTORS. | ) | HON. A. BENJAMIN GOLDGAR |

### NOTICE OF FILING

**PLEASE TAKE NOTICE THAT** on **July 19, 2005**, M. Gretchen Silver, Attorney for the U.S. Trustee, filed the **U.S. TRUSTEE'S OBJECTION TO THE APPLICATION BY PRIOR DEBTOR'S COUNSEL FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT,** with the Clerk of the United States Bankruptcy Court for the Northen District of Illinois. A copy of said pleading is hereby served upon you.

   /S/ M. Gretchen Silver
M. GRETCHEN SILVER, ATTORNEY
ATTORNEY I.D. NO. 6204419
227 WEST MONROE ST.
SUITE 3350
CHICAGO, ILLINOIS  60606
(312) 353-5054

### CERTIFICATE OF SERVICE

I, M. Gretchen Silver, Trial Attorney, state that I caused a copy of the above **NOTICE OF FILING,** together with a copy of the **U.S. TRUSTEE'S OBJECTION TO THE APPLICATION BY PRIOR DEBTOR'S COUNSEL FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT,** to be delivered via facsimile transmission to all persons on the attached service list, from 227 West Monroe Street, Chicago, Illinois, **before the hour of 5:00 p.m. on July 19, 2005.**

/S/  M. Gretchen Silver

## SERVICE LIST
## PATRICK & KIM DEL MONACO
## 04 B 38235

Steven B. Towbin
Richard M. Fogel
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Fax# 312-276-1334

John Redfield
Kelleher & Buckley, LLC
231 West Main Street
Barrington, IL 60010
Fax# 847-382-9135

Ronald Peterson
Jenner & Block
One IBM Plaza
38th Floor
Chicago, IL 60611
Fax#312-840-7381

Neal H. Levin
Freeborn & Peterson LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606-6677
Fax#312-360-6573

Jerold Sharpio
Kamm & Sharpio
318 West Adams Street
Suite 1700
Chicago, IL 60606
Fax#312-726-9550