Case 04-38235    Doc 340    Filed 04/12/10    Entered 04/13/10 10:09:43    Desc Main
Document    Page 1 of 2

04-38235:337.1:Application for Compensation:Proposed Order Entered: 3/18/2010 11:23:09 AM by:Ronald Peterson Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **PATRICK AND KIM DEL MONICO,** | ) | Case No. 04 B 38235 |
| | ) | |
| Debtors. | ) | Honorable A. Benjamin Goldgar, |
| | ) | |

ORDER GRANTING FIRST AND FINAL APPLICATION
OF GOULD & PAKTER ASSOCIATES LLC
FOR COMPENSATION FOR SERVICES RENDERED FOR THE
PERIOD FROM MARCH 11, 2005 THROUGH OCTOBER 6, 2008

Gould & Pakter Associates LLC as Accountant to Ronald R. Peterson, not individually but as chpater 7 trustee of the bankruptcy estate of Patrick J. and Kim H. Del Monico (the "Trustee"), having filed the First and final of Gould & Pakter Associates LLC for Compensation for Services Rendered for the Period from March 11, 2005 through October 6, 2008 (the "Application"), the Court having reviewed the Application; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); it appearing that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; adequate notice having been given; it appearing no other notice need be given; all persons with standing having been afforded the opportunity to be heard on the Application; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Application is GRANTED, on an interim basis.

2. For the period of March 11, 2005 through October 6, 2008, an administrative allowance be made to Gould & Pakter Associates LLC in the sum of $12,662.50 for necessary professional services rendered.

1848235.1

3. The Trustee is hereby authorized and directed to pay the amounts allowed in paragraph 2 hereof, less all interim payments made to date.

4. ~~This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.~~

5. Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: Chicago, Illinois
       April  12 , 2010

_____
UNITED STATES BANKRUPTCY JUDGE

1 2 APR 2010

15

1848235.1