**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PATRICK J. DEL MONICO AND | ) | Case No. 04 B 38235 |
| KIM H. DEL MONICO, | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| Debtors. | ) | |
| | ) | **Hearing:  May 18, 2015** |
| | ) | **10:00 a.m.** |
| | ) | |

<u>**NOTICE OF MOTION**</u>

**PLEASE TAKE NOTICE** that on Monday, May 18, 2015, at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 at the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Final Application of Jenner & Block LLP, as Counsel for the Trustee, for Compensation and Reimbursement of Expenses for the Period March 21, 2005 through December 31, 2014**, at which time and place you may appear if you see fit.

Dated:  April 8, 2015

Respectfully submitted,

RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the bankruptcy estate of Patrick J. Del Monico and Kim H. Del Monico

By:_____ */s/  Ronald R. Peterson*_____
Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654
Telephone:  (312) 222-9350
Facsimile:  (312) 840-7381

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re   PATRICK J. DEL MONICO AND KIM H.   )
　　　 DEL MONICO,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )　　Bankruptcy No. _____04-38235_____
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　 Debtor.　　　 )　　Chapter　　_____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ JENNER & BLOCK LLP _____

Authorized to Provide Professional Services to: _____ RONALD R. PETERSON, CHAPTER 7 TRUSTEE _____

Date of Order Authorizing Employment: _____ March 21, 2005 _____

Period for Which Compensation is Sought:
From _____ March 21 _____, ____2005____ through _____ December 31 _____, _2014_

Amount of Fees Sought:　　$ 296,313.50 _____

Amount of Expense Reimbursement Sought:　$ 44,684.42 _____

This is an:　　　Interim Application _____　　　Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____ January 29, 2015 _____　　　　_____ Ronald R. Peterson _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Counsel)

(Rev 11/19/10)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PATRICK J. DEL MONICO AND | ) | Case No. 04 B 38235 |
| KIM H. DEL MONICO, | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| Debtors. | ) | |
| | ) | Hearing:  May 18, 2015 |
| | ) | 10:00 a.m. |
| | ) | |

**FINAL APPLICATION OF JENNER & BLOCK LLP,
AS COUNSEL FOR THE TRUSTEE, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MARCH 21, 2005 THROUGH DECEMBER 31, 2014**

JENNER & BLOCK LLP ("Jenner"), counsel to Ronald R. Peterson, the Chapter 7

Trustee (the "Trustee") for the estate of Patrick J. Del Monico and Kim H. Del Monico (the

"Debtors"), pursuant to 11 U.S.C. §§ 327 and 330 and the Order granting the Trustee's Motion to

Retain Counsel (Doc. No. 101) (the "Jenner Retention Order"), hereby submits this final fee

application for approval and allowance of compensation in the amount of $296,313.50 for the

reasonable and necessary legal services rendered to the Trustee, and for reimbursement of

expenses incurred during the representation in the amount of $44,684.42 (the "Application") for

the period March 31, 2005 through December 31, 2014 (the "Compensation Period").  In support

of this Application, Jenner respectfully states as follows:

**<u>INTRODUCTION</u>**

1.    This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (B).  Venue

is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief requested herein are sections 328 and 330 of

Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as

supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines"), the Administrative Order and the Customer Adequate Protection Stipulation (collectively, the "Guidelines").

## BACKGROUND

3.   On October14, 2004, the Debtors filed their original joint petition for an order for relief under chapter 11 of the Bankruptcy Code.  On January 11, 2005, the United States Trustee moved for the appointment of a chapter 11 trustee.  In response to the motion, the Bankruptcy Court held a two-day evidentiary hearing and concluded that a trustee for Kim H. Del Monico and Patrick J. Del Monico was necessary due to their misconduct and lack of candor. Consequently, the United States Trustee appointed Ronald R. Peterson as the Trustee, and the Bankruptcy Court confirmed his appointment on March 9, 2005.  On March 21, 2005, this Court entered an order authorizing the Trustee to retain the law firm of Jenner & Block.  On May 13, 2005, this Court entered an order converting the case to a liquidation case under chapter 7 of the Bankruptcy Code and Trustee remained as Chapter 7 Trustee.

4.   This is a remarkable case because, unlike most chapter 11 debtors, it chronicles, the career of a confidence man who stole money and property from others, lied to this Court and others, made false claims against the United States and burned through five lawyers.  The first part of the Application will review the history of the case and the enormous problems the Trustee faced, and how the Trustee's counsel addressed those problems.  The second portion of the Application is an itemized statement of the services rendered by the Trustee (and his attorneys

2

and/or paralegals) to the estate and a detailed list of the expenses incurred.

## SUMMARY OF WORK

5.      The bulk of the Trustee's work was involved in investigating and prosecuting a criminal referral against Patrick Del Monico.  Mr. Del Monico and his wife, Kim Del Monico, resided at 4510 Red Oak Lane, Long Grove, Lake County, Illinois.   On October 14, 2004, Kim H. Del Monico and Patrick J. Del Monico filed their original petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"), initiating Case No. 04 B 38235.

6.      Mr. Del Monico was no stranger to the federal judicial system.   In 1992, Mr. Del Monico pled guilty to criminal fraud before U.S. District Judge Zagel in case no. 92-01072.  His fraud conviction was unfortunately a precursor of bigger things that were about to happen.

7.      The Trustee and his lawyers worked closely with the United States Air Force, the Federal Bureau of Investigation and the United States Attorney's office.   Ultimately, the government indicted and convicted Del Monico, who is now residing in a gated community near the Duluth, Minnesota Airport.

## SCHEDULES AND STATEMENT OF AFFAIRS

8.      The Debtors filed Schedules D-F, on October 14, 2004.  In connection with their original petition, the Debtors signed the second page, thereby attesting "under penalty of perjury that the information provided in this petition is true and correct."   Subsequent to that date, the Debtors have file numerous amendments to the petition, their schedules, and statement of financial affairs.

9.      On November 17, 2004, the Debtors filed Amended Schedule B and a Declaration Concerning Debtor's Schedules, pursuant to which each Debtor declared under penalty of

3

perjury that the information set forth in Amended Schedule B was true and correct.  In this Amended Schedule B, Mr. Del Monico disclosed no interest in any (a) coin collection (Item 5); (b) stock and interests in incorporated or unincorporated businesses (Item 12); or (c) contingent and unliquidated claims (Item 20).

10.     On November 29, 2004, the Debtors filed their Statement of Financial Affairs. On December 16, 2004, the Debtors filed an Amended Statement of Financial Affairs and signed the Declaration corresponding thereto, thus declaring under penalty of perjury that the answers therein were true and correct.  In response to the question regarding suits or administrative proceedings to which the Debtors were parties, the Debtors listed only lawsuits pending against them, and no lawsuits or proceedings in which Mr. Del Monico was a plaintiff or claimant.

11.     On January 12, 2005, the Debtors again amended their schedules and statements of financial affairs.  For the first time, the Debtors included on Schedule B a purported loan receivable made by Mr. Del Monico to ITC in the amount of $55,000.00.

12.     On January 11, 2005, the United States Trustee moved for the appointment of a chapter 11 trustee under 11 U.S.C. § 1104.  The Bankruptcy Court conducted a two-day evidentiary hearing on the United States Trustee's motion, and on March 2, 2005, granted that motion.  The Bankruptcy Court entered a Memorandum Opinion.  Mr. Del Monico gave two days of sworn testimony at the trial.  Among other things, Mr. Del Monico testified that he had no knowledge of a personal injury lawsuit filed on his behalf by a Louis Cairo against a Dr. Serrafi in 2003.

### INVESTIGATION

13.     On March 24, 2005, the Trustee's lawyer and the Trustee conducted a residential inspection of the Debtors' home and seized one box of documents that were hidden in his wife's bedroom closet, which were delivered to Mr. Del Monico's then-bankruptcy counsel, John

4

Redfield.  The Trustee requested that Mr. Redfield search the box for any documents protected from discovery by attorney-client privilege and deliver the remainder to the Trustee. Mr. Redfield, contrary to the Trustee's instruction, delivered the box back to Mr. Del Monico, who subsequently produced it to the Trustee.  Thus, Mr. Redfield allowed Mr. Del Monico to edit the contents of the box before surrendering it to the Trustee.  The Trustee has no idea what Mr. De Monico added or removed.  The Trustee demanded copies of Mr. Del Monico's personal records, including his tax returns, bank statements, check ledgers and cancelled checks. Mr. Del Monico claimed that these records were located in his office at a shuttered steel company near 95th and Stony Island in Chicago and not at his home.  Mr. Del Monico told the Trustee that he would make arrangements for the Trustee to pick up his records at his office the next day, Good Friday.  The Trustee drove to the alleged office, only to be told by security guards that Mr. Del Monico never had an office there.  Later that day, John Redfield, called and told the Trustee that Mr. Del Monico's records actually were at his Long Grove home all along.

14.    Also, during initial the Trustee's visit to the Del Monico home, the Trustee had a forensic computer engineer shadow copy the hard drives of Mr. Del Monico's home computers. The computer forensics specialist later reported to the Trustee that there was a massive deletion of files conducted by someone in the Del Monico household only a few hours prior to his arrival.

15.    Finally, during one of his inspections of the Del Monicos' home, the Trustee found and seized an unscheduled oil portrait from a steam bath, which the Trustee later found out was stolen from Indeck, Mr. Del Monico's former employer.  During that same inspection, the Trustee found other stolen property in or around Mr. Del Monico's home, including a desk, model cars, a picnic table and heavy equipment.  The picnic table was the one used by Indeck employees to eat their lunches during the summer months.

16.     On May 26, 2005, after obtaining a court order to do so, the Trustee's attorneys drilled Mr. Del Monico's safety deposit box at Fifth Third Bank in Buffalo Grove, Illinois. Among the contents recovered were the following:   (a) 318 shares of certificated stock in Valspar Corporation (which turned out to be a forgery), and (b) a coin collection comprised of 38 silver dollars from the years 1888 to 1964.  None of these items were scheduled.

17.     In addition, in order to investigate Mr. Del Monico's finances, the Trustee has issued a number of subpoenas to third parties, including his pre- and post-petition professionals, his banks, his credit card companies, and other persons of interest.

## A.     ITC Invoices to Defense Agencies

18.     Mr. Del Monico testified at his Rule 2004 examination that he has used the alias Charles Anderson.  He traded under the names of several captive business entities.  For example, International Traffic Consultants, Inc. ("ITC") is an Illinois corporation formed in 1988 by Mr. Del Monico.   According to Mr. Del Monico, ITC's EIN is 36-2784236.   Mr. Del Monico also has an interest in a corporation known as ITC Freight Planning, Inc. ("Freight Planning"). The relationship of Freight Planning to ITC is unclear.  Certain documents indicate that Freight Planning is a separate company with its own EIN (35-2206461), while other documents indicate that it is the former name of ITC.  Prior to the Trustee's appointment, Mr. Del Monico was the sole owner and president of ITC.  Mrs. Del Monico was Secretary of ITC.  While ITC and the Del Monicos owned separate bank accounts, the financial affairs of ITC and the Del Monicos are, according to the Bankruptcy Court, "hopelessly commingled."

19.     Included in the documents the Trustee retrieved from Mr. Del Monico were two sets of invoices issued by Mr. Del Monico (through ITC) to the United States.  The first set includes six invoices issued to "Defense Finance and AYGYZ" at Crystal Mall, Arlington, VA, which total $2.43 million.   These invoices represented rental payments for huge backup

generators that had to be delivered on a flat bed trail pulled by a class 8 tractor.  The second set includes one invoice issued to Eielson Air Force Base in Alaska, which totals $67,500.00.  Both sets of invoices purport to relate to ITC's provision of mobile emergency 2000 kilowatt generators to the federal government.  In addition the actual invoices, the Trustee recovered multiple pieces of correspondence relating to the Crystal Mall and Eielson AFB Invoices (collectively, the "Invoices") from the Del Monico home.

20.     Mr. Del Monico had engaged in a letter writing campaign with the United States to press for payment of the Invoices since 2003 with regard to the Crystal Mall Invoices, and since 2004 with regard to the Eielson AFB Invoice.  In fact, Mr. Del Monico wrote to Illinois Senator Richard Durbin and former Congressman Philip Crane to press for payment of the Crystal Mall Invoices.

21.     On April 5, 2005, the Trustee wrote letters to each address that was included on the Invoices or the correspondence related thereto.  The purpose of the letters was to determine if the Invoices genuinely represented work for which the Debtors' bankruptcy estate was owed money.  On April 8, 29, and May 31, 2005, the Trustee received letters in reply from the Defense Contract Audit Agency, Department of the Air Force, and Defense Finance and Accounting Service, respectively.  Each of these reply letters denied that:  (1)  Mr. Del Monico or ITC entered into any contract regarding the Invoices, (2) any equipment was ever received by the United States, or (3) any of the foregoing agencies owed the bankruptcy estate any money whatsoever.

22.     In addition to obtaining and reviewing documents, the Trustee's attorneys and the Trustee have conducted three days of examination of Mr. Del Monico under oath pursuant to Fed. R. Bankr. P. 2004.  As of the date of the letters, we were still scheduling the remainder of

Mr. Del Monico's examination, which the Trustee anticipated will require at least one additional day.  Prior to the July 14, 2005 examination, Mr. Del Monico produced a letter and attachments to me that purport to be bills of lading corresponding to the Crystal Mall Invoices.

1.    <u>Crystal Mall Invoices</u>

a.    At his July 11, 2005 examination, the Trustee and his lawyers confronted Mr. Del Monico with the Crystal Mall Invoices and he testified that he, through ITC, had presented the ten invoices to the defense department with the expectation of being paid $2.43 million.  He testified that he issued the invoices on account of 10 mobile emergency generators that ITC, in conjunction with a company called Quest in Arvada, Colorado, provided to the Department of Defense at Crystal Mall, Virginia. Mr. Del Monico testified that he did not have a written contract with the government for the provision of the generators, but instead provided the generators pursuant to a series of telephone calls initiated by a person named Ollie Brown in January of 2003 to Mr. Del Monico's cellular telephone.    Mr. Del Monico testified that he believed Mr. Brown to be a representative of the government.  According to Mr. Del Monico, Mr. Brown told him that the Department of Defense "desperately needed" the generators, and Mr. Brown informed Mr. Del Monico that he did not need a new written contract, but could instead list in the ITC invoices a contract number relating to a railroad study that Mr. Del Monico claims to have been commissioned by the government to perform in 1977.

b.    Mr. Del Monico testified that the generators supplied actually belonged to Quest (not Qwest Communications), and that he had an agreement with Quest pursuant to which he would be entitled to a $200,000.00 commission for procuring the contract with

8

the Department of Defense. (Mr. Del Monico emphatically insisted that his spelling of Quest was correct and should not be confused with Qwest Communications) Mr. Del Monico, however, testified that he believed that he, not Quest, was the contracting party with the Department of Defense.  Mr. Del Monico testified that he has no written correspondence or contracts with Quest, but that the arrangement to provide Quest's alleged generators to the Department of Defense was the result of telephone conversations with a Quest representative named James Hoch.

     c.     Mr. Del Monico testified that the generators set forth in the Crystal Mall Invoices have never been returned, and that as a consequence, his relationship with Quest and Mr. Hoch has soured such that communications have ceased.   Mr. Del Monico testified that the most recent communication between he and Quest was a telephone conversation in June or July of 2004 in which a Quest representative was "screaming" at him because the generators were not returned.  Del Monico claims that he delivered these generators to the Pentagon and left them with the gate guard without getting a receipt

     d.     At the beginning of day two of his examination on July 14, 2005, Mr. Del Monico produced the alleged bills of lading and also produced a telephone numbers of Quest (303/965/3724) and James Hoch (262/781/3770).  On July 15, 2005,the Trustee called the Quest telephone number that Mr. Del Monico provided, and the person who answered the telephone was surprised that the Trustee was calling in on that number because the extension was a non-listed internal telephone number for the Qwest Communications (different spelling) wire transfer department. the Trustee asked to speak to corporate counsel, and was referred to Mark Adams, an in-house attorney at Qwest Communications.  Also on July 15, 2005, the Trustee called Mr. Adams and inquired as to

Quest's  or Qwest's relationship with Mr. Del Monico, Mr. Hoch, or ITC.  On Monday,

July 18, 2005, Mr. Adams left me a voicemail and an email in which he informed me that

Qwest Communications  was not in the business of selling or leasing generators and had

no relationship with Mr. Del Monico, Mr. Hoch, or ITC.

   e.  On July 18, 2005,the Trustee telephoned the number for James Hoch that

Mr. Del Monico had given me.  He returned the Trustee's telephone call on July 20, 2005

and advised me that he had never heard of Patrick Del Monico.  He stated that about four

years ago he purchased surplus generators for Qwest Communications, which Qwest had

purchased as an emergency backup power source in anticipation of Y2K.  Mr. Hoch

stated that he had no other dealings with Qwest Communications and no dealings with

the United States.  Toward the end of the telephone call, however, Mr. Hoch stated that

Mr. Del Monico had called him two weeks prior to ask for the Qwest Communications

telephone number that Hoch had used four years earlier.  Mr. Hoch told me he gave him

that telephone number, which apparently, Mr. Del Monico then gave to me.  Although

Mr. Hoch was cooperative, his remarks to me were inconsistent (i.e., first stating that he

did not know a Del Monico, but then stating that he spoke to him by telephone just two

weeks earlier) and the Trustee is not confident that Mr. Hoch was telling the whole story.

2.  Eielson AFB Invoice

   a.  On July 24, 2005, day two of the examination, counsel confronted

Mr. Del Monico with the Eielson AFB Invoice.  Mr. Del Monico's testimony about the

genesis of the Eielson AFB Invoice is similar to the Crystal Mall Invoices:  He

purportedly received a panicky call sometime in late June or early July of 2004 from a

woman named Kim Kolby, who Mr. Del Monico said was representing the Air Force,

asking if he could provide emergency generators.   Mr. Del Monico testified that he
contacted Quest to determine if they had the generators, and that Quest agreed to provide
the generators and give Mr. Del Monico a 20 percent commission on the deal.
Mr. Del Monico testified that subsequently, someone from Quest informed him that five
generators had been shipped to Eielson Air Force Base on July 2, 2004, and then
subsequently returned.   Mr. Del Monico stated both in his correspondence with the base
and at deposition that someone from Quest read an hour's meter on the generators and
deduced that they had been used.

b.      Mr. Del Monico admitted at his examination that he lied in one of his
letters pressing for payment of the Eielson AFB Invoice, specifically the July 28, 2004
letter to Sergeant Vincent Schlitz  In that letter, Mr. Del Monico stated that "originally
my Charles Anderson spoke to a Kim Kolby about sending these units."   At his
examination, he admitted that "Charles Anderson" was, in fact, Mr. Del Monico's own
alias that he employed from time to time.

c.      Notably, the 5 units listed on the Eielson AFB Invoice bear the same exact
serial numbers and other identifying information as the first 5 units listed on the Crystal
Mall Invoices.   Thus, even if Mr. Del Monico in fact procured any generators for the
United States, Mr. Del Monico simultaneously billed the United States for units that,
according to one set of invoices, were shipped to Virginia, but which according to the
other set of invoices, were also shipped to Alaska. When the Trustee's lawyer, Brian
Meldrum, pointed out the duplicate serial numbers after Mr. Del Monico had testified that
each generator had a unique serial number, Mr. Del Monico became angry and then
depressed.

d.      In summary, Mr. Del Monico could never explain how why he the Crystal Mall Invoices and the Eielson AFB Invoice both seek to charge the United States for payment on the same generators during the same months, despite the fact that Mr. Del Monico claims to have sent them to different places, and that he has maintained the generators sent to Crystal Mall were never returned.  Mr. Del Monico spent some time testifying that it was important to make sure the proper identifying information was on the invoices, and that the listed serial numbers on each were unique.  Mr. Del Monico agreed that the effect of the invoices was to simultaneously bill two different defense agencies for usage of the same generators, and attempted to explain the problem away by saying that the Crystal Mall generators must have been returned to Quest and that Quest did not inform him of that fact.

**B.      Rule 2004 Examination Day 1:  Del Monico Explains a Post-Petition Incoming $73,308.00 Wire Transfer By Testifying That He "Factored" The Crystal Mall Invoices Post-Petition**

23.      In response to a subpoena the Trustee through his attorneys issued to Fifth Third Bank in Elmhurst, Illinois, the Trustee received copies of Mr. Del Monico's bank account statements.  The January 2005 statement showed that Mr. Del Monico's account received an incoming wire transfer on January 12, 2005 in the amount of $73,308.00, and that on March 3, 2005 (the day after the Bankruptcy Court ordered the appointment of a chapter 11 trustee), Mr. Del Monico purchased a $40,000.00 cashier's check that he used to open a new account at American Community Bank in Woodstock, IL on April 1, 2005 in the name of Freight Planning.

24.      At his Rule 2004 examination, Mr. Del Monico testified that he had factored certain of his accounts receivable -- including the Crystal Mall Invoices -- and that the wire transfer constituted the proceeds of that factoring.  Curiously, Mr. Del Monico testified that he

continued to press for payment from the government even after having completed the factoring transaction.  Del Monico testified that the factoring arrangement was engineered by Louis Cairo, -- the lawyer representing him in the personal injury lawsuit he filed against Dr. Serrafi in 2003, but of which at the Trustee trial in February of 2005, he testified that he had no knowledge -- and papered by another lawyer at Mr. Cairo's office, Steve Thacker.  The factoring transaction was an effort by Del Monico and Cairo to cover up the secret loan described below.

**C.      Rule 2004 Examination Day 2:  Del Monico Admits That The Wire Transfer Was Not Part Of A Factoring, But Rather Proceeds Of An Unauthorized Post-Petition Secured Loan**

25.      At the close of the first day of the examination, the Trustee contacted Mr. Cairo and asked whether he had any information or documents pertaining to the factoring agreement that Mr. Del Monico described.   Mr. Cairo provided counsel with a package of transactional documents relating to a post-petition secured financing arrangement that the Debtors had entered into without ever seeking Bankruptcy Court approval.

26.      The documents produced by Mr. Cairo indicate that on December 23, 2004, the Debtors signed a two-year Note in the principal amount of $100,000.00 at 25 percent interest per annum, as well as a corresponding trust deed and assignment of the beneficial interest in the land trust that holds title to the Debtors' residence.   The lender is a Daniel Bond, who Mr. Del Monico testifies he has never met.  The trust deed was filed the Lake County Recorder's Office on January 24, 2005.  Mr. Del Monico did not bother to get an order from this court pursuant to 11 US.C. 364, nor did tell anyone until he was caught.

27.      Notably, the Note specifically identifies two lawsuits that Mr. Del Monico failed to disclose in his bankruptcy schedules, *Del Monico v. Serrafi* and *Del Monico v. International Traffic Consultants*.

28.     On July 14, 2005, the second day of Mr. Del Monico's examination, he testified

that he did in fact sign the loan papers and that the detailed testimony he had given at the July 11,

2005 examination regarding the factoring arrangement was simply "wrong."  He stated that he

did not believe he was conveying a mortgage at the time, and that, as of December 23, 2004, he

only believed he had two mortgages on the house.  (Id. at 50.)  Mr. Del Monico's explanation

that he was unaware he had conveyed a mortgage is simply not credible.  Throughout all three

days of his examination, Mr. Del Monico has maintained that he was attempted to refinance the

house all through the year 2004.  (Id. at 78.)  He is thus very familiar with the procedures and

terminology of real estate finance, and he in fact signed the loan documents that conveyed the

beneficial interest in the home.    Thus, the Trustee and his lawyers believed that

Mr. Del Monico's testimony on July 11, 2005 regarding the purported factoring of the invoices

was a lie.

**D.     Rule 2004 Examination Day 3:  Del Monico Admits He Made No Loan To ITC, Continues To Deny That He Knew About The *Serrafi* Lawsuit At The Trustee Appointment Trial**

29.     On July 29, 2005 counsel concluded Del Monico's Rule 2004 examination. The

Trustee's attorney, Brian Meldrum,  questioned Mr. Del Monico about whether he had in fact

made a $55,000.00 loan to ITC, as he had sworn to under penalty of perjury when he filed his

January 12, 2005 amended Schedule B.  Mr. Del Monico unequivocally denied having loaned

ITC $55,000.00.  This entry on his schedules is thus a falsity.

30.     Counsel also questioned Mr. Del Monico about whether his testimony at trial on

the United States Trustee's motion to appoint a chapter 11 trustee was truthful.  At trial,

Mr. Del Monico denied having any knowledge of his personal injury action against Dr. Serrafi.

Given that Mr. Del Monico spent the better part of Day 2 of his Rule 2004 examination

explaining that his understanding of the loan from Mr. Bond, entered into in December of 2004,

14

was that the loan would first be repaid from the *Serrafi* lawsuit, Del Monico must have known

about the existence of the lawsuit at the Trustee's motions trial in February.  When confronted

with this inconsistency at his examination, Del Monico continued to deny knowing about the

lawsuit in February.  His denial, both at trial and at the examination, is patently a lie, for

Mr. Del Monico testified on Day 2 that "I went to Louis Cairo back in July of 2004 and attempt

towed to borrow $100,000 from Louis or his law firm against my personal injury."

THE HIDDEN LOAN

31.    As a result of these money transfers, the Trustee through his counsel discovered

that Mr. Del Monico was moving large amounts of cash through a McHenry bank account with a

fictitious name.  Initially, in his sworn testimony, Mr. Del Monico claimed that he was factoring

accounts receivable. the Trustee later discovered that during the pendency of the chapter 11 case

and without a Bankruptcy Court order, Mr. Del Monico had borrowed $100,000.00 at 25 percent

per annum from Daniel Bond and gave Mr. Bond a third mortgage on his home. The FBI

informed me that Mr. Bond took this money from his aging Mother's trust account.  This loan

was facilitated by Mr. Del Monico's tort lawyer, Mr. Cairo who apparently convinced his client

to take the money from his aged mother's retirement account.   Whether any of this was

authorized by the mother was not revealed by the results of the FBI's investigation.

Mr. Del Monico neglected to report the movement of this cash on his monthly reports to the

Bankruptcy Court.  On July 14, 2005, Mr. Del Monico testified that he in fact did sign the loan

papers, and the detailed testimony he had given at the July 11, 2005 examination regarding the

factoring arrangement simply was "wrong."   The Trustee's counsel subsequently avoided the

third mortgage to Mr. Bond and disallowed his claim.  The Trustee does not know if Mr. Bond

was ever repaid for his loan.  Finally, the Trustee discovered that a part of the proceeds of  this

loan was paid to Mr. Redfield in cash as a retainer.

15

### E.    City of Fort Pierce

32.    Mr. Del Monico did not limit his generator fraud to the federal government.  One of the demand letters the Trustee mailed out was to the City of Fort Pierce, Florida.  Allegedly, Mr. Del Monico had supplied the city with one of these huge backup generators immediately following one of Florida's many hurricanes. the Trustee received an angry phone call from a Fort Pierce detective threatening the Trustee's arrest since the city had never asked for or received a generator.  After some calming words, the detective realized that his city was almost another Del Monico victim.

### F.    Credit Card Fraud

33.    Later, the Trustee examined Mr. Del Monico's wife, Kim.  She testified that Mr. Del Monico had forged her name on credit card applications.  Mr. Del Monico then drew down tens of thousands of dollars in credit on these cards in the months leading up to his bankruptcy.

### G.    Post-Petition Theft

34.    Several years after the case was filed, Del Monico persuaded the owner of his wife's beauty salon to lend him tens of thousands of dollars to finance a new freight forwarding business.  Not surprisingly, there was no freight forwarding business.

### H.    The Criminal Referral

35.    As a result, on August 2, 2005, Brian H. Meldrum, the Trustee's counsel, prepared, and the Trustee executed, a criminal referral pursuant to 18 U.S.C. § 2057.  The Trustee and his counsel then worked with the Federal Bureau of Investigation (FBI) to develop a case.  On April 18, 2007, a federal grand jury indicted Mr. Del Monico on 20 counts of theft, wire fraud, mail fraud and false claims against the United States and bankruptcy fraud and obstruction of justice.  In particular, the grand jury used information developed by the Trustee

16

and his counsel with respect to the false claims related to the lease of generators to the United States Air Force and the counts related to bankruptcy fraud.   On February 14, 2008, Mr. Del Monico entered into a plea agreement whereby he agreed to plead guilty to theft against his employer, fraud arising out false claims against the United States Air Force and bankruptcy fraud.  On February 25, 2009, Mr. Del Monico was sentenced to 96 months in prison.

## I.    Theft from Indeck

36.     If these matters were not enough, the primary reason for Mr. Del Monico's race into bankruptcy was the relentless efforts of Indeck through its attorney, Neil Levin, to recover over $1.0 million dollars that Patrick Del Monico had stolen his place of employment.  Mr. Del Monico devised a system where he would take a list of Indeck vendors and create phony invoices for payment.  Mr. Del Monico would then direct the Indeck accounts payable department to make remittance to a LaSalle Bank account.  The bank account was set up by Mr. Del Monico to collect these fake payments.  The Trustee's lawyers continued Mr. Levin's investigation, but concluded that there was not enough evidence to pursue the bank.    If there had been, the Trustee would have hired Mr. Levin.  As previously noted, someone deleted the LaSalle Bank transactions from the Del Monico home computer the morning of the Trustee's raid.  Kim Del Monico testified that Mr. Del Monico was computer illiterate.

37.     During the Trustee's investigation, Mr. Del Monico claimed that Indeck was conducting a huge fraud on its customers.  His third attorney, Steve Towbin, met with the Trustee and his lawyers, along with Mr. Del Monico's special investigator.  However, at the meeting, the investigator confessed that he had no idea about what Mr. Del Monico was speaking.  Mr. Towbin withdrew immediately from representing Mr. Del Monico.

## J.     Other Tasks

38.     In addition to the complex investigation of Mr. Del Monico, the Trustee's

17

attorneys (a) assisted the Trustee in selling Mr. Del Monico's home and tangible personal property, including his Mercedes; (b) supervised the drilling of Mr. Del Monico's safety deposit box; and (c) conducted an independent evaluation of lawsuits threatened by banks that initially refused to turnover to the estate the proceeds demanded from accounts held at those banks, and an Industrial Commission proceeding initiated by Mr. Del Monico when he fell through the first floor of an abandoned home.

39.     Making matters  more complex, the Trustee's attorneys had to deal with five Del Monico attorneys and educate each of them as to the facts of this case.  As a side note, the first attorney filed a chapter 13 petition rather than return his retainer, and the last attorney was suspended from the practice of law.

### COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

40.     Jenner submits this Application seeking approval and allowance of final compensation in the amount of $296,313.50 and reimbursement of expenses in the amount of $44,684.42.

41.     The fees sought by this Application reflect an aggregate of 1,205.90 hours of attorneys and paraprofessionals' time spent and recorded in performing services for the Trustee during the Compensation Period.

42.     During the Compensation Period, Jenner's hourly billing rates for attorneys and paraprofessionals working on these matters ranged from $110.00 to $650.00 per hour.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:   (a) the complexity of this case, (b) the time

18

expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

43.     Attached hereto as <u>Exhibit A</u> is a detailed description of the services performed during the Compensation Period, the attorneys and paraprofessionals who performed those services and the number of hours spent.

44.     Attached as <u>Exhibit B</u> is a detailed list of all expenses for which Jenner seeks reimbursement.

45.     The fees charged by Jenner in this case are billed in accordance with its existing billing rates and procedures in effect during the Compensation Period.  The rates Jenner charges for the services rendered by its professionals and paraprofessionals in this chapter 7 case are the rates charged by the firm for professional and paraprofessional services rendered in comparable non-bankruptcy related matters.   Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

46.     All of the services for which compensation is sought were rendered to the Trustee solely in connection with this case  in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

47.     Jenner has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

48.     Jenner has not shared, or agreed to share, (a) any compensation it has received or may receive with another party or person, other than with the members, counsel and associates of the firm, or (b) any compensation another person or party has received or may receive.  No promises have been

received by Jenner or any member thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

49.     The Trustee has reviewed and approved Jenner's monthly fee statements prior to the filing of this Application.

## <u>CONCLUSION</u>

WHEREFORE, Jenner respectfully requests that this Court authorize payment of compensation for the professional services rendered to the Trustee in the amount of $296,313.50 and reimbursement of expenses incurred during the Compensation Period in the amount of $44,684.42, and grant such other relief as the Court deems just and equitable.

Dated:  January 29, 2015

Respectfully submitted,

RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the bankruptcy estate of Patrick J. Del Monico and Kim H. Del Monico

By:  */s/ Ronald R. Peterson*
          One of his attorneys

Ronald R. Peterson
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 923-2981
Facsimile:  (312) 840-7381
Email:   rpeterson@jenner.com

# EXHIBIT A

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

R.R. PETERSON, TRUSTEE OF DEL MONICO                INVOICE # 9314162
C/O RONALD R. PETERSON
JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

JANUARY 5, 2015

CLIENT NUMBER - 45083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2014

ROUTINE COURT MATTERS                        MATTER NUMBER- 10010

| 3/4/2005 | RRP | 0.60 | Drafted verified statement to support retention application. | 351.00 |
|---|---|---|---|---|
| 3/7/2005 | BHMX | 1.40 | Sent email to U.S. Trustee re today's hearing (.1); attended hearing re appointment of R. Peterson (1.0); telephone conference with R. Peterson re affidavit (.1); finalized affidavit and forwarded to U.S. Trustee (.2). | 476.00 |
| 3/8/2005 | BHMX | 2.00 | Drafted letter to Judge Goldgar re R. Peterson affidavit (.2); worked on opening file (.3); read 341 meeting transcript (1.5). | 680.00 |
| 3/9/2005 | MXP | 0.40 | Reviewed docket re motion to appoint a trustee. | 44.00 |
| 3/9/2005 | LTYX | 2.00 | Reviewed relevant pleadings re assets and case familiarization and conferred with J. Laiprasert re same. | 420.00 |
| 3/10/2005 | BHMX | 3.90 | Drafted motion to appointment Jenner & Block as counsel (2.0); filed same (.2); worked on accountant motion (.5); office conference with J. Laiprasert re same (.5): worked on motion to redirect mail (.7). | 1,404.00 |
| 3/11/2005 | LTYX | 0.70 | Prepared two supplemental certificates of service of motion to retain counsel. | 147.00 |
| 3/11/2005 | LTYX | 0.60 | Prepared supplemental certifications of service for ECF filing and filed and served same. | 126.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 3/11/2005 | LTYX | 1.00 | Prepared notice of motion, certificate of service and service list re mail redirect motion and inspection and turnover over motion. | 210.00 |
| 3/11/2005 | LTYX | 0.80 | Prepared inspection, turnover and redirect motions for ECF filing and e-filed same. | 168.00 |
| 3/11/2005 | JZLX | 4.50 | Edited motion to turnover (2); Telephone conferences with appraisers S. Palmer and G. Tsoris (.5); Filed and served turnover and mail motions (2). | 1,035.00 |
| 3/14/2005 | LTYX | 0.60 | Reviewed and revised amended certificate of service, prepared same for ECF filing and e-filed same. | 126.00 |
| 3/14/2005 | JZLX | 6.40 | Drafted amended certificate of service for turnover motion and amended service list (1.0); office conference with R. Peterson and B. Meldrum (.3); drafted subpoena riders and issued subpoenas to banks, accountant and Ellsworth (3.5); drafted letter to Hawthorn Bank re turnover of accounts (.8); drafted motion to convert (.8). | 1,472.00 |
| 3/16/2005 | LTYX | 0.40 | Prepared amended notice for e-filing and e-filed same for motions re redirecting mail and turnover. | 90.00 |
| 3/16/2005 | JZLX | 2.50 | Drafted amended certificate of service and notice of motion for mail and turnover motions (1); telephone conferences with Fifth Third Bank (.2); telephone conference J. Redfield re bank accounts and hearing (.3); revised letter to P. Angelini of LaSalle Bank (.3); corresponded by email to update G. Silver (.2); drafted letter to Harris re DIP fund (.5). | 575.00 |
| 3/16/2005 | BHMX | 5.30 | Prepared for hearing (.5); attended hearing (1.0); office conference with J. Laiprasert re to do list (.2); worked on conversion motion (3.5); office conference with J. Laiprasert re bank accounts (.1). | 1,908.00 |
| 3/17/2005 | LTYX | 0.90 | Reviewed, assembled, and readied motion to convert case to chapter 7 and related documents for ECF filing and e-filed same. | 202.50 |
| 3/17/2005 | LTYX | 0.90 | Worked on preparation re service of motion to convert. | 202.50 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 3/17/2005 | JZLX | 2.00 | Edited motion to convert (.5); drafted minute order (.1); edited letter to P. Angelini (.6); filed motion to convert (.9). | 460.00 |
| 3/21/2005 | BHMX | 3.20 | Prepared for hearing (1.0); attended hearings (1.5); telephone conference with counsel for GLM (.2); drafted email to team re tasks (.2); exchanged email with Indeck's counsel re CAS computer experts (.1); office conference with J. Laiprasert re research on dismissal of wife's case (.2). | 1,152.00 |
| 3/29/2005 | BHMX | 2.90 | Drafted motion to employ accountant (2.0); reviewed new motion-item outline (.2); office conference with R. Peterson and M. Pakter (.7) | 1,044.00 |
| 3/29/2005 | TDH | 0.50 | Prepared documents for production. | 100.00 |
| 3/29/2005 | TDH | 1.00 | Reviewed universe of documents with project assistant. | 200.00 |
| 3/30/2005 | TDH | 1.00 | Prepared documents for production. | 200.00 |
| 3/31/2005 | TDH | 1.00 | Reviewed documents. | 200.00 |
| 4/1/2005 | LTYX | 1.10 | Prepared draft order and minute order re employment of accountant, and assisted in preparing other related documents for motion to employ accountant. | 247.50 |
| 4/1/2005 | BHMX | 0.70 | Worked on M. Pakter affidavit (.5); telephone conference with M. Pakter re same (.2). | 252.00 |
| 4/1/2005 | TDH | 2.00 | Reviewed production documents. | 400.00 |
| 4/4/2005 | TDH | 1.50 | Worked on locating information re lawsuit filings. | 300.00 |
| 4/4/2005 | TDH | 1.00 | Reviewed Sarrafi docket for information. | 200.00 |
| 4/4/2005 | TDH | 2.00 | Prepared document production log and Indeck case notebook. | 400.00 |
| 4/7/2005 | LTYX | 1.00 | Finalized and readied motion to employ accountants for ECF-filing and e-filed same. | 225.00 |
| 4/7/2005 | LTYX | 1.30 | Worked on preparation re service of motion to employ accountant to service list. | 292.50 |
| 4/8/2005 | LTYX | 0.30 | Prepared amended notice of motion and certificate of service re accountants' employment motion. | 67.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 4/8/2005 | LTYX | 0.30 | Prepared amended notice for ECF filing and e-filed same. | 67.50 |
| 4/8/2005 | LTYX | 0.60 | Worked on preparation re service of amended notice of motion. | 135.00 |
| 4/8/2005 | BHMX | 5.60 | Worked on objection to motion to dismiss (2.0); researched dismissal issues (1.5); researched substantive consolidation issues (1.5); telephone conference with N. Levin (.1); office conference with R. Peterson re same (.5). | 2,016.00 |
| 4/8/2005 | TDH | 1.20 | Reviewed documents from Keller firm and prepared same for copying and Bates numbering. | 240.00 |
| 4/12/2005 | JZLX | 2.90 | Drafted motion to retain real estate broker (2); contacted C. Gough re computer files (.3); office conference with R. Peterson re broker and status (.2); met with L. Yap re motion for broker (.2); office conference with B. Meldrum re State Farm CD (.2). | 667.00 |
| 4/12/2005 | LTYX | 0.30 | Reviewed documents and correspondence and reviewed index to court file. | 67.50 |
| 4/13/2005 | LTYX | 0.20 | Office conference with J. Laiprasert re employment of broker motion and attended to same. | 45.00 |
| 4/13/2005 | BHMX | 0.50 | Worked on broker motion. | 180.00 |
| 4/13/2005 | JZLX | 1.00 | Revised real estate broker motion. | 230.00 |
| 4/15/2005 | BHMX | 5.00 | Continued researching and drafting response to K. Del Monico's motion to dismiss. | 1,800.00 |
| 4/17/2005 | BHMX | 2.50 | Researched and began drafting response to motion to lift stay. | 900.00 |
| 4/18/2005 | JZLX | 8.50 | Returned calls to AIG (.2); returned calls to State Financial (.1); looked for State Financial Documents (.4); drafted letter Redfield re privileged documents (2); pulled research on privilege (1); drafted motion extend time to object to exemptions (4); prepared motion for filing and e-filed (2); prepared COS for AIG to obtain documents (.5); called D. Marino re affidavit and listing agreement (.3). | 1,955.00 |
| 4/18/2005 | TDH | 0.50 | Prepared documents for production. | 100.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 4/19/2005 | MXP | 3.50 | Prepared exhibits for brief in objection to motion of K. Del Monico to dismiss her chapter 11 case. | 420.00 |
|---|---|---|---|---|
| 4/19/2005 | MXP | 1.80 | Prepared copies and mailed notice of objection to motion of K. Del Monico to dismiss her chapter 11 case. | 216.00 |
| 4/19/2005 | MXP | 1.90 | Prepared service list for objection to motion of K. Del Monico to dismiss her chapter 11 case. | 228.00 |
| 4/19/2005 | LTYX | 1.30 | Prepared notice of filing, certificate of service and service list, and Exhibit A re objection to motion to annul stay. | 292.50 |
| 4/19/2005 | LTYX | 0.60 | Prepared objection to motion to annul stay for ECF filing and e-filed same. | 135.00 |
| 4/19/2005 | LTYX | 0.70 | Worked on preparation re service of objection to motion to annul stay. | 157.50 |
| 4/19/2005 | LTYX | 0.90 | Reviewed District Court case docket re exhibits to objection to K. Del Monico's motion to dismiss bankruptcy case and downloaded and printed relevant documents. | 202.50 |
| 4/19/2005 | LTYX | 0.80 | Prepared notice of filing and certificate of service of objection to K. Del Monico's motion to dismiss. | 180.00 |
| 4/19/2005 | LTYX | 0.80 | Assisted with preparation re service of notice and objection to K. Del Monico's motion to dismiss. | 180.00 |
| 4/19/2005 | LTYX | 1.80 | Prepared objection to K. Del Monico's motion to dismiss and exhibits thereto for ECF filing and e-filed same. | 405.00 |
| 4/19/2005 | LTYX | 0.70 | Reviewed and revised service list re objection to K. Del Monico's motion to dismiss. | 157.50 |
| 4/19/2005 | LTYX | 0.40 | Office conference with J. Laiprasert re motion to retain real estate broker and e-filed same. | 90.00 |
| 4/19/2005 | JZLX | 5.80 | Filed motion to retain broker (2.5); assisted with filing motion to lift stay (.5); office conference with B. Meldrum re privileged documents from Ellsworth in J. Redfield's possession (.3); drafted letter to Redfield re privileged documents (1); researched privilege issues (1.5). | 1,334.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 4/20/2005 | LTYX | 0.40 | Prepared supplemental certificate of service for ECF filing and e-filed same. | 90.00 |
| 4/20/2005 | LTYX | 0.30 | Prepared supplemental certificate of service of motion to convert case to chapter 7. | 67.50 |
| 4/20/2005 | LTYX | 0.70 | Worked on additional service re motion to convert to chapter 7 case. | 157.50 |
| 4/21/2005 | LTYX | 0.50 | Prepared letter to Courtroom Deputy enclosing a copy of Schedule D to objection to K. Del Monico's motion to dismiss her chapter 11 case. | 112.50 |
| 4/21/2005 | BHMX | 4.50 | Telephone conference with Judge Goldgar's clerk re objection (.1); office conference with L. Yap re same (.1); researched motion  to refinance (2.0); worked on opposition to same (2.0); emailed R. Peterson re same (.1). | 1,620.00 |
| 4/22/2005 | MXP | 1.20 | Worked on preparing service list for notice of omitted exhibit D to objection to K. Del Monico's motion to dismiss. | 144.00 |
| 4/22/2005 | BHMX | 2.00 | Worked on objection to motion to refinance (1.0); worked on car motion and emailed to J. Laiprasert re same (.3); exchanged email with M. Pakter (.1); worked on finalizing response to motion to dismiss (.5); worked on filing omitted exhibit (.1). | 720.00 |
| 4/22/2005 | LTYX | 0.20 | Telephone conferences with M. Patterson re filing of Exhibit D to objection to K. Del Monico's motion to dismiss her chapter 11 case. | 45.00 |
| 4/25/2005 | LTYX | 0.60 | Prepared turnover motion for ECF filing and e-filed same. | 135.00 |
| 4/25/2005 | LTYX | 1.10 | Worked on preparation re creditors list. | 247.50 |
| 4/25/2005 | MXP | 1.50 | Copied and mailed motion to convert to service list. | 180.00 |
| 4/25/2005 | BHMX | 3.30 | Prepared for hearing (1.5); attended  hearing (1.3); office conference with R. Peterson and J. Laiprasert re to do list (.5). | 1,188.00 |
| 4/29/2005 | JZLX | 0.50 | Drafted agreed order re motion to turnover cars. | 115.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 4/29/2005 | BHMX | 0.50 | Telephone conference with opposing counsel re car motion (.2); office conference with J. Laiprasert re same (.1); office conference with R. Peterson re status (.1); reviewed draft scheduling order (.1). | 180.00 |
| 5/2/2005 | JZLX | 1.50 | Attended hearing on motion to turnover cars. | 345.00 |
| 5/4/2005 | BHMX | 1.20 | Office conference with R. Peterson re hearing today (.1); exchanged emails with Indeck's counsel (.1); attended hearing (1.0). | 432.00 |
| 5/11/2005 | JZLX | 3.40 | Attended hearing on motion for re-inspection (.6); drafted motion for contempt re J. Redfield and privileged documents (1); drafted motion for contempt re K. Del Monico and deposition (.5); edited motion for safe deposit boxes (.5); edited motion for estate sale (.8). | 782.00 |
| 5/16/2005 | LTYX | 0.40 | Office conference with J. Laiprasert re filing of motions and assisted with same. | 90.00 |
| 5/17/2005 | JZLX | 2.00 | Telephone conference with G. Silver re Fifth Third Documents (.20); telephone conference with Fifth Third re missing documents (.80); reviewed documents with L. Yap and T. Hooker to locate Fifth Third documents (1.0). | 460.00 |
| 5/18/2005 | JZLX | 3.80 | Attended hearing on motion to compel Kim and motion to open safe deposit boxes (1); office conference with R. Peterson re status of case (.3); called J. Bang and L. Garvin re safe deposit boxes and faxed orders to enter safe deposit boxes (1.5); called Fifth Third re missing documents (.5); office conference with B. Meldrum re status (.5). | 874.00 |
| 5/25/2005 | JZLX | 0.30 | Attended hearing on motions for estate sale and motion to compel Redfield. | 69.00 |
| 5/25/2005 | BHMX | 1.30 | Prepared for hearing (.3); attended hearing (1.0). | 468.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 5/31/2005 | JZLX | 2.40 | Office conference with R. Peterson and B. Meldrum re status of case (.75); telephone conference with V. Wright re FTB documents (.25); reviewed DM mail from A. Lasko (.25); office conference with B. Meldrum re upcoming motions and tax bill (.25); reviewed motions to lift stay and prepared for argument (.75); corresponded by email with T. Fawkes re upcoming motions and house inspection (.1). | 552.00 |
| --- | --- | --- | --- | --- |
| 6/1/2005 | JZLX | 3.00 | Attended hearing on motions for relief from stay, turnover and privileged docs (1.5); drafted letter to L. Garvin inquiring re legal fees (1.5). | 690.00 |
| 6/3/2005 | BHMX | 0.10 | Reviewed section 341 notice. | 36.00 |
| 6/7/2005 | JZLX | 1.00 | Office conference with R. Peterson and B. Meldrum re Ellsworth retainer issue and motion. | 230.00 |
| 6/7/2005 | BHMX | 0.80 | Exchanged email with R. Peterson re meeting (.1); reviewed Ellsworth motion and prepared for hearing (.5); reviewed document inventory (.2). | 288.00 |
| 6/8/2005 | JZLX | 1.00 | Attended status meeting with R. Peterson and B. Meldrum re meeting with debtors and Ellsworth retainer (.5); reviewed document production for Ellsworth retainer letter (.5). | 230.00 |
| 6/8/2005 | BHMX | 3.10 | Researched 327 and 330 retention issues (1.5); attended court hearing on Ellsworth's fee motions (1.0); office conference with R. Peterson re same and re strategy (.5); office conference with J. Laiprasert re issues (.1). | 1,116.00 |
| 6/9/2005 | JZLX | 1.00 | Drafted stipulation re extending response deadline for debtors re 6/13 motions. | 230.00 |
| 6/9/2005 | BHMX | 0.20 | Telephone conference and exchanged email with P. Clishman re agreed order (.1); exchanged email with J. Laiprasert (.1). | 72.00 |
| 6/13/2005 | JZLX | 2.00 | Attended hearing on motion for turnover, relief from stay and privileged documents (1.5); prepared for hearing by reviewing motions (.5). | 460.00 |
| 6/13/2005 | BHMX | 0.20 | Checked docket re today's hearing (.1); office conference with J. Laiprasert re same (.1). | 72.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 6/14/2005 | BHMX | 0.60 | Office conference with R. Peterson re status (.1); prepared for tomorrow's meeting (.5). | 216.00 |
|---|---|---|---|---|
| 6/16/2005 | BHMX | 0.10 | Reviewed Ellsworth fee statement. | 36.00 |
| 6/22/2005 | JZLX | 0.80 | Drafted letter to L. Garvin re missing detail on legal fees. | 184.00 |
| 6/22/2005 | BHMX | 0.30 | Office conference with R. Peterson re status (.2); exchanged email with J. Laiprasert re joinder to U.S. Trustee's objection to Ellsworth's fees (.1). | 108.00 |
| 6/23/2005 | BHMX | 0.20 | Reviewed Stoecker case re fees (.1); exchanged email with M. Pakter (.1). | 72.00 |
| 6/25/2005 | JZLX | 1.50 | Drafted motion to sell stocks and coins. | 345.00 |
| 6/28/2005 | MXP | 0.30 | Reviewed case docket to print J. Redfield's fee application for R. Peterson, J. Laiprasert and B. Meldrum. | 36.00 |
| 6/28/2005 | BHMX | 1.10 | Office conference with R. Peterson (.3); reviewed J. Redfield fee petition (.8). | 396.00 |
| 6/30/2005 | TDH | 3.50 | Worked on preparing witness file for deposition. | 700.00 |
| 6/30/2005 | MXP | 1.80 | Pulled produced documents for copying in preparation for K. Del Monico witness file. | 216.00 |
| 6/30/2005 | CAMX | 3.20 | Worked on K. Del Monico's witness file. | 384.00 |
| 6/30/2005 | CAMX | 0.40 | Met with T. Hooker re K. Del Monico's witness file. | 48.00 |
| 7/1/2005 | CAMX | 0.50 | Completed organizing K. Del Monico's witness file. | 60.00 |
| 7/1/2005 | TDH | 1.00 | Retrieved documents for review by J. Laiprasert. | 200.00 |
| 7/1/2005 | TDH | 4.90 | Worked on preparing documents for review by attorneys in preparation for K. Del Monico deposition. | 980.00 |
| 7/5/2005 | TDH | 9.00 | Prepared materials for Del Monico depositions as requested by J. Laiprasert and B. Meldrum. | 1,800.00 |
| 7/5/2005 | CAMX | 2.90 | Began working on witness files for K. Del Monico. | 348.00 |
| 7/6/2005 | TDH | 8.30 | Prepared materials for Del Monico deposition. | 1,660.00 |
| 7/6/2005 | CAMX | 6.40 | Worked on P. Del Monico witness files. | 768.00 |

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 7/6/2005 | CAMX | 2.30 | Completed organized documents for K. Del Monico witness file. | 276.00 |
| 7/7/2005 | CAMX | 1.20 | Finalized P. Del Monico witness files. | 144.00 |
| 7/13/2005 | BHMX | 6.20 | Reviewed documents and outlined remainder of P. Del Monico's deposition (6.0); exchanged email with Trustee re J. Redfield's fees (.2). | 2,232.00 |
| 7/13/2005 | TDH | 1.30 | Prepared additional materials for deposition. | 260.00 |
| 7/14/2005 | BHMX | 7.00 | Reviewed materials re J. Redfield fee application (1.5); telephone conference with R. Peterson re objections to same (.2); sent letter to State Financial (.3); conducted day two of P. Del Monico's deposition (5.0). | 2,520.00 |
| 7/14/2005 | TDH | 1.50 | Re-filed materials used to prepare for depositions. | 300.00 |
| 7/15/2005 | BHMX | 4.70 | Office conference with R. Peterson, J. Laiprasert (.5); telephone conference with Quest Communications (.2); worked on objection to fees (4.0). | 1,692.00 |
| 7/15/2005 | TDH | 1.00 | Prepared set of deposition exhibits. | 200.00 |
| 7/16/2005 | BHMX | 5.50 | Worked on drafting and researching objection to J. Redfield's fees. | 1,980.00 |
| 7/17/2005 | BHMX | 6.50 | Worked on drafting objection to J. Redfield's fees (6.0); worked on letter to State Financial Bank re CD (.5). | 2,340.00 |
| 7/18/2005 | JZLX | 6.30 | Compiled exhibits for objection to Redfield's fees (2.8); attended hearing re Indeck and LaSalle Bank lift stay motions (1.0); edited objection to Redfield's fees (1.5); filed objection to Redfield's fees (1.0). | 1,449.00 |
| 7/18/2005 | BHMX | 2.10 | Revised objection to J. Redfield's fees (1.5); finalized and prepared for filing (.5); exchanged email with R. Fogel re same (.1). | 756.00 |
| 7/19/2005 | TDH | 1.00 | Prepared materials for deposition. | 200.00 |
| 7/20/2005 | LTYX | 0.60 | Prepared motion to retain real estate broker and to shorten notice for ECF filing, and e-filed and served same. | 135.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 7/20/2005 | JZLX | 5.30 | Updated and edited motion to hire real estate broker (Bobbie O'Reilly) (1.5);discussed process server as deposition drop off location with docketing (.8); drafted and issued Bond subpoenas (1.5); drafted and issued Cairo, and Kelleher and Buckley subpoenas (1.5). | 1,219.00 |
| 7/20/2005 | BHMX | 2.40 | Attended hearing on J. Redfield's fee motion (1.0); office conference with R. Peterson re criminal referral (.2); worked on drafting criminal referral (1.0); telephone conference with R. Fogel re cancellation of deposition (.1); reviewed latest round of subpoenas (.1). | 864.00 |
| 7/20/2005 | TDH | 1.50 | Prepared materials for deposition. | 300.00 |
| 7/21/2005 | JZLX | 4.30 | Office conference with R. Peterson and B. Meldrum re Redfield objection to fees hearing and termination of Cairo representation in personal injury suits (1.0); reissued subpoena to Cairo and drafted accompanying cover letter (.7); searched files for subpoena issuance and response history for criminal referral (1.0); organized case files (.8); drafted GLM 30(b)(6) deposition notice (.8). | 989.00 |
| 7/22/2005 | JZLX | 2.60 | Drafted and filed motion for 2004 examination of GLM (2.5); office conference with B. Meldrum re GLM 30(b)(6) deposition notice and exemptions deadline (.1). | 598.00 |
| 7/26/2005 | JZLX | 0.50 | Revised certificate of service re 2005 examination of GLM motion. | 115.00 |
| 7/28/2005 | JZLX | 1.00 | Prepared and served GLM subpoena for 2004 examination (.7); researched local rules and cases re designation of topics on 2004 examination (.3). | 230.00 |
| 7/29/2005 | LTYX | 0.30 | Office conference with J. Laiprasert re P. Del Monico's deposition and worked assembling documents for same. | 67.50 |
| 7/29/2005 | CAMX | 0.90 | Assisted with deposition preparation. | 108.00 |
| 8/1/2005 | JZLX | 0.30 | Telephone conference with Judge Locallo re motion to change venue. | 69.00 |
| 8/11/2005 | LTYX | 0.20 | Reviewed documents and correspondence. | 45.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 8/12/2005 | JZLX | 0.10 | Office conference with R. Peterson re personal injury attorney and real estate broker's assessment. | 23.00 |
| 8/14/2005 | JZLX | 2.00 | Researched whether 549 is the sole remedy for a post-petition turnover action re Bond. | 460.00 |
| 8/15/2005 | JZLX | 2.80 | Researched Judge Coar's opinion and exclusivity of 549 as relief re action to quiet title re Bond. | 644.00 |
| 8/16/2005 | BHMX | 0.50 | Telephone conference with U.S. Trustee re status (.2); emailed with Judge Shapiro re discharge complaint (.1); emailed with R. Fogel re sale of property (.1); sent email to Trustee re J. Redfield's response (.1). | 180.00 |
| 8/17/2005 | BHMX | 0.30 | Exchanged email re J. Redfield fee objections (.2); exchanged email with T. Fawkes re discharge complaint (.1). | 108.00 |
| 8/19/2005 | JZLX | 1.00 | Corresponded by email and telephone with J. Shapiro, T. Fawkes and B. Meldrum re motion to extend deadline to object to discharge. | 230.00 |
| 8/22/2005 | BHMX | 0.40 | Telephone conference with J. Laiprasert re motion to lift stay (.1); emailed with R. Fogel re same (.1); emailed to Indeck re discharge complaint continuance (.2). | 144.00 |
| 8/24/2005 | BHMX | 1.50 | Reviewed J. Redfield's reply brief (.2); exchanged email with J. Laiprasert re Bond subpoena (.1); reviewed documents from L. Cairo (1.0); telephone conference with R. Peterson re status (.1); exchanged email with State Financial Bank's counsel (.1). | 540.00 |
| 8/25/2005 | BHMX | 0.10 | Reviewed order re extending discharge objection. | 36.00 |
| 8/30/2005 | JZLX | 0.50 | Telephone conference with R. Peterson and R. Fogel re arbitration decision. | 115.00 |
| 8/30/2005 | BHMX | 0.10 | Exchanged email with R. Peterson re J. Redfield's response. | 36.00 |
| 9/1/2005 | JZLX | 3.10 | Attended workers' compensation appeal motion to withdraw by D. Caplan and received case files. | 713.00 |
| 9/2/2005 | JZLX | 0.80 | Prepared updated certificates of service of first day pleadings. | 184.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | | Hours | Description | Amount |
|------|------|------|------|------|
| 9/2/2005 | JZLX | 6.80 | Attended first day pleadings with C. Steege, B. Meldrum, D. MacGreevey, J. Dale and L. Vainikos. | 1,564.00 |
| 9/6/2005 | JZLX | 2.80 | Office conference with R. Peterson and B. Meldrum re ability to evict Del Monico by paying homestead exemption up front; researched eviction powers as trustee. | 644.00 |
| 9/7/2005 | JZLX | 1.60 | Attended Indeck motion to lift stay. | 368.00 |
| 9/15/2005 | JZLX | 5.80 | Researched additional backup for Cendant response per C. Steege's recommendations, and edited response accordingly. | 1,334.00 |
| 9/21/2005 | BHMX | 2.50 | Prepared for and attended hearings and conference with debtors' counsel re same (1.5); worked on personal injury case issues (1.0). | 900.00 |
| 9/29/2005 | BHMX | 1.50 | Office conference with R. Peterson (.2); worked on L. Cairo issues (1.0); reviewed waiver of discharge papers (.3). | 540.00 |
| 10/5/2005 | JZLX | 2.10 | Attended hearing on motion to waive discharge and R. Fogel's withdrawal of counsel. | 483.00 |
| 10/5/2005 | BHMX | 0.10 | Exchanged email with R. Fogel re motion to withdraw (.1). | 36.00 |
| 10/6/2005 | JZLX | 3.10 | Drafted motion to abandon worker's compensation case and the personal injury case. | 713.00 |
| 10/7/2005 | JZLX | 2.10 | Drafted motion to abandon lawsuits. | 483.00 |
| 10/10/2005 | JZLX | 0.90 | Drafted motion to abandon re personal injury and WC lawsuits. | 207.00 |
| 10/11/2005 | JZLX | 2.20 | Drafted motion to sell household goods. | 506.00 |
| 10/11/2005 | JZLX | 1.80 | Edited motion to abandon lawsuits. | 414.00 |
| 10/12/2005 | JZLX | 1.80 | Edited motion to sell household goods. | 414.00 |
| 10/13/2005 | BHMX | 0.20 | Reviewed motion to abandon property. | 72.00 |
| 10/18/2005 | BHMX | 0.50 | Sent email to J. Laiprasert re pending motions (.2); reviewed docket re status (.3). | 180.00 |
| 10/25/2005 | JZLX | 0.80 | Drafted letter to Bickley to tell him we abandoned the lawsuits. | 184.00 |
| 11/6/2005 | BHMX | 0.10 | Sent email to J. Laiprasert re hearing tomorrow. | 36.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 12/11/2005 | BHMX | 0.10 | Sent email to R. Peterson re K&B fee application issues. | 36.00 |
| 12/12/2005 | JZLX | 4.20 | Edited bond default judgment; drafted judgment order; office conference with B. Meldrum re default motion; drafted B. Meldrum affidavit; filed and served motion. | 966.00 |
| 12/13/2005 | BHMX | 0.20 | Telephone conference with J. Redfield re tomorrow's hearing. | 72.00 |
| 12/14/2005 | JZLX | 1.20 | Attended status hearing on Bond adversary and larger bankruptcy case. | 276.00 |
| 12/19/2005 | JZLX | 1.10 | Attended default motion on Bond adversary. | 253.00 |
| 1/3/2006 | JZLX | 0.70 | Discussed recording Bond judgment order with docketing and prepared for filing. | 185.50 |
| 1/5/2006 | BHMX | 0.10 | Office conference with J. Laiprasert re call from debtor and response. | 40.50 |
| 2/14/2006 | LTYX | 2.50 | Reviewed case docket and worked on assembling copies of Redfield's fee application, all objections thereto and all other pleadings filed in connection to same. | 600.00 |
| 2/14/2006 | LTYX | 1.10 | Prepared notebook for Redfield's fee application hearing. | 264.00 |
| 2/14/2006 | BHMX | 0.50 | Reviewed materials re fee petition hearing and office conference with R. Peterson re same. | 202.50 |
| 2/15/2006 | JZLX | 0.90 | Office conference with R. Peterson re outcome of Redfield fee petition; drafted letter to Redfield warning re cross-appeal. | 238.50 |
| 2/15/2006 | BHMX | 0.30 | Reviewed opinion re fees. | 121.50 |
| 3/10/2006 | BHMX | 0.20 | Reviewed J. Redfield's proof of claim and emailed R. Peterson re same. | 81.00 |
| 3/13/2006 | BHMX | 2.00 | Researched and worked on objection to J. Redfield claim. | 810.00 |
| 3/14/2006 | BHMX | 5.10 | Reviewed email from A. Lasko (.1); finalized objection to J. Redfield's proof of claim (3.0); researched res judicata case law (2.0). | 2,065.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 3/15/2006 | JZLX | 0.40 | Telephone conference with L. Mota at Cairo's office and requested copy of abandonment order. | 106.00 |
|---|---|---|---|---|
| 3/15/2006 | RTGX | 0.30 | Located and delivered abandonment order per J. Laiprasert's request. | 39.00 |
| 3/16/2006 | LTYX | 1.90 | Completed, reviewed and revised objection to Kelleher's proof of claim and prepared, reviewed and revised notice of hearing, certificate of service and proposed order. | 456.00 |
| 3/16/2006 | LTYX | 0.40 | Readied objection to claim for ECF-filing and e-filed same. | 96.00 |
| 3/16/2006 | LTYX | 0.70 | Worked on preparation re service of objection to claim. | 168.00 |
| 3/30/2006 | BHMX | 0.10 | Sent email to L. Yap re return of J. Redfield fees. | 40.50 |
| 4/18/2006 | LTYX | 0.30 | Assisted with preparation for Redfield's claim hearing. | 72.00 |
| 4/19/2006 | BHMX | 2.20 | Prepared argument on J. Redfield's fee motion (1.6); attended hearing re same (.6). | 891.00 |
| 8/8/2006 | LTYX | 0.20 | Reviewed documents and correspondence and updated files. | 48.00 |
| 9/25/2006 | LTYX | 0.50 | Reviewed A. Lasko's bill, worked on paying same, updated ledger and mailed check to A. Lasko. | 120.00 |
| 9/29/2006 | LTYX | 0.30 | Reviewed bank statement, reconciled same with records and updated ledger. | 72.00 |
| 10/17/2006 | LTYX | 0.40 | Reviewed A. Lasko's bill, worked on paying same, updated ledger and mailed check to A. Lasko. | 96.00 |
| 11/10/2006 | LTYX | 0.90 | Office conference with J. Laiprasert re fee application exhibits and attended to same. | 216.00 |
| 4/11/2007 | LTYX | 1.10 | Office conference with B. Meldrum, J. Laiprasert re motion to withdraw as counsel (.20), assembled service list for same (.20), readied same for ECF filing (.10), e-filed same (.10) and worked on preparation re service of same (.50). | 275.00 |
| 4/23/2007 | DHHX | 0.90 | Attended bankruptcy court hearing on motion to withdraw B. Meldrum as counsel. | 261.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 7/5/2007 | LTYX | 0.40 | Telephone conference with J. Laiprasert re withdrawal and substitution of counsel (.1) and prepared draft of same (.3). | 100.00 |
|---|---|---|---|---|
| 7/12/2007 | LTYX | 1.20 | Office conference with J. Laiprasert re substitution of counsel, reviewed and revised substitution of counsel, assembled service list for same, readied same for ECF-filing, e-filed same and worked on preparation re service of same. | 300.00 |
| 11/8/2007 | MJKX | 0.30 | Researched to determine whether the court has preapproved making payments to A. Lasko for his mail handling services. | 87.00 |
| 11/9/2007 | MJKX | 2.50 | Researched, drafted and redrafted letter to debtor's counsel re  notice of ejectment and satisfaction of homestead exemption(1.75); researched re Trustee's authority to pay A. Lasko (0.5); telephone call to J. Laiprasert re mortgage holders to debtor's house (0.25). | 725.00 |
| 12/13/2007 | MJKX | 0.10 | Conference with R. Peterson re complaint to eject. | 29.00 |
| 12/21/2007 | MJKX | 0.20 | Reviewed motion to lift stay. | 58.00 |
| 12/27/2007 | MJKX | 1.50 | Drafting motion to eject debtors from home. | 435.00 |
| 1/3/2008 | MJKX | 0.60 | Drafted response to motion to lift stay on house. | 222.00 |
| 1/4/2008 | LTYX | 1.40 | Prepared notice of filing, certificate of service and proof of service by fax (.9); readied the notice, certificate of service and response to motion to lift automatic stay for ECF-filing (.3); e-filed same (.2). | 385.00 |
| 1/4/2008 | MJKX | 0.80 | Revised, researched and filed response to motion to lift stay. | 296.00 |
| 1/7/2008 | MJKX | 0.60 | Prepared for and attended hearing on motion to lift stay (hearing stricken). | 222.00 |
| 1/8/2008 | MJKX | 0.70 | Drafted motion to eject debtors. | 259.00 |
| 1/9/2008 | MJKX | 1.00 | Conference with R. Peterson re status; sent email to N. Levin re mortgage payoffs; reviewed motion to eject the debtors. | 370.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 1/10/2008 | LTYX | 1.30 | Prepared notice of filing, certificate of service and proof of service by fax (.8); readied the notice, certificate of service and response to motion to lift automatic stay for ECF-filing (.3); e-filed same (.2). | 357.50 |
|---|---|---|---|---|
| 1/10/2008 | MJKX | 0.30 | Filed response to motion to lift stay; conference with R. Peterson re motion. | 111.00 |
| 1/11/2008 | MJKX | 0.20 | Office conference with R. Peterson re status. | 74.00 |
| 1/14/2008 | MJKX | 0.10 | Conference with R. Peterson re hearing on lift stay motion. | 37.00 |
| 1/17/2008 | MHMX | 0.60 | Prepared notice of motion and certificate of service for motion for order directing debtors to vacate property. | 165.00 |
| 1/17/2008 | MJKX | 0.40 | Conference with R. Peterson re case status (.1); reviewed case file (.3). | 148.00 |
| 1/22/2008 | LTYX | 0.20 | Telephone conference with M. Kelly re ECF issue on Friday's filing (.1) and attended to same (.1). | 55.00 |
| 1/22/2008 | MJKX | 0.10 | Conference with R. Peterson re motion to eject the debtors. | 37.00 |
| 1/23/2008 | MJKX | 0.30 | Followed-up on ECF problem (.1); conference with R. Peterson re hearing on motion to eject debtor (.2). | 111.00 |
| 1/28/2008 | MJKX | 0.10 | Checked docket for filing of response to vacate motion. | 37.00 |
| 1/30/2008 | MJKX | 0.20 | Researched re whether Indeck appears on schedules. | 74.00 |
| 1/31/2008 | MJKX | 0.10 | Conference with R. Peterson re motion to eject Del Monico response. | 37.00 |
| 8/25/2008 | MHMX | 0.40 | Prepared, filed and served amended notice of motion. | 110.00 |
| 8/27/2008 | MHMX | 0.90 | Prepared exhibits for motion to retain special counsel, proofread motion and filed same. | 247.50 |
| 8/27/2008 | MHMX | 1.10 | Drafted, proofread and revised notice of motion to retain special counsel. | 302.50 |
| 12/10/2008 | MJKX | 0.20 | Conference with R. Peterson re Indeck distribution question; responded by email to Indeck. | 74.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 12/12/2008 | MJKX | 0.40 | Emailed Indeck response re whether the stay is in effect as to lawsuit against debtors; returned telephone call from R. Strom re his claims. | 148.00 |
|---|---|---|---|---|
| 7/8/2009 | MJKX | 0.30 | Conference with R. Peterson re letter to M. Campobasso of Freeborn & Peters; revised same. | 135.00 |
| 3/11/2010 | MHMX | 3.00 | Reviewed M. Pakter fee submission materials, redrafted and prepared exhibits. | 870.00 |
| 3/11/2010 | MJKX | 0.20 | Worked on M. Pakter fee application. | 95.00 |
| 3/15/2010 | MHMX | 0.60 | Office conference with M. Kelly re Pakter fee application (.1); revised M. Pakter fee application re same (.3); corresponded with M. Pakter re revisions and reviewed fee application. | 174.00 |
| 3/17/2010 | MJKX | 0.30 | Prepared M. Pakter fee application. | 142.50 |
| 3/18/2010 | MHMX | 1.40 | Finalized and e-filed Pakter fee application (.7); worked on service of same (.7). | 406.00 |
| 4/12/2010 | MJKX | 0.50 | Attended M. Pakter fee hearing. | 237.50 |
| 7/12/2010 | JNK | 2.80 | Prepared stipulation of claim for LaSalle Bank secured claim. | 770.00 |
| 7/12/2010 | JNK | 0.50 | Prepared notice of withdrawal of claim for LaSalle Bank. | 137.50 |
| 7/13/2010 | JNK | 0.20 | Proofread 3012 motion and conferred with R. Peterson re motion. | 55.00 |
| 7/14/2010 | JNK | 0.90 | Drafted final edits to notice of withdrawal of claim for LaSalle Bank; corresponded with J. Shapiro re notice of withdrawal; conferred with A. Allen and M. Kelly re satisfaction pursuant to an agreed order; corresponded with J. Shapiro re stipulation. | 247.50 |
| 7/16/2010 | JNK | 0.90 | Conferred with L. Yap and R. Peterson re conversations with creditor counsel J. Shapiro, refusal to withdraw claim, and status of final report. | 247.50 |
| 7/19/2010 | JNK | 0.20 | Corresponded with J. Shapiro re withdrawal of secured claim and resolution of secured claim via final report. | 55.00 |
| 7/19/2010 | JNK | 0.40 | Prepared proposed stipulation fixing amounts of claim. | 110.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 7/19/2010 | JNK | 0.50 | Corresponded with J. Ruddy and Susan at CCC re conversation with Susan at CCU and proposed stipulation. | 137.50 |
| 7/19/2010 | JNK | 0.10 | Corresponded with R. Peterson re status of stipulation re CCU claim. | 27.50 |
| 7/21/2010 | JNK | 0.90 | Corresponded with S. Hendrickson re status of J. Ruddy review of stipulation fixing value of claims (.4); corresponded further with J. Ruddy and S. Hendrickson re same (.5). | 247.50 |
| 7/22/2010 | JNK | 0.40 | Corresponded with J. Ruddy re stipulation approval and execution. | 110.00 |
| 7/22/2010 | JNK | 1.00 | Draft motion to approve stipulation in preparation for filing. | 275.00 |
| 8/4/2010 | JNK | 0.30 | Review pleadings in preparation for hearing on stipulated motion to fix value of claims. | 82.50 |
| 11/10/2010 | JNK | 0.20 | Analysis of docket re application and order on Pakter retention. | 55.00 |
| 11/10/2010 | JNK | 0.10 | Correspondence to R. Peterson re Pakter fee application and order. | 27.50 |
| 8/24/2011 | MHMX | 0.40 | Researched status of Pakter & Associates fee application order. | 118.00 |
| 8/24/2011 | MJKX | 0.20 | Responded to inquiry re Pakter fee application. | 107.00 |
| 8/26/2011 | MJKX | 0.20 | Drafted letter, sent check to Pakter. | 107.00 |
| | | 382.20 | PROFESSIONAL SERVICES | $100,172.00 |

MATTER 10010 TOTAL                                                    $100,172.00

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CASE ADMINISTRATION                                         MATTER NUMBER- 10028

| Date | Code | Hours | Description | Amount |
|---|---|---|---|---|
| 3/4/2005 | BHMX | 2.60 | Telephone conference with R. Peterson re status of case (.2); telephone conference with J. Laiprasert re to do list (.2); reviewed outline from R. Peterson re to do list (.2); reviewed case docket re history (.5); studied 341 transcripts (1.0); studied motion and related papers re trustee appointment (.5). | 884.00 |
| 3/4/2005 | JZLX | 2.50 | Met with R. Peterson and G. Silver (.5); telephone conference with B. Meldrum re case background (.2); office conference with L. Yap and R. Peterson re case outline (.5); drafted affidavit with R. Peterson (1.3). | 537.50 |
| 3/4/2005 | LTYX | 0.50 | Office conferences with R. Peterson, J. Laiprasert re status, strategy and assignment and reviewed petition and schedules and statement of affairs. | 105.00 |
| 3/6/2005 | BHMX | 2.20 | Worked on conflicts issues and R. Peterson affidavit (2.0); emailed R. Peterson re same (.1); telephone conference with R. Peterson re same (.1). | 748.00 |
| 3/8/2005 | LTYX | 1.50 | Office conference with B. Meldrum and J. Laiprasert re case status and various matters and read relevant documents re case familiarization. | 315.00 |
| 3/9/2005 | LTYX | 1.10 | Worked on assembling case documents. | 231.00 |
| 3/10/2005 | LTYX | 0.50 | Reviewed and organized documents. | 105.00 |
| 3/10/2005 | MXP | 1.00 | Reviewed docket to print and down load schedules, petition and transcript to be sent to  M. Pakter. | 110.00 |
| 3/11/2005 | LTYX | 1.20 | Worked on assembling documents for M. Pakter and divided PDF files into sizes acceptable to M. Pakter's email system. | 252.00 |
| 3/11/2005 | LTYX | 1.60 | Reviewed case docket and service list, updated service list, and prepared labels for same. | 336.00 |
| 3/15/2005 | LTYX | 0.60 | Reviewed documents re assets and financial information. | 126.00 |
| 3/18/2005 | LTYX | 0.30 | Reviewed documents and correspondence. | 67.50 |
| 3/21/2005 | LTYX | 0.20 | Reviewed documents and correspondence. | 45.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 3/22/2005 | MXP | 0.50 | Conferred with L. Yap re ordering copies of civil cases and arranged with docketing department for same. | 60.00 |
| 3/23/2005 | LTYX | 0.20 | Reviewed property documents and correspondence. | 45.00 |
| 3/25/2005 | MXP | 2.50 | Worked on organizing working file documents and creating new case files for same | 300.00 |
| 3/28/2005 | LTYX | 0.20 | Reviewed documents and conferred with J. Laiprasert re same. | 45.00 |
| 3/28/2005 | BHMX | 0.50 | Office conference with R. Peterson and J. Laiprasert re status and to do list. | 180.00 |
| 3/29/2005 | TDH | 0.20 | Attended meeting re assignments. | 40.00 |
| 3/29/2005 | LTYX | 0.60 | Reviewed 341 meeting transcript and sent transcripts to M. Pakter. | 135.00 |
| 3/29/2005 | LTYX | 0.20 | Reviewed R. Peterson's memorandum and attended to same. | 45.00 |
| 3/29/2005 | MXP | 1.50 | Sorted and filed court and correspondence documents. | 180.00 |
| 3/30/2005 | LTYX | 0.30 | Reviewed indices to court and case files and conferred with M. Patterson re same. | 67.50 |
| 3/30/2005 | LTYX | 0.10 | Reviewed and updated service list. | 22.50 |
| 3/31/2005 | LTYX | 0.20 | Reviewed documents and correspondence. | 45.00 |
| 4/4/2005 | MXP | 0.50 | Created a case docket notebook for R. Peterson. | 60.00 |
| 4/4/2005 | MXP | 0.60 | Sorted and filed distribution from attorneys' working files. | 72.00 |
| 4/5/2005 | TDH | 1.00 | Worked on locating information re federal lawsuit filings. | 200.00 |
| 4/5/2005 | TDH | 0.10 | Retrieved documents for J. Laiprasert. | 20.00 |
| 4/5/2005 | LTYX | 0.50 | Reviewed documents received from U.S. Trustee's office. | 112.50 |
| 4/6/2005 | TDH | 1.00 | Set up and organized court file for Case No. 04L519. | 200.00 |
| 4/6/2005 | TDH | 1.00 | Set up and organized court file for Case No. 03L10076. | 200.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | | | | |
|---|---|---|---|---|
| 4/6/2005 | LTYX | 0.30 | Reviewed index to court file and reviewed documents and correspondence. | 67.50 |
| 4/7/2005 | LTYX | 0.20 | Reviewed documents and correspondence. | 45.00 |
| 4/7/2005 | LTYX | 0.30 | Reviewed service list and updated same. | 67.50 |
| 4/12/2005 | MXP | 1.00 | Sorted and filed distribution from attorneys working files. | 120.00 |
| 4/13/2005 | MXP | 0.60 | Sorted and filed court and correspondence documents. | 72.00 |
| 4/14/2005 | LTYX | 0.30 | Reviewed discovery documents in the Indeck matter. | 67.50 |
| 4/18/2005 | BHMX | 4.00 | Continued working on response to motion to dismiss (2.0); worked on broker motion (.5); worked on response to LaSalle motion (1.0); worked on exemption motion (.5). | 1,440.00 |
| 4/19/2005 | LTYX | 1.00 | Assisted in assembling exhibits to objection to K. Del Monico's motion to dismiss bankruptcy petition. | 225.00 |
| 4/19/2005 | MXP | 1.10 | Sorted and filed distribution from attorney's working files. | 132.00 |
| 4/20/2005 | TDH | 1.00 | Worked on labeling documents. | 200.00 |
| 4/20/2005 | LTYX | 0.90 | Reviewed creditors list and prepared service list for supplemental service re motion to convert. | 202.50 |
| 4/20/2005 | LTYX | 0.30 | Reviewed documents, correspondence and index to court file. | 67.50 |
| 4/20/2005 | LTYX | 2.90 | Worked on hearing preparation and prepared hearing notebook. | 652.50 |
| 4/21/2005 | LTYX | 0.30 | Reviewed documents and correspondence and reviewed case docket. | 67.50 |
| 4/22/2005 | TDH | 1.00 | Worked on labeling documents. | 200.00 |
| 4/22/2005 | TDH | 1.50 | Worked on indexing documents. | 300.00 |
| 4/22/2005 | LTYX | 0.60 | Worked on hearing preparation and updated hearing notebook. | 135.00 |
| 4/22/2005 | MXP | 0.70 | Sorted and filed court and correspondence documents. | 84.00 |

LAW OFFICES

Page 24

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 4/25/2005 | TDH | 1.00 | Worked on labeling incoming documents. | 200.00 |
| 4/25/2005 | TDH | 2.00 | Worked on indexing documents. | 400.00 |
| 4/25/2005 | MXP | 4.30 | Reviewed and indexed production documents. | 516.00 |
| 4/25/2005 | ABX | 2.50 | Worked on indexing documents. | 300.00 |
| 4/25/2005 | LTYX | 0.40 | Worked on returning materials to files from hearing on various motions. | 90.00 |
| 4/26/2005 | TDH | 2.00 | Worked on indexing documents. | 400.00 |
| 4/26/2005 | MXP | 4.80 | Continued project of reviewing and indexing production documents. | 576.00 |
| 4/26/2005 | ABX | 3.00 | Worked on indexing documents. | 360.00 |
| 4/27/2005 | TDH | 1.80 | Worked on indexing documents. | 360.00 |
| 4/27/2005 | MXP | 6.20 | Continued project of reviewing and indexing production documents. | 744.00 |
| 4/27/2005 | ABX | 4.80 | Worked on indexing documents. | 576.00 |
| 4/27/2005 | MXP | 1.00 | Sorted and filed court and correspondence documents. | 120.00 |
| 4/27/2005 | LTYX | 1.00 | Reviewed and revised creditors matrix. | 225.00 |
| 4/28/2005 | ABX | 7.50 | Worked on indexing documents. | 900.00 |
| 4/28/2005 | LTYX | 0.30 | Reviewed case docket re updates to case service list and updated service list. | 67.50 |
| 4/29/2005 | MXP | 3.50 | Continued project of reviewing and indexing production documents. | 420.00 |
| 4/29/2005 | ABX | 7.00 | Worked on indexing documents. | 840.00 |
| 5/2/2005 | TDH | 1.00 | Worked on indexing documents. | 200.00 |
| 5/2/2005 | ABX | 5.00 | Worked on indexing documents. | 600.00 |
| 5/3/2005 | TDH | 1.00 | Worked on indexing documents. | 200.00 |
| 5/3/2005 | MXP | 4.90 | Worked on continued project of indexing production documents. | 588.00 |
| 5/4/2005 | MXP | 6.00 | Worked on continued project of indexing production documents. | 720.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 5/4/2005 | LTYX | 0.10 | Reviewed documents and correspondence. | 22.50 |
| 5/5/2005 | MXP | 6.00 | Worked on continued project of indexing production documents. | 720.00 |
| 5/6/2005 | TDH | 0.50 | Prepared documents for Bates labeling. | 100.00 |
| 5/6/2005 | MXP | 0.40 | Sorted and filed court and correspondence documents. | 48.00 |
| 5/9/2005 | MXP | 0.80 | Sorted and filed distribution from attorney's working files. | 96.00 |
| 5/10/2005 | LTYX | 0.30 | Reviewed documents and correspondence and reviewed case docket. | 67.50 |
| 5/10/2005 | LTYX | 0.20 | Office conference with J. Laiprasert re subpoena and reviewed service addresses for same. | 45.00 |
| 5/10/2005 | BHMX | 0.20 | Exchanged email re reply brief (.1); office conference with R. Peterson re status. (.1). | 72.00 |
| 5/10/2005 | MXP | 0.50 | Sorted and filed court and correspondence documents. | 60.00 |
| 5/13/2005 | TDH | 1.00 | Worked on indexing documents. | 200.00 |
| 5/13/2005 | TDH | 0.10 | Gathered documents for J. Laiprasert. | 20.00 |
| 5/14/2005 | MXP | 0.50 | Reviewed and updated production documents data base on Concordance. | 60.00 |
| 5/16/2005 | BHMX | 0.10 | Reviewed docket re recent filings. | 36.00 |
| 5/17/2005 | LTYX | 0.20 | Reviewed documents and correspondence. | 45.00 |
| 5/19/2005 | TDH | 1.00 | Prepared documents for production as requested by J Laiprasert. | 200.00 |
| 5/19/2005 | LTYX | 1.90 | Worked on setting up case database, reviewed various amended schedules re same, opened bank account, obtained Tax ID number, processed checks for deposit, and telephone conference with Bank of America re tax ID issue. | 427.50 |
| 5/24/2005 | BHMX | 0.10 | Office conference with R. Peterson re status. | 36.00 |
| 5/24/2005 | MXP | 0.70 | Worked on sorting and filing distribution from attorney's working files. | 84.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 5/25/2005 | MXP | 0.50 | Sorted and filed court and correspondence documents. | 60.00 |
| 5/25/2005 | LTYX | 0.30 | Reviewed case docket and index to files. | 67.50 |
| 5/26/2005 | TDH | 1.00 | Bates labeled documents. | 200.00 |
| 5/31/2005 | CAMX | 4.80 | Coded Fifth Third Bank documents. | 576.00 |
| 5/31/2005 | MXP | 4.80 | Worked on indexing Fifth Third Bank's documents. | 576.00 |
| 6/1/2005 | AMY | 0.20 | Met with T. Hooker re document indexing project | 24.00 |
| 6/1/2005 | TDH | 1.00 | Bates labeled documents. | 200.00 |
| 6/1/2005 | TDH | 1.00 | Coded documents. | 200.00 |
| 6/1/2005 | TDH | 0.20 | Updated document source list. | 40.00 |
| 6/1/2005 | MXP | 1.80 | Worked on indexing Fifth Third Bank Documents | 216.00 |
| 6/1/2005 | BHMX | 1.10 | Office conference with J. Laiprasert re conversion hearing (.1); attended hearing re same (1.0). | 396.00 |
| 6/2/2005 | AMY | 1.80 | Worked on document indexing project for T. Hooker. | 216.00 |
| 6/2/2005 | TDH | 1.50 | Bates labeled documents. | 300.00 |
| 6/2/2005 | TDH | 1.50 | Coded documents. | 300.00 |
| 6/2/2005 | MXP | 0.70 | Worked on sorting and filing court and correspondence documents. | 84.00 |
| 6/6/2005 | TDH | 0.50 | Bates labeled documents. | 100.00 |
| 6/6/2005 | TDH | 1.80 | Coded documents. | 360.00 |
| 6/6/2005 | MXP | 4.00 | Worked on indexing Fifth Third Bank Documents | 480.00 |
| 6/6/2005 | MXP | 0.70 | Proofread and updated production document index. | 84.00 |
| 6/7/2005 | TDH | 2.00 | Coded documents. | 400.00 |
| 6/7/2005 | MXP | 4.00 | Worked on indexing Fifth Third Bank documents. | 480.00 |
| 6/9/2005 | CAMX | 2.00 | Coded production documents. | 240.00 |
| 6/9/2005 | MXP | 2.00 | Worked on indexing Fifth Third Bank documents. | 240.00 |
| 6/10/2005 | CAMX | 1.30 | Coded production documents. | 156.00 |
| 6/13/2005 | TDH | 1.00 | Revised document index. | 200.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 6/13/2005 | TDH | 1.00 | Coded documents. | 200.00 |
|---|---|---|---|---|
| 6/13/2005 | MXP | 0.80 | Worked on sorting and filing distribution from attorney's working files. | 96.00 |
| 6/14/2005 | TDH | 4.60 | Prepared documents for document inspection. | 920.00 |
| 6/14/2005 | TDH | 1.00 | Bates labeled documents. | 200.00 |
| 6/14/2005 | TDH | 0.50 | Set up document room. | 100.00 |
| 6/14/2005 | CAMX | 0.30 | Met with T. Hooker re database and instructions for corrections. | 36.00 |
| 6/15/2005 | TDH | 2.50 | Assisted with document inspection. | 500.00 |
| 6/16/2005 | MXP | 0.40 | Sorted and filed court and correspondence documents. | 48.00 |
| 6/17/2005 | TDH | 1.00 | Assisted with document inspection. | 200.00 |
| 6/17/2005 | TDH | 2.50 | Worked on coding documents. | 500.00 |
| 6/17/2005 | MXP | 0.70 | Sorted and filed distribution from attorney's working files. | 84.00 |
| 6/20/2005 | TDH | 1.80 | Worked on coding documents. | 360.00 |
| 6/21/2005 | TDH | 1.30 | Bates labeled documents. | 260.00 |
| 6/21/2005 | TDH | 2.00 | Worked on coding documents. | 400.00 |
| 6/21/2005 | BHMX | 0.20 | Emailed with J. Laiprasert re things to do. | 72.00 |
| 6/22/2005 | TDH | 1.10 | Worked on coding documents. | 220.00 |
| 6/24/2005 | MXP | 0.90 | Prepared hearing notebook for 6/27 hearing for R. Peterson. | 108.00 |
| 6/27/2005 | TDH | 0.80 | Worked on coding documents. | 160.00 |
| 6/29/2005 | TDH | 0.60 | Retrieved documents for J. Laiprasert. | 120.00 |
| 6/29/2005 | BHMX | 0.60 | Office conference with R. Peterson re status (.5); exchanged email with J. Laiprasert re subpoenas (.1). | 216.00 |
| 6/30/2005 | BHMX | 1.50 | Met with M. Pakter and team re status, strategy and documents. | 540.00 |
| 7/5/2005 | LTYX | 0.10 | Reviewed documents and correspondence. | 22.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 7/5/2005 | LTYX | 0.20 | Worked on processing check for deposit and updated ledger. | 45.00 |
|---|---|---|---|---|
| 7/7/2005 | TDH | 1.60 | Organized additional documents for deposition. | 320.00 |
| 7/11/2005 | TDH | 2.00 | Prepared materials for deposition. | 400.00 |
| 7/11/2005 | CAMX | 0.50 | Prepared materials for deposition. | 60.00 |
| 7/11/2005 | MXP | 0.70 | Reviewed case files to pull and copy documents for P. Del Monico's deposition hearing. | 84.00 |
| 7/11/2005 | MXP | 0.50 | Organized and updated case files and index to same. | 60.00 |
| 7/12/2005 | MXP | 0.30 | Prepared boxes of deposition material to be sent to T. Fawkes. | 36.00 |
| 7/13/2005 | TDH | 0.50 | Bates labeled and circulated documents. | 100.00 |
| 7/21/2005 | TDH | 1.50 | Worked on gathering data re subpoena responses. | 300.00 |
| 7/21/2005 | TDH | 2.00 | Retrieved documents for review by B. Meldrum. | 400.00 |
| 7/25/2005 | CAMX | 1.50 | Reviewed and retrieved production documents per J. Laiprasert. | 180.00 |
| 7/26/2005 | LTYX | 0.20 | Reviewed documents and correspondence and updated files. | 45.00 |
| 7/28/2005 | TDH | 1.00 | Retrieved documents for J. Laiprasert. | 200.00 |
| 7/29/2005 | TDH | 0.50 | Retrieved documents for B. Meldrum. | 100.00 |
| 8/1/2005 | TDH | 2.30 | Quality control sets of L. Cairo documents. | 460.00 |
| 8/1/2005 | LTYX | 0.30 | Reviewed documents and correspondence for the files. | 67.50 |
| 8/4/2005 | TDH | 2.00 | Edited referral exhibits binders. | 400.00 |
| 8/4/2005 | AMY | 1.00 | Worked on quality control checking of referral exhibits notebooks for T. Hooker. | 120.00 |
| 8/4/2005 | LTYX | 0.20 | Reviewed documents and correspondence. | 45.00 |
| 8/5/2005 | TDH | 0.50 | Forwarded referral binders to parties. | 100.00 |
| 8/10/2005 | TDH | 0.50 | Filed exhibits from deposition and communication with J. Laiprasert re deposition preparations. | 100.00 |
| 8/10/2005 | AMY | 0.50 | Worked on retrieving documents for deposition for J. Laiprasert. | 60.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 8/11/2005 | JZLX | 0.50 | Redrafted and served subpoenas to D. Bond in Wisconsin. | 115.00 |
|---|---|---|---|---|
| 8/16/2005 | TDH | 0.20 | Retrieved documents for J. Laiprasert. | 40.00 |
| 8/22/2005 | JZLX | 1.00 | Attended Indeck motion to lift stay. | 230.00 |
| 8/24/2005 | LTYX | 0.40 | Reviewed files for deposition exhibit binder. | 90.00 |
| 8/24/2005 | JZLX | 1.00 | Telephone conference with M. Pakter re sources and uses documents; pulled M. Pakter hot documents for J. Stith. | 230.00 |
| 8/25/2005 | LTYX | 0.30 | Reviewed bank statements and reconciled with and updated ledger. | 67.50 |
| 8/25/2005 | JZLX | 0.50 | Office conference with T. Hooker re Del Monico documents for M. Pakter review. | 115.00 |
| 8/26/2005 | LTYX | 0.30 | Office conference with R. Gianneschi re document maintenance and organization. | 67.50 |
| 8/26/2005 | RTGX | 2.00 | Sorted and organized documents and correspondence. | 240.00 |
| 8/29/2005 | RTGX | 2.00 | Sorted, organized and filed deposition transcripts. | 240.00 |
| 8/29/2005 | RTGX | 2.00 | Sorted, organized and filed correspondence and court documents. | 240.00 |
| 8/29/2005 | LTYX | 0.40 | Worked on processing check for deposit and updated ledger. | 90.00 |
| 8/31/2005 | TDH | 2.10 | Organized documents in preparation for document inspection. | 420.00 |
| 8/31/2005 | LTYX | 0.20 | Reviewed indices to files and met with R. Gianneschi re file organization. | 45.00 |
| 9/2/2005 | JZLX | 1.60 | Prepared and filed utilities motion. | 368.00 |
| 9/6/2005 | RTGX | 1.50 | Worked on updating court files and indexed same. | 180.00 |
| 9/6/2005 | LTYX | 0.20 | Reviewed indices to court and case files. | 45.00 |
| 9/7/2005 | TDH | 0.50 | Retrieved documents requested by J. Laiprasert. | 100.00 |
| 9/8/2005 | TDH | 2.00 | Prepared materials for document inspection. | 400.00 |
| 9/8/2005 | RTGX | 1.00 | Sorted, organized and filed correspondence and court files. | 120.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/9/2005 | TDH | 2.00 | Prepared and forwarded documents to T. Gorman. | 400.00 |
| 9/13/2005 | TDH | 0.60 | Retrieved documents for J. Laiprasert. | 120.00 |
| 9/13/2005 | RTGX | 1.00 | Opened, sorted and discussed mail with J, Laiprasert. | 120.00 |
| 9/14/2005 | RTGX | 2.00 | Sorted, organized and filed correspondence and court files. | 240.00 |
| 9/21/2005 | KDSX | 2.30 | Reviewed produced documents for time records. | 276.00 |
| 9/21/2005 | TDH | 0.20 | Briefed PA on document review assignment. | 40.00 |
| 9/21/2005 | TDH | 3.00 | Reviewed production documents for time records. | 600.00 |
| 9/22/2005 | LTYX | 0.60 | Worked on e-filing complaint v. Bond and conferred with J. Laiprasert re same. | 135.00 |
| 9/22/2005 | LTYX | 0.20 | Reviewed documents and correspondence. | 45.00 |
| 9/23/2005 | BHMX | 0.10 | Exchanged email with J. Laiprasert re home offer. | 36.00 |
| 9/23/2005 | LTYX | 0.30 | Reviewed bank statement and reconciled same with record. | 67.50 |
| 9/23/2005 | LTYX | 0.10 | Reviewed documents and correspondence. | 22.50 |
| 9/26/2005 | KDSX | 0.20 | Gathered L. Cairo 'time log' production documents for J. Laiprasert. | 24.00 |
| 9/26/2005 | TDH | 1.50 | Retrieved documents for J. Laiprasert. | 300.00 |
| 9/27/2005 | LTYX | 0.90 | Reviewed service list, reviewed case docket re same and updated service lists and mailing labels. | 202.50 |
| 9/28/2005 | RTGX | 0.10 | Sorted various documents. | 12.00 |
| 9/30/2005 | TDH | 1.00 | Retrieved documents for J. Laiprasert. | 200.00 |
| 10/3/2005 | RTGX | 1.00 | Sorted and organized boxes of documents. | 120.00 |
| 10/3/2005 | RTGX | 1.50 | Sorted and organized documents and correspondence. | 180.00 |
| 10/7/2005 | RTGX | 1.00 | Sorted, organized, indexed and filed correspondence and other various documents. | 120.00 |
| 10/7/2005 | RTGX | 1.00 | Sorted and organized boxes of documents. | 120.00 |
| 10/20/2005 | RTGX | 0.50 | Sorted and organized various documents. | 60.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/24/2005 | RTGX | 0.40 | Sorted, organized, indexed and filed correspondence and court files. | 48.00 |
|---|---|---|---|---|
| 10/24/2005 | LTYX | 0.30 | Reviewed documents and correspondence. | 67.50 |
| 11/1/2005 | LTYX | 0.30 | Reviewed bank statement and reconciled with and updated ledger. | 67.50 |
| 11/1/2005 | LTYX | 0.20 | Reviewed case docket and reviewed documents and correspondence. | 45.00 |
| 11/4/2005 | LTYX | 0.10 | Reviewed documents and correspondence. | 22.50 |
| 11/10/2005 | LTYX | 0.10 | Reviewed documents and correspondence. | 22.50 |
| 11/22/2005 | LTYX | 0.30 | Reviewed bank statement and reconciled with and updated ledger. | 67.50 |
| 11/23/2005 | RTGX | 0.80 | Sorted, organized, indexed and filed correspondence and court files. | 96.00 |
| 11/28/2005 | RTGX | 1.50 | Sorted, organized, indexed and filed correspondence and court files. | 180.00 |
| 11/28/2005 | BHMX | 0.50 | Checked docket re status of motion. | 180.00 |
| 11/30/2005 | TDH | 1.00 | Gathered materials requested by J. Laiprasert. | 200.00 |
| 11/30/2005 | RTGX | 0.80 | Worked on locating court documents and transcripts for J. Laiprasert. | 96.00 |
| 12/1/2005 | TDH | 0.50 | Communicated with court reporter re deposition exhibits. | 100.00 |
| 12/15/2005 | LTYX | 0.30 | Worked on processing check for deposit and updated ledger. | 67.50 |
| 12/19/2005 | TDH | 2.00 | Filed inventory and worked on locating documents requested by J. Laiprasert. | 400.00 |
| 12/30/2005 | LTYX | 0.30 | Reviewed bank statement and reconciled with and updated ledger. | 67.50 |
| 1/23/2006 | LTYX | 0.10 | Reviewed documents and correspondence. | 24.00 |
| 2/10/2006 | TDH | 0.30 | Retrieved transcripts for J. Laiprasert. | 67.50 |
| 2/22/2006 | JZLX | 0.40 | Telephone conference with Deeno re selling Mercedes. | 106.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/24/2006 | LTYX | 0.30 | Reviewed bank statement and reconciled same with ledger. | 72.00 |
| 2/27/2006 | TDH | 0.50 | Facilitated relocation of case room. | 112.50 |
| 3/13/2006 | LTYX | 0.30 | Worked on processing check for deposit and updated ledger. | 72.00 |
| 3/15/2006 | LTYX | 0.20 | Reviewed case docket, files and documents. | 48.00 |
| 3/27/2006 | LTYX | 0.30 | Reviewed case docket and documents and updated files. | 72.00 |
| 3/31/2006 | LTYX | 0.30 | Reviewed bank statement, reconciled same with ledger, and updated record. | 72.00 |
| 4/5/2006 | RTGX | 1.00 | Located J. Bickley letter and P. Del Monico deposition transcripts per B. Meldrum's request. | 130.00 |
| 4/5/2006 | BHMX | 0.70 | Telephone conference with J. Bickley (.1); sent email to L. Yap re information requests (.1); reviewed J. Redfield's reply brief (.5). | 283.50 |
| 4/5/2006 | LTYX | 0.30 | Reviewed financial records for earnest money payment, prepared check to refund same and updated ledger. | 72.00 |
| 4/5/2006 | LTYX | 0.40 | Reviewed files and service list and updated same. | 96.00 |
| 4/6/2006 | TDH | 1.00 | Worked on gathering documents requested by B. Meldrum. | 225.00 |
| 4/6/2006 | KDSX | 0.30 | Refiled production documents. | 39.00 |
| 4/6/2006 | RTGX | 1.00 | Collected all Fifth Third Bank letters per B. Meldrum's request. | 130.00 |
| 4/10/2006 | JZLX | 0.80 | Reviewed correspondence issued by B. Meldrum and task list. | 212.00 |
| 4/10/2006 | JZLX | 0.20 | Office conference with B. Meldrum re outstanding Del Monico tasks. | 53.00 |
| 4/18/2006 | RTGX | 1.00 | Updated hearing notebook per L. Yap's request. | 130.00 |
| 5/2/2006 | LTYX | 0.60 | Reviewed documents, updated files and prepared for U.S. Trustee audit. | 144.00 |
| 5/4/2006 | LTYX | 0.20 | Reviewed documents and correspondence and updated files. | 48.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 5/16/2006 | RTGX | 1.00 | Sorted, organized, indexed and filed court documents and correspondence. | 130.00 |
| 5/16/2006 | LTYX | 0.30 | Reviewed bank statement, reconciled same with ledger and updated records. | 72.00 |
| 5/17/2006 | RTGX | 0.20 | Assembled various files for audit. | 26.00 |
| 6/5/2006 | LTYX | 0.30 | Reviewed documents and correspondence and reviewed index to files. | 72.00 |
| 6/9/2006 | LTYX | 0.50 | Reviewed documents and correspondence. | 120.00 |
| 6/15/2006 | LTYX | 0.20 | Reviewed documents and correspondence and updated files. | 48.00 |
| 6/20/2006 | LTYX | 0.30 | Reviewed bank statement, reconciled with ledger and updated Form 1 and Form 2. | 72.00 |
| 6/26/2006 | RTGX | 1.80 | Updated court and correspondence files and created subject files for various documents. | 234.00 |
| 7/10/2006 | LTYX | 0.30 | Reviewed A. Lasko's bills and payments made. | 72.00 |
| 7/18/2006 | LTYX | 0.10 | Reviewed documents and correspondence. | 24.00 |
| 8/23/2006 | LTYX | 0.30 | Reviewed bank statement, reconciled with ledger and updated records. | 72.00 |
| 9/5/2006 | RTGX | 1.50 | Sorted, organized, indexed and filed court documents and correspondence. | 195.00 |
| 10/17/2006 | LTYX | 0.30 | Reviewed bank statement, reconciled same with ledger and updated file. | 72.00 |
| 11/10/2006 | LTYX | 0.10 | Reviewed and sorted documents and correspondence. | 24.00 |
| 11/29/2006 | LTYX | 0.20 | Reviewed docket for real estate sale motion and order (.10) and made copies of same for B. Meldrum (.10). | 48.00 |
| 11/30/2006 | LTYX | 0.30 | Reviewed bank statement, reconciled same with records and updated financial file. | 72.00 |
| 12/18/2006 | LTYX | 0.30 | Reviewed bank statement, reconciled with ledger and updated financial file. | 72.00 |
| 1/10/2007 | TDH | 0.50 | Inventoried case files and work room. | 117.50 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/24/2007 | LTYX | 0.30 | Reviewed bank statement, reconciled same with ledger and updated financial records. | 75.00 |
| 1/30/2007 | BHMX | 0.10 | Office conference with R. Peterson re status. | 45.00 |
| 2/15/2007 | LTYX | 0.30 | Reviewed bank statements, reconciled same with ledger and updated financial records. | 75.00 |
| 2/19/2007 | LTYX | 0.10 | Reviewed documents and correspondence. | 25.00 |
| 3/14/2007 | LTYX | 0.20 | Telephone conference with J. Laiprasert re Del Monico and reviewed files re same. | 50.00 |
| 3/15/2007 | LTYX | 0.30 | Reviewed bank statement, reconciled with ledger and updated financial file. | 75.00 |
| 3/16/2007 | MXP | 0.40 | Researched to get contact information on J. Rossen of the Defense Finance and Accounting Services for J. Laiprasert. | 58.00 |
| 3/20/2007 | MXP | 1.80 | Reviewed case files for the workman's compensation decision and the order denying Del Monico's discharge. | 261.00 |
| 3/23/2007 | TDH | 1.00 | Drafted follow-up letter to attorney Gorman re return of production documents. | 235.00 |
| 3/26/2007 | JZLX | 0.80 | Organized past files. | 276.00 |
| 4/13/2007 | TDH | 1.00 | Communicated with Schiff Gorman firm re return of documents forwarded by B. Meldrum. | 235.00 |
| 5/23/2007 | LTYX | 0.30 | Processed bill for payment (.10), prepared check (.10) and letter to A. Lasko enclosing check (.10). | 75.00 |
| 6/14/2007 | LTYX | 0.10 | Assisted L. Huff with recording of deposit to bank account. | 25.00 |
| 2/8/2008 | MJKX | 0.10 | Conference with R. Peterson re case status. | 37.00 |
| 9/17/2008 | MXP | 1.00 | Reviewed case files for J. Shapiro's billing information for M. Kelly. | 170.00 |
| 10/21/2008 | MXP | 0.20 | Worked on sorting and filing distribution. | 34.00 |
| 10/27/2008 | MHMX | 0.30 | Organized and filed motion to clarify. | 82.50 |
| 12/24/2008 | MXP | 0.20 | Worked on sorting and filing distribution. | 34.00 |
| 1/9/2009 | MXP | 0.20 | Worked on filing distribution from attorneys' working files. | 36.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 3/30/2009 | MXP | 0.20 | Worked on sorting and filing distribution from attorneys. | 36.00 |
| 6/16/2009 | MJKX | 0.30 | Emailed Freeborn and Peters re status of letter re no discharge. | 135.00 |
| 7/16/2009 | MXP | 1.40 | Worked on boxing and indexing inactive case files for storage. | 252.00 |
| | | 298.60 | PROFESSIONAL SERVICES | $51,708.00 |

MATTER 10028 TOTAL                                              $51,708.00

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

ASSET INVESTIGATION AND PRESERVATION                    MATTER NUMBER- 10036

| | | | | |
|---|---|---|---|---|
| 3/7/2005 | JZLX | 0.10 | Called Fifth Third Bank re accounts. | 21.50 |
| 3/8/2005 | JZLX | 3.80 | Office conference with B. Meldrum and L. Yap re plan of attack (1); telephone conference with B. Meldrum and R. Peterson (.5); reviewed transcript from chapter 11 trustee appointment hearing (2); telephone discussion with Fifth Third Bank (.3). | 817.00 |
| 3/9/2005 | LTYX | 1.00 | Drafted letter to Fifth Third Bank re turnover of account balance. | 210.00 |
| 3/9/2005 | JZLX | 7.60 | Called appraisers (1.5); called J. Redfield re inventory and turnover (.4); office conference with L. Yap re mail forwarding, files and scheduling (.5); read trial transcripts (1.7); revised letter to Fifth Third bank (.5); telephone discussion with Fifth Third Bank re accounts (.5); research Lexis re mail redirection (.5); reviewed transcripts and file for asset information (2). | 1,634.00 |
| 3/9/2005 | BHMX | 4.50 | Worked on ITC issues (.5); drafted letter re officers/directors (.5); researched mail forwarding (1.0); read trial transcript (2.0); reviewed letter to Banks (.5). | 1,530.00 |
| 3/9/2005 | MXKX | 0.50 | Met with N. Berger re assignment; called Property Insight to request track book search for Del Monico; faxed written request to Property Insight. | 55.00 |
| 3/10/2005 | LTYX | 1.20 | Prepared and reviewed lis pendens re Lake County property and arranged for recording with Lake County Recorder. | 252.00 |
| 3/10/2005 | LTYX | 0.70 | Office conferences with B. Meldrum and J. Laiprasert re administrative matters and attended to same. | 147.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 3/10/2005 | JZLX | 6.70 | Drafted and revised insurance letter (2.5); office conference with L. Yap re searches (.2); office conference with B. Meldrum (.2); telephone conference with J. Redfield re turnover (.2); telephone conference with S. Palmer re appraisal (.2); called AIG insurance company (.8); drafted motion to turnover (1.8); office conference with R. Peterson and B. Meldrum re status of case and mail redirection and turnover (1). | 1,541.00 |
| 3/11/2005 | BHMX | 6.50 | Reviewed Indeck complaint (1.0); worked on motion for home inspection (2.0); worked on motion to redirect debtor's mail (2.0); conducted supplemental research re same (1.3). | 2,340.00 |
| 3/14/2005 | BHMX | 1.00 | Office conference with R. Peterson re status (.5); reviewed subpoena order (.25); telephone conference with Judge Katz re mail redirection (.25); reviewed Bank subpoena. | 360.00 |
| 3/15/2005 | LTYX | 1.20 | Researched re UCC, tax and judgment liens, personal property, real estate and corporation searches. | 252.00 |
| 3/15/2005 | JZLX | 4.00 | Reviewed subpoenas and prepared to serve (.7); drafted letter to P. Angelini (1.3); drafted motion to convert to chapter 7 (2.0). | 920.00 |
| 3/15/2005 | BHMX | 4.00 | Office conference with R. Peterson re rental for mail reduction motion (.1); telephone conference with A. Locke re same (.2); office conference with R. Peterson re same (.2); re-reviewed transcripts (1.5); conducted supplemental research re conversion (1.0); worked on conversion motion (1.0). | 1,440.00 |
| 3/17/2005 | BHMX | 4.10 | Continued work on motion to convert case (4.0); office conference with R. Peterson re same (.1). | 1,476.00 |
| 3/21/2005 | JZLX | 5.60 | Called appraiser (.2); researched joint petition status (1.5); researched chapter 11 dismissal (3.9). | 1,288.00 |
| 3/22/2005 | LTYX | 0.50 | Office conference with J. Laiprasert re summary of search results, address change and documents in state court cases and attended to requests. | 112.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 3/22/2005 | JZLX | 1.50 | Office conference with B. Meldrum re contacting J. Redfield for turnover (.2); office conference with L. Yap re trust documents and corporate search (.2); telephone conference with J. Redfield (.1); called S. Palmer re appraisal (.1); researched pleadings for state court filings (.9). | 345.00 |
| 3/22/2005 | BHMX | 0.60 | Office conference with J. Laiprasert re status of raid on home (.1); reviewed documents re debtor's court cases (.5). | 216.00 |
| 3/23/2005 | JZLX | 1.50 | Called J. Redfield re turnover date (.2); called J. Hartman re turnover appointment (.2); called S. Palmer re turnover appointment (.2); office conference with R. Peterson re turnover (.3); arranged for AV equipment turnover raid (.3); arranged for documentation for police and post office (.3). | 345.00 |
| 3/23/2005 | BHMX | 0.80 | Office conferences with R. Peterson re home inspection (.5); exchanged numerous email re same (.2); worked on coordinating same (.1). | 288.00 |
| 3/24/2005 | JZLX | 6.50 | Raided Del Monico estate for turnover of corporate documents, estate appraisal and computer imaging; met with J. Redfield re documents; went to post office to have mail redirected. | 1,495.00 |
| 3/24/2005 | BHMX | 0.10 | Telephone conference with R. Peterson re status. | 36.00 |
| 3/25/2005 | JZLX | 1.00 | Reviewed documents from Del Monico raid (.5); faxed information re invoicing to S. Palmer (.3); faxed certified orders to Lake Zurich post office (.2). | 230.00 |
| 3/28/2005 | JZLX | 3.90 | Office conference with B. Meldrum re results of raid (.3); reviewed documents from Del Monico home (1.8); office conference with R. Peterson and B. Meldrum re updated task list (.5); office conference with T. Hooker re document production (.3). | 897.00 |
| 3/29/2005 | JZLX | 4.70 | Reviewed Del Monico house documents (1); called J. Redfield re box (.2); emailed N. Levin re box (.1); discussed document production with T. Hooker (.6); office conference with M. Pakter, R. Peterson and B. Meldrum (1.8); drafted letter to J. Redfield (1). | 1,081.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 3/30/2005 | JZLX | 1.00 | Revised J. Redfield letter. | 230.00 |
|---|---|---|---|---|
| 3/30/2005 | BHMX | 0.30 | Worked on revising letter to J. Redfield (.1); office conference with R. Peterson re same (.1); exchanged email with accountant (.1). | 108.00 |
| 3/31/2005 | LTYX | 0.20 | Reviewed result of lawsuit search and circulated same to team. | 45.00 |
| 3/31/2005 | JZLX | 0.50 | Telephone conference with J. Redfield with R. Peterson re document production; reviewed Del Monico home documents. | 115.00 |
| 4/1/2005 | JZLX | 3.00 | Reviewed documents for account debtors (1); drafted form letter for account debtors (1); developed spreadsheet for accounts (1). | 690.00 |
| 4/4/2005 | JZLX | 0.70 | Reviewed accounts receivable in file. | 161.00 |
| 4/4/2005 | BHMX | 0.30 | Worked on letters to personal injury lawyers (.2); emailed J. Laiprasert re same. | 108.00 |
| 4/5/2005 | JZLX | 2.50 | Called Villadonga re GLM documents (.5); called Ellsworth re documents and meeting (.3); office conference with R. Peterson re letters to A/R (.2); drafted A/R letters (1.5). | 575.00 |
| 4/5/2005 | BHMX | 1.20 | Reviewed court files re debtor's personal injury cases (.8); drafted personal injury letter (.2); office conference with J. Laiprasert re account debtors (.1); exchanged email with M. Pakter re affidavit (.1). | 432.00 |
| 4/6/2005 | JZLX | 3.80 | Drafted P. Angelini subpoena (.5); met with Ellsworth (1.3); office conference with R. Peterson and B. Meldrum re Ellsworth documents and insurance status (.5); called State Farm and AIG re insurance (1); drafted letters to fax to AIG re policies (1.5). | 874.00 |
| 4/6/2005 | BHMX | 3.50 | Met with Ellsworth (1.5); reviewed documents from Indeck (2.0). | 1,260.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Code | Hours | Description | Amount |
|---|---|---|---|---|
| 4/7/2005 | JZLX | 3.20 | Office conference with R. Peterson and B. Meldrum re status (.2); drafted letter to J. Redfield re Ellsworth documents (1); spoke to AIG re accidental health policies (.3); drafted letters to GLM and Fifth Third re delinquency re the subpoenas (1.5); left message with J. Hartman re computer stuff (.2); spoke to Bunty re the appraisal (.3); called to order transcript (.1); called Harris re closed DIP accounts (.1). | 736.00 |
| 4/7/2005 | BHMX | 1.30 | Telephone conference with A. Lasko (.1); telephone conference with insurance company (.2); reviewed draft letters to subpoena respondents (.2); reviewed motion to dismiss (.8). | 468.00 |
| 4/11/2005 | JZLX | 0.50 | Drafted subpoenas for AIG. | 115.00 |
| 4/11/2005 | BHMX | 6.00 | Worked on State Farm issue (.5); drafted subpoena/order (.5); reviewed LaSalle motion to modify stay (.7); telephone conference with J. Shapiro (.5); researched response to motion to dismiss (3.8). | 2,160.00 |
| 4/12/2005 | BHMX | 5.50 | Telephone conference with State Farm (.2); emailed R. Peterson re same (.1); office conference with J. Laiprasert re bank accounts and broker retention (.2); researched RICO issues (3.0); worked on drafting response to motion to dismiss (2.0). | 1,980.00 |
| 4/14/2005 | BHMX | 5.10 | Telephone conference with State Farm (.1); drafted letter to State Farm re same (.2); continued working on response to motion to dismiss (4.8). | 1,836.00 |
| 4/19/2005 | LTYX | 0.50 | Attended to payment of insurance premiums. | 112.50 |
| 4/19/2005 | BHMX | 2.20 | Telephone conference with N. Levin (.2); finalized motions (2.0). | 792.00 |
| 4/20/2005 | JZLX | 3.50 | Revised letter to J. Redfield re privileged documents (1); researched shortened service issues (2.5). | 805.00 |
| 4/20/2005 | BHMX | 1.10 | Reviewed motion to refinance (.2); office conference with R. Peterson (.1); office conference with L. Yap re motion to convert, Monday's hearing (.1); telephone conference with N. Levin re hearing Monday (.1); studied cases re service of conversion motion (.5); office conference with R. Peterson re same (.1.). | 396.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 4/22/2005 | MXP | 1.00 | Worked on mailing of notice of omitted exhibit D to objection to K. Del Monico's motion to dismiss. | 120.00 |
|---|---|---|---|---|
| 4/22/2005 | JZLX | 2.00 | Office conference with B. Meldrum re turnover of cars (.3); review documents and created template re car status (1.0); drafted motion to turnover cars (.7). | 460.00 |
| 4/25/2005 | JZLX | 4.80 | Office conference with R. Peterson and B. Meldrum re K. Del Monico's deposition, UCC issue, and spousal liability issue (.5); scheduled upcoming motions and tasks (.5); edited and filed motion to turnover cars (2.5); emailed C. Klein and J. Feldman re UCC and spousal liability issues (.5); met with C. Klein re UCC issue (.75). | 1,104.00 |
| 4/27/2005 | BHMX | 0.60 | Worked on AIG motion to compel (.5); office conference with J. Laiprasert re AIG issue (.1). | 216.00 |
| 4/27/2005 | JZLX | 3.00 | Issued deposition notice for Kim Del Monico (1); revised and filed motion to compel production re Fifth Third Bank (2.0). | 690.00 |
| 4/28/2005 | BHMX | 0.10 | Office conference with R. Peterson re status. | 36.00 |
| 4/28/2005 | JZLX | 2.10 | Office conference with B. Meldrum re letter to AIG SunAmerica re responses to subpoena (.1); drafted letter to AIG SunAmerica re lack of response to subpoena (2). | 483.00 |
| 5/2/2005 | BHMX | 0.70 | Office conference with R. Peterson re hearing (.1); reviewed documents from A. Lasko (.5); office conference with R. Peterson re safe deposit boxes (.1). | 252.00 |
| 5/5/2005 | BHMX | 0.20 | Exchanged email with N. Levin re his motion and stolen property. | 72.00 |
| 5/6/2005 | MXP | 1.50 | Researched address information for service of subpoenas to credit card companies. | 180.00 |
| 5/9/2005 | LTYX | 0.30 | Office conference with M. Patterson re subpoena information and reviewed same. | 67.50 |
| 5/9/2005 | BHMX | 1.30 | Office conference with R. Peterson and J. Laiprasert re status of various matters (.5); worked on K. Del Monico deposition outline (.5); studied Indeck motion (.3). | 468.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 5/9/2005 | JZLX | 1.80 | Prepared credit card subpoenas (1.25); office conference with R. Peterson and B. Meldrum re status of discovery and upcoming motion for reinspection.(.5). | 414.00 |
| 5/10/2005 | JZLX | 2.30 | Prepared credit card cover letters for subpoenas (.5); drafted motion for estate sale and motion re safe deposit boxes (1.8). | 529.00 |
| 5/11/2005 | BHMX | 1.40 | Reviewed draft safe deposit and sale motions (.3); reviewed letter from U.S. Attorney (.1); office conference with J. Laiprasert re motions (.1); telephone conference with U.S. Attorney (.1); worked on to-do list (.3); studied reply brief (.5). | 504.00 |
| 5/12/2005 | BHMX | 0.90 | Worked on safe deposit motion (.3); worked on motion to compel (.3); worked on motion to sell personal property (.3). | 324.00 |
| 5/12/2005 | JZLX | 5.50 | Office conference with B. Meldrum and R. Peterson re status (.3); edited motion to compel K. Del Monico (1); edited motion to open safe deposit boxes(1); edited estate sale motion(1); edited motion to compel production by J. Redfield(1); filed motion to compel K. Del Monico(.6); filed safe deposit box motion (.6). | 1,265.00 |
| 5/13/2005 | BHMX | 1.80 | Worked on motions to compel discovery (1.0); reviewed motions (.8). | 648.00 |
| 5/13/2005 | JZLX | 4.20 | Office conference with R. Peterson and B. Meldrum re case agenda: outstanding discovery, settlement with Ellsworth and computer discovery options (.5); called J. Bang re Fifth Third Bank discovery (.1); called C. Gough and J. Hartman re computer discovery estimates (.2); called N. Levin and T. Fawkes re proposed estate auctioneer (.2); faxed K. Del Monico's reply to V. Wright at FBI (.2); Office conference with R. Peterson and B. Meldrum re Goldgar's conversion order (.5); finalized and filed motion for estate sale(1.25) finalized and filed motion to compel J. Redfield re privileged documents (1.25). | 966.00 |
| 5/19/2005 | BHMX | 1.20 | Studied Fifth Third Bank documents (1.0); exchanged email with team re same (.2). | 432.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 5/19/2005 | JZLX | 1.50 | Telephone conference with J. Bang and L. Garvin re safe deposit box arrangements (.75); reviewed Fifth Third Bank records (.75). | 345.00 |
| 5/20/2005 | BHMX | 0.50 | Office conference with R. Peterson re Fifth Third Bank documents and game plan (.3); office conference with J. Laiprasert re same (.1); telephone conference with J. Redfield (.1). | 180.00 |
| 5/20/2005 | JZLX | 0.80 | Called J. Bang at Fifth Third re cashier's check (.1); drafted letter to J. Bang re cashier's check (.7). | 184.00 |
| 5/23/2005 | JZLX | 1.00 | Called banks re safe deposit boxes (.5); made arrangements for delivery of safe deposit boxes (.5). | 230.00 |
| 5/24/2005 | JZLX | 10.00 | Traveled to Buffalo Grove and Mundelein to drill, inspected and inventoried safe deposit boxes. | 2,300.00 |
| 5/26/2005 | LTYX | 0.20 | Reviewed schedules re CD at State Financial Bank and conferred with J. Laiprasert re same. | 45.00 |
| 5/26/2005 | ASNX | 0.30 | Witnessed J. Laiprasert open sealed documents from safety deposit box. | 69.00 |
| 5/26/2005 | JZLX | 1.00 | Opened and inventoried documents with from safe deposit boxes A. Nicoll. | 230.00 |
| 5/31/2005 | BHMX | 1.00 | Office conference with R. Peterson and J. Laiprasert re status of various matters and hearing tomorrow (.5); reviewed Fifth Third Bank documents (.5). | 360.00 |
| 6/6/2005 | BHMX | 0.20 | Reviewed document from Fifth Third and office conference with J. Laiprasert re same. | 72.00 |
| 6/8/2005 | JZLX | 2.00 | Drafted rider and subpoena for American Community Bank (1.0); drafted cover letter for subpoena (1.0). | 460.00 |
| 6/10/2005 | LTYX | 0.20 | Reviewed documents and correspondence. | 45.00 |
| 6/10/2005 | JZLX | 2.00 | Drafted rider and subpoena for American Community Bank (1); drafted cover letter for subpoena (1). | 460.00 |
| 6/15/2005 | BHMX | 3.10 | Exchanged emails with R. Peterson re meeting (.1); attended meeting with debtors. | 1,116.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 6/15/2005 | JZLX | 6.80 | Prepared spreadsheets and documents re post-petition transactions and missing accounts receivable for meeting with debtor (3.0); attended meeting with debtor, R. Peterson and B. Meldrum (2.5); met with M. Pakter re document review for account information (.80); prepared for meeting with debtor and debtor's counsel with R. Peterson and B. Meldrum (.5). | 1,564.00 |
| 6/20/2005 | BHMX | 0.10 | Exchanged email with R. Fogel re documents. | 36.00 |
| 6/21/2005 | LTYX | 0.30 | Reviewed bank statement and reconciled same with ledger. | 67.50 |
| 6/21/2005 | JZLX | 1.00 | Drafted letter to R. Fogel re missing accounts receivable documents and ITC Freight planning documents. | 230.00 |
| 6/22/2005 | LTYX | 0.50 | Telephone conference with State Farm/Chris Altieri Agency re policy premium payment, prepared check and mailed same. | 112.50 |
| 6/24/2005 | JZLX | 1.50 | Office conference with B. Meldrum and R. Peterson re status (.5); drafted exit memorandum re meeting with P. Del Monico and counsel (1.0). | 345.00 |
| 6/27/2005 | BHMX | 0.30 | Exchanged email with M. Pakter re meeting re Indeck conspiracy (.1); exchanged email with R. Fogel re scheduling (.1); exchanged email with J. Laiprasert re status (.1). | 108.00 |
| 7/27/2005 | BHMX | 3.40 | Office conference with R. Peterson re status (.2); telephone conference with J. Shapiro re deposition (.1); emailed with R. Fogel re same (.1); continued drafting referral (3.0). | 1,224.00 |
| 7/28/2005 | LTYX | 0.30 | Reviewed bank statements and reconciled with ledgers. | 67.50 |
| 8/4/2005 | JZLX | 0.30 | Reviewed credit card subpoena; copied bills and sent for disbursement. | 69.00 |
| 8/5/2005 | JZLX | 8.00 | Visited debtor's home with real estate brokers for listing, and picked up financial records from 1999 and 2000. | 1,840.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | | | | |
|---|---|---|---|---|
| 8/8/2005 | BHMX | 4.10 | Worked on State Financial Bank complaint (3.5); reviewed materials from L. Cairo re his fees (.5); telephone conference with W. Cohen re State Financial CS (.1). | 1,476.00 |
| 8/9/2005 | BHMX | 1.50 | Worked on State Financial issue and exchanged email with opposing counsel re same (1.0); sent email to Trustee re same (.2); telephone conference with State Financial's lawyer (.2); sent email to J. Laiprasert re personal injury case (.1). | 540.00 |
| 8/10/2005 | BHMX | 2.00 | Exchanged email with counsel for State Financial (.2); worked on L. Cairo fee issue (.3); researched attorneys' lien (.9); worked on response letter (.5); exchanged email with R. Fogel re personal injury case (.1). | 720.00 |
| 8/11/2005 | BHMX | 1.10 | Finalized State Financial complaint (.8); telephone conference with opposing counsel re same (.2); sent email to R. Peterson re same (.1). | 396.00 |
| 8/12/2005 | BHMX | 2.00 | Drafted response letter to Cairo (.4); exchanged email with R. Fogel (.2); office conference with J. Laiprasert re deposition (.1); reviewed Volume III of P. Del Monico's deposition (1.0); reviewed market analysis for house (.1); reviewed email from W. Kohn re settlement (.2). | 720.00 |
| 8/14/2005 | BHMX | 1.00 | Continued researching avoidance of Bond lien (.8); emailed to R. Peterson re same (.2). | 360.00 |
| 8/15/2005 | BHMX | 0.90 | Telephone conference with W. Kohn re State Financial re attorneys' fees (.6); sent email to N. Levin and R. Fogel re same (.1); sent email to J. Laiprasert re Bond lien (.1); sent email to J. Laiprasert re P.O. Box (.1). | 324.00 |
| 8/19/2005 | BHMX | 0.60 | Emailed with R. Fogel re personal injury case, status (.1); emailed with J. Laiprasert re same (.1); reviewed post office stipulation (.2); reviewed J. Redfield's motion (.2). | 216.00 |
| 8/23/2005 | BHMX | 2.30 | Legal research re 549 issues re Bond loan (1.0); emailed to R. Peterson re same (.1); worked on drafting discharge complaint (1.2). | 828.00 |
| 8/26/2005 | BHMX | 1.00 | Worked on Bond complaint. | 360.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Code | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 8/29/2005 | BHMX | 0.30 | Reviewed records from L. Cairo (.2); reviewed correspondence from State Financial (.1). | 108.00 |
| 8/30/2005 | JZLX | 0.50 | Drafted letter to D. Caplan re lift stay violation for fee petition. | 115.00 |
| 8/30/2005 | JZLX | 0.50 | Telephone conference with D. Caplan and R. Peterson re merits of workers compensation and fee petition. | 115.00 |
| 9/8/2005 | BHMX | 1.20 | Worked on obtaining lawyer re personal injury cases (.3); drafted letter re household goods (.7); telephone conference with R. Fogel (.2). | 432.00 |
| 9/13/2005 | JZLX | 0.50 | Drafted letter to T. Gorman re worker's compensation files. | 115.00 |
| 9/13/2005 | JZLX | 0.20 | Telephone conference with R. Fogel re call from Fifth Third Bank and PDM's effort to acquire funds. | 46.00 |
| 9/16/2005 | BHMX | 1.40 | Reviewed letter from L. Cairo re representation and Board issues (.3); office conference with R. Peterson re same (.2); reviewed email from R. Fogel re household goods and property sales efforts (.2); worked on household goods motion (.7). | 504.00 |
| 9/16/2005 | MFBX | 1.60 | Filed worker's compensation transcript with IWCC. | 192.00 |
| 9/16/2005 | JZLX | 1.10 | Telephone call with D. Caplan re worker's compensation transcript; organized transcript return to IWCC. | 253.00 |
| 9/19/2005 | BHMX | 4.00 | Worked on claim title complaint against D. Bond. | 1,440.00 |
| 9/19/2005 | LTYX | 0.20 | Reviewed documents and correspondence and reviewed indices to files. | 45.00 |
| 9/20/2005 | BHMX | 2.60 | Received email from R. Fogel (.1); reviewed revised Bond complaint (2.0); reviewed Cairo letter (.3); reviewed P.O. Box stipulation (.2). | 936.00 |
| 9/20/2005 | JZLX | 1.10 | Reviewed Cairo documents for time records for Bond complaint. | 253.00 |
| 9/20/2005 | JZLX | 0.30 | Telephone conference with D. Lee re sale of Del Monico car. | 69.00 |
| 9/21/2005 | JZLX | 0.40 | Edited stipulation re postal order. | 92.00 |
| 9/22/2005 | JZLX | 0.80 | Finalized Bond complaint. | 184.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 9/22/2005 | JZLX | 0.80 | Telephone conference with IWCC re Workers compensation claim and went to authorize return of transcript. | 184.00 |
|---|---|---|---|---|
| 9/23/2005 | JZLX | 0.60 | Served Bond complaint and drafted cover letter to Bond counsel. | 138.00 |
| 9/29/2005 | JZLX | 0.20 | Office conference with R. Peterson re workers compensation claim for P. Del Monico and failure to get counsel. | 46.00 |
| 10/13/2005 | JZLX | 2.70 | Finalized motion to abandon lawsuits and filed motion. | 621.00 |
| 10/24/2005 | JZLX | 1.20 | Attended hearing on motion to abandon lawsuits. | 276.00 |
| 10/31/2005 | BHMX | 0.10 | Exchanged email with R. Peterson re sale of house. | 36.00 |
| 11/1/2005 | BHMX | 0.10 | Exchanged email with J. Laiprasert re Bond complaint. | 36.00 |
| 11/1/2005 | JZLX | 0.30 | Office conference with B. Meldrum re Bond complaint status and reviewed docket to determine if answer had been filed yet. | 69.00 |
| 11/7/2005 | JZLX | 1.80 | Prepared default judgment motion re Bond adversary. | 414.00 |
| 11/8/2005 | JZLX | 0.40 | Filed certificate of service of Bond adversary in preparation for default judgment motion. | 92.00 |
| 11/9/2005 | BHMX | 0.20 | Exchanged email with J. Laiprasert re Bond complaint status (.1); reviewed docket re status (.1). | 72.00 |
| 11/9/2005 | JZLX | 0.60 | Attended status hearing on Bond adversary. | 138.00 |
| 12/19/2005 | BHMX | 0.10 | Office conference with R. Peterson re Bond. | 36.00 |
| 1/5/2006 | JZLX | 0.70 | Reviewed telephone message from P. Del Monico; corresponded by email with J. Shapiro re status of house; corresponded by email with R. Peterson re telephone message from P. Del Monico re release of funds for medical bills. | 185.50 |
| 1/18/2006 | BHMX | 0.10 | Reviewed email from broker re status of sale. | 40.50 |
| 1/18/2006 | JZLX | 0.20 | Office conference with L. Yap re bank account balances for Del Monico. | 53.00 |
| 2/6/2006 | KDSX | 0.30 | Searched for Del Monico complaint. | 39.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 2/23/2006 | JOSX | 0.90 | Multiple telephone conferences with A. Schmitt re sale of vehicle (.5); exchanged emails with J. Laiprasert re same (.2); office conference with J. Laiprasert re same and brief office conference with R. Peterson re same (.2). | 270.00 |
|---|---|---|---|---|
| 4/3/2006 | LTYX | 0.30 | Attended to home insurance bill, prepared check re same and updated ledger. | 72.00 |
| 4/6/2006 | BHMX | 2.20 | Reviewed J. Buckley letters; researched responses and worked on drafting letter re same (2.0); telephone conference with Fifth Third Bank (.1); exchanged email with Trustee re status (.1). | 891.00 |
| 4/6/2006 | LTYX | 0.70 | Researched files and records re documents/data on Fifth Third Bank requested by B. Meldrum. | 168.00 |
| 4/7/2006 | BHMX | 2.30 | Reviewed safety deposit box contents (1.0); drafted letter to Fifth Third Bank (.4); drafted action memorandum to J. Laiprasert (.2); sent email B. OReilly (.1); completed letter to J. Buckley (.3); compiled and sent materials to paralegal (.3). | 931.50 |
| 4/10/2006 | JZLX | 0.90 | Researched Insilco re pension. | 238.50 |
| 4/10/2006 | JZLX | 1.60 | Reviewed insurance sheet and AIG responses to determine MBL policy values. | 424.00 |
| 4/10/2006 | JZLX | 2.60 | Drafted and revised rider for amended AIG subpoena. | 689.00 |
| 4/11/2006 | JZLX | 2.10 | Revised rider to AIG discovery requests and drafted cover letter. | 556.50 |
| 4/12/2006 | JZLX | 2.30 | Finalized document requests and cover letter to AIG for supplemental insurance information. | 609.50 |
| 4/13/2006 | JZLX | 2.60 | Researched numisticists; contacted Harlan J. Berk re appraisal; researched coin values. | 689.00 |
| 4/14/2006 | JZLX | 0.30 | Telephone conference with H. Berk re coins; office conference with R. Peterson re appraisal. | 79.50 |
| 4/21/2006 | BHMX | 0.20 | Sent email to J. Laiprasert re case (.1); reviewed J. Buckley letter (.1). | 81.00 |
| 5/2/2006 | JZLX | 0.60 | Telephone conference with A. Schmitt, J. Kohl and Deeno re Carmax and Wheats appraisals. | 159.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---:|
| 5/3/2006 | JZLX | 0.30 | Telephone conference with A. Schmitt re car appraisal. | 79.50 |
| 5/24/2006 | JZLX | 0.30 | Corresponded by email with J. Shapiro re current price of house. | 79.50 |
| 7/24/2006 | BHMX | 0.50 | Office conference with J. Laiprasert re credit card issue (.2); office conference re avoidance actions (.3). | 202.50 |
| 7/24/2006 | LTYX | 0.40 | Researched re ITC Freight Planning and conferred with J. Laiprasert re same. | 96.00 |
| 7/24/2006 | JZLX | 0.50 | Reviewed mail from A. Lasko with credit card for ITC Freight Planning and discussed preference analysis with B. Meldrum. | 132.50 |
| 7/26/2006 | BHMX | 0.70 | Reviewed and edited case to-do list (.5); reviewed docket (.2). | 283.50 |
| 7/28/2006 | JZLX | 0.20 | Scheduled meeting with M. Pakter for preference analysis discussion. | 53.00 |
| 7/31/2006 | BHMX | 0.50 | Exchanged email with M. Pakter and prepared for this week's meeting re same. | 202.50 |
| 8/1/2006 | JZLX | 0.20 | Telephone conference with J. Kohl at Schmitt's re car payment for Mercedes. | 53.00 |
| 8/2/2006 | BHMX | 1.00 | Office conference with M. Pakter re avoidance actions. | 405.00 |
| 8/2/2006 | JZLX | 0.50 | Office conference with M. Pakter and T. Rathburn re needed information for preference analysis. | 132.50 |
| 8/3/2006 | JZLX | 1.20 | Pulled documents for M. Pakter's review for preference analysis. | 318.00 |
| 8/7/2006 | JZLX | 1.60 | Reviewed documents for fraudulent transfer analysis by M. Pakter. | 424.00 |
| 8/8/2006 | JZLX | 0.40 | Pulled documents for M. Pakter's review for fraudulent transfer analysis. | 106.00 |
| 8/23/2006 | JZLX | 0.10 | Obtained McKee listing agreement for R. Peterson. | 26.50 |
| 8/24/2006 | BHMX | 0.10 | Exchanged email with M. Pakter re preference analysis. | 40.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 8/25/2006 | BHMX | 0.20 | Exchanged multiple emails with M. Pakter re preference analysis. | 81.00 |
| 8/25/2006 | JZLX | 0.30 | Corresponded by email with M. Pakter re relevant list of insiders. | 79.50 |
| 8/28/2006 | BHMX | 0.20 | Exchanged email with M. Pakter and J. Laiprasert re bank statements and check copies. | 81.00 |
| 8/29/2006 | BHMX | 0.10 | Exchanged email with J. Laiprasert and M. Pakter re preference analysis. | 40.50 |
| 8/30/2006 | JZLX | 2.60 | Reviewed spreadsheet from T. Rathburn listing checks missing images and compared to discovery responded from various banks; drafted letters to Fifth Third Bank (Y. Rivkin) and State Financial Bank requesting images. | 689.00 |
| 8/31/2006 | JZLX | 0.10 | Telephone conference with J. Whelan at Fifth Third re supplemental check image request. | 26.50 |
| 9/1/2006 | JZLX | 0.40 | Telephone conference with D. Hayes re State Financial Bank response to request to supplement subpoena with additional check images. | 106.00 |
| 9/5/2006 | NHB | 0.30 | Reviewed assignment from J. Laiprasert re real estate taxes; internet research and calls to Chicago Title re information on real estate taxes. | 67.50 |
| 9/5/2006 | BHMX | 0.10 | Reviewed letter re home purchase. | 40.50 |
| 9/5/2006 | JZLX | 0.60 | Drafted letter to B. O'Reilly re termination of her services. | 159.00 |
| 9/6/2006 | NHB | 0.50 | Conducted follow-up internet research and calls to Chicago Title re information on real estate taxes; exchanged calls with personnel at Lake County Treasurer's office to confirm tax information; followed-up with J. Laiprasert re same. | 112.50 |
| 9/19/2006 | JZLX | 1.60 | Office conference with R. Peterson and B. Meldrum re car and home sale; corresponded by email and telephone with P. Casparian re lien on car; corresponded by email with T. Fawkes re A&R Leasing. | 424.00 |
| 9/20/2006 | BHMX | 0.50 | Reviewed preference analysis. | 202.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/20/2006 | JZLX | 0.50 | Office conference with B. Meldrum re preference analysis and feasibility of preference cases. | 132.50 |
| 9/20/2006 | JZLX | 0.30 | Office conference with R. Peterson re possible preference actions. | 79.50 |
| 9/21/2006 | JZLX | 0.90 | Office conference with R. Peterson re house contract; corresponded with P. Casparian re open issues and house contract. | 238.50 |
| 9/21/2006 | JZLX | 1.80 | Researched Casparian allegations re post-petition funds and 401K funds. | 477.00 |
| 10/4/2006 | JZLX | 0.30 | Telephone conference with J. Kohl at Schmitt's re status of cars. | 79.50 |
| 10/25/2006 | JZLX | 0.20 | Office conference with R. Peterson re closing sales of home and car. | 53.00 |
| 10/25/2006 | JZLX | 0.40 | Contacted S. Shaykin's office and faxed over order and contract; emailed P. Casparian resale of car. | 106.00 |
| 10/30/2006 | JZLX | 0.70 | Telephone message from S. Shaykin re lack of any records re DM contract; reported to R. Peterson; email to P. Casparian re closing on car sale. | 185.50 |
| 11/2/2006 | JZLX | 0.20 | Communicated with P. Casparian re status of sale of house. | 53.00 |
| 11/29/2006 | BHMX | 0.50 | Office conference with R. Peterson re house closing (.1); drafted letter to buyer's lawyer re same (.4). | 202.50 |
| 11/30/2006 | BHMX | 0.10 | Exchanged email with J. Laiprasert re house. | 40.50 |
| 12/8/2006 | JZLX | 0.30 | Corresponded with P. Casparian re car. | 79.50 |
| 12/19/2006 | JZLX | 0.80 | Telephone conference with A. Schmitt and R. Peterson re Del Monico car and title status. | 212.00 |
| 12/19/2006 | JZLX | 0.20 | Sent car information to A. Schmitt. | 53.00 |
| 1/31/2007 | JZLX | 0.20 | Office conference with R. Peterson re status of house listing. | 69.00 |
| 2/1/2007 | JZLX | 0.30 | Telephone conference with American Community Bank re money still held in trust. | 103.50 |
| 2/8/2007 | JZLX | 0.10 | Prepared cover letter to N. Levin for title per R. Peterson's request. | 34.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/12/2007 | LTYX | 0.60 | Telephone conference with State Farm re home insurance payment (.1), processed bill for payment (.1), prepared check for same (.2), updated records (.1) and mailed check (.1). | 150.00 |
| 2/12/2007 | LTYX | 0.50 | Telephone conference with State Farm re home insurance premium (.1) and prepared check (.2), updated records (.1) and readied check for mailing (.1). | 125.00 |
| 2/16/2007 | JZLX | 0.40 | Telephone conference with N. Marino re obtaining new listing agreement and proper pricing of Del Monico home. | 138.00 |
| 3/21/2007 | MXP | 1.20 | Continued reviewing case files for the workman's compensation decision for R. Peterson. | 174.00 |
| 3/21/2007 | JZLX | 0.40 | Office conference with R. Peterson re 2004 notice for P. Del Monico and re N. Levin holding the car title. | 138.00 |
| 3/21/2007 | JZLX | 0.30 | Met with M. Patterson to discuss finding decision re ICC and decision for denial of discharge per R. Peterson's request. | 103.50 |
| 3/21/2007 | JZLX | 0.60 | Searched for ICC decision in files. | 207.00 |
| 3/26/2007 | JZLX | 0.10 | Corresponded with A. Lasko re quarterly mail fees. | 34.50 |
| 3/26/2007 | JZLX | 0.60 | Office conference with R. Peterson re deposition dates (.2); drafted and issued deposition notices for P. Del Monico (.4). | 207.00 |
| 3/27/2007 | JZLX | 0.20 | Telephone conference with P. Casparian re deposition scheduling. | 69.00 |
| 3/27/2007 | JZLX | 0.10 | Office conference with R. Peterson re deposition scheduling. | 34.50 |
| 3/28/2007 | JZLX | 0.30 | Sent correspondence to P. Casparian re rescheduled deposition dates (.2); office conference with R. Peterson re available deposition dates (.1). | 103.50 |
| 3/29/2007 | JZLX | 0.10 | Responded to N. Levin re inquiry as to deposition date. | 34.50 |
| 4/3/2007 | JZLX | 0.20 | Office conference with R. Peterson re ICC settlement. | 69.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 4/12/2007 | JZLX | 0.50 | Telephone conference with P. Casparian re protest re failure to provide new order for N. Marino and re cost. | 172.50 |
| 4/19/2007 | JZLX | 0.20 | Drafted cover letter to Schmitt's with car title. | 69.00 |
| 5/1/2007 | JZLX | 0.40 | Office conference with R. Peterson re sale of house and corresponded with P. Casparian. | 138.00 |
| 5/2/2007 | JZLX | 0.20 | Office conference with R. Peterson re further discussions with P. Casparian re house. | 69.00 |
| 7/18/2007 | MJKX | 0.70 | Research re current amount owed on mortgages on estate property. | 203.00 |
| 7/19/2007 | MJKX | 0.60 | Researched re current amount owed on mortgages on estate property. | 174.00 |
| 7/20/2007 | MJKX | 0.50 | Conference with  R. Peterson re: bids on house and status of loan repayments (0.25); sent email to counsel for second mortgage holder re outstanding debt against estate property (0.25). | 145.00 |
| 7/25/2007 | MJKX | 0.30 | Telephone conference with insurance company to confirm that household insurance had not lapsed. | 87.00 |
| 11/12/2007 | MJKX | 0.30 | Researched re payoff amounts for first and second liens on house. | 87.00 |
| 11/12/2007 | MXP | 0.40 | Reviewed case file for information on first and second mortgages on debtor's home for M. Kelly. | 58.00 |
| 11/13/2007 | MJKX | 0.20 | Conference with J. Laiprasert re first lien against house. | 58.00 |
| 11/14/2007 | NHB | 0.80 | Met with M. Kelly re assignment to complete; internet research re tax status; telephone conferences with Chicago Title and Lake County Treasurer re tax sale procedures and for confirmation of tax status. | 200.00 |
| 11/14/2007 | MJKX | 2.30 | Investigated first lienholder on Del Monico house; telephone conference with first lienholder; communicated with second lienholder re payoff amount; conference with N. Berger re outstanding taxes on house; telephone conference with real estate broker and obtained listing agreement per second mortgage holder's request. | 667.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/15/2007 | MJKX | 0.50 | Telephone conference with first lienholder on Del Monico house re payoff amount; conference with R. Peterson re outstanding amounts owed on house. | 145.00 |
| 11/15/2007 | MXP | 0.60 | Reviewed case file for payoff letters for the first and second mortgage on debtor's home for M. Kelly | 87.00 |
| 11/20/2007 | MJKX | 0.30 | Telephone conference with first mortgage holder re payoff amount. | 87.00 |
| 11/27/2007 | MJKX | 1.00 | Telephone conference with first mortgage holder re payoff (.2); drafted bill of sale for K. Miller (.8). | 290.00 |
| 11/28/2007 | MJKX | 0.50 | Telephone conferences with K. Miller; prepared bill of sale for K. Miller. | 145.00 |
| 11/29/2007 | MJKX | 0.50 | Sent reply email to J. Shapiro re status of efforts to sell the Del Monico house. | 145.00 |
| 12/5/2007 | MJKX | 0.40 | Conference with Indeck re sale of house to Indeck and related issues. | 116.00 |
| 12/7/2007 | MJKX | 1.30 | Contacted first mortgage holder re payoff (.5); summarized amounts owing on both mortgages and fees owing (.4); conference with R. Peterson re amounts owing on mortgages and changes to be made to notice to quit letter (.4). | 377.00 |
| 12/12/2007 | MJKX | 1.00 | Conference with R. Peterson re letters re notice to quit; revised and sent out same. | 290.00 |
| 2/1/2008 | MJKX | 5.40 | Drafted and revised response to reply to motion to vacate debtor (4.5); conference with R. Peterson re same (.5); filed response (.4). | 1,998.00 |
| 2/4/2008 | MHMX | 0.30 | Drafted notice of filing and prepared service list for reply to motion to eject debtors from property. | 82.50 |
| 2/4/2008 | MHMX | 0.30 | Worked on filing trustee's reply to debtors' response to motion to eject from property. | 82.50 |
| 2/6/2008 | MJKX | 0.30 | Researched re claimed exemption (.1); researched status of house insurance (.2). | 111.00 |
| 3/25/2008 | MJKX | 0.20 | Sent copy of Mercedes title to K. Miller's attorney. | 74.00 |
| 3/25/2008 | MXP | 0.30 | Reviewed case files for vehicle title for M. Kelley | 51.00 |
| 5/1/2008 | MJKX | 0.20 | Conference with K. Miller re title to Mercedes problem. | 74.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 9/16/2008 | MXP | 0.40 | Reviewed case files for LaSalle Bank mortgage documents for M. Kelly. | 68.00 |
|---|---|---|---|---|
| 7/9/2010 | JNK | 1.20 | Reviewed secured claims re status, amendments in preparation for contacting creditor's counsel re motion or stipulation to value security. | 330.00 |
| 7/12/2010 | JNK | 2.70 | Telephone conference with J. Shapiro re status of LaSalle Bank secured claim; reviewed closing documents re sale of collateral; conferred with M. Matlock re Trustee accounting demonstrating payment to LaSalle Bank; reviewed correspondence, checked advice re security settlement to LaSalle Bank and proof of claim; corresponded with J. Shapiro re security settlement and stipulation. | 742.50 |
| 7/12/2010 | JNK | 0.30 | Telephone conference with Susan H. at Consumer Credit Union re status of secured claim; reached agreement re stipulation to value security. | 82.50 |
| 11/10/2010 | JNK | 0.30 | Review scheduled personal property in preparation for safety deposit box examination for estate property to sell. | 82.50 |
| 11/11/2010 | JNK | 0.90 | Conferred with R. Peterson, M. Howell, and J. Peach re Del Monico personal property stored in safe deposit box. | 247.50 |
| 11/11/2010 | JNK | 0.30 | Analyzed Del Monico storage vault inventory report re valuables for liquidation by estate. | 82.50 |
| 11/11/2010 | JNK | 0.90 | Reviewed and searched in Del Monico files and boxes from storage re stock certificates and other property of the estate for liquidation. | 247.50 |
| 11/12/2010 | JNK | 0.30 | Analyzed stock certificates located in Del Monico file. | 82.50 |
| 11/12/2010 | JNK | 0.10 | Corresponded with R. Peterson re stock certificates. | 27.50 |
| 11/12/2010 | JNK | 1.80 | Conferred with M. Howell, R. Peterson, B. Meldrum, L. Yap and L. Huff re location of stock certificates and continued search for gold coins. | 495.00 |
| 11/15/2010 | JNK | 0.30 | Corresponded with R. Peterson and J. Laiprasert re Del Monico coins. | 82.50 |
| 11/15/2010 | JNK | 0.30 | Conferred with M. Matlock and M. Kelly re Del Monico and estate gold coins. | 82.50 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/16/2010 | JNK | 0.10 | Conferred with D. Fair re search for gold coins. | 27.50 |
| 11/16/2010 | JNK | 0.20 | Conferred with R. Peterson and M. Howell re Del Monico coin collection. | 55.00 |
| 11/16/2010 | JNK | 0.90 | Inventoried Del Monico estate coin collection and prepared memorandum to Trustee on contents. | 247.50 |
| 11/17/2010 | JNK | 0.50 | Finalized preparation of memorandum recording inventory of Del Monico coins. | 137.50 |
| 11/17/2010 | JNK | 0.80 | Researched area coin dealers in preparation for liquidation of Del Monico coin collection. | 220.00 |
| 11/17/2010 | JNK | 0.40 | Telephone calls with M. Printz and B. Andrews re sale of Del Monico coin collection. | 110.00 |
| 11/17/2010 | JNK | 0.20 | Corresponded with R. Peterson re status of inventory, storage of coins, and contacts with coin dealers for valuation and offer to purchase. | 55.00 |
| | | 328.50 | PROFESSIONAL SERVICES | $91,809.50 |

MATTER 10036 TOTAL                                                    $91,809.50

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CRIMINAL MATTERS                                          MATTER NUMBER- 10044

| 6/2/2005 | JZLX | 0.80 | Drafted letter to S. Rasnak re FTB documents. | 184.00 |
|---|---|---|---|---|
| 6/29/2005 | JZLX | 1.50 | Office conference with R. Peterson and B. Meldrum re upcoming Pakter meeting, and upcoming depositions of P. Del Monico and K. Del Monico (.7); drafted deposition notices for P. Del Monico and K. Del Monico (.4); drafted cover letter for deposition notices (.4). | 345.00 |
| 6/30/2005 | JZLX | 2.30 | Met with R. Peterson, B. Meldrum and M. Pakter (1.7); telephone conference with E. Villadonga re GLM documents (.3); reviewed subpoena information re GLM (.3). | 529.00 |
| 7/1/2005 | MXP | 2.00 | Prepared witness files for K. Del Monico and P. Del Monico. | 240.00 |
| 7/1/2005 | JZLX | 1.50 | Pulled documents for criminal referral (1.0); called CAS re deleted documents and database search (.5). | 345.00 |
| 7/2/2005 | JZLX | 5.00 | Reviewed K. Del Monico's witness file to prepare for deposition. | 1,150.00 |
| 7/4/2005 | JZLX | 2.00 | Reviewed 341 and trial transcripts for K. Del Monico's deposition. | 460.00 |
| 7/5/2005 | BHMX | 5.20 | Worked on outline and prepared for K. Del Monico's deposition. | 1,872.00 |
| 7/5/2005 | MXP | 10.00 | Prepared witness files for K. Del Monico and P. Del Monico. | 1,200.00 |
| 7/5/2005 | JZLX | 12.00 | Prepared deposition outline for P. Del Monico (4.0); reviewed documents and prepared witness exhibits for P. Del Monico (8.0). | 2,760.00 |
| 7/6/2005 | MXP | 5.00 | Prepared witness files for K. Del Monico and P. Del Monico. | 600.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 7/6/2005 | JZLX | 10.20 | Prepared deposition exhibits (2.5); reviewed K. Del Monico deposition outline (.7); office conference with R. Peterson re deposition outline (.3); deposed K. Del Monico (5.0); office conference with R. Peterson and N. Levin re planned deposition for P. Del Monico (.7); updated witness files and revised P. Del Monico deposition transcript (1.0). | 2,346.00 |
|---|---|---|---|---|
| 7/8/2005 | BHMX | 3.00 | Read K. Del Monico's deposition transcript (1.0); worked on preparing for P. Del Monico's deposition (2.0). | 1,080.00 |
| 7/10/2005 | BHMX | 4.00 | Reviewed documents in preparation for deposition. | 1,440.00 |
| 7/11/2005 | JZLX | 6.80 | Prepared P. Del Monico witness exhibits (1.0); office conference with B. Meldrum and R. Peterson planning outline of deposition (.8); deposed P. Del Monico (5.0). | 1,564.00 |
| 7/12/2005 | BHMX | 1.00 | Read rough draft of P. Del Monico's transcript. | 360.00 |
| 7/12/2005 | JZLX | 3.30 | Researched Addison & Associates, Qwest and the Bonds for P. Del Monico deposition and for subpoenas (2.20); reviewed Rule 45 standards for issuing out of district subpoenas (.30); office conference with R. Peterson and B. Meldrum re P. Del Monico deposition and false claims issues (.80). | 759.00 |
| 7/13/2005 | JZLX | 7.00 | Reviewed witness file for P. Del Monico deposition, organized exhibits and edited deposition outline. | 1,610.00 |
| 7/14/2005 | JZLX | 7.00 | Attended P. Del Monico deposition (6.0); prepared witness exhibits and reviewed outline (.5); office conference with B. Meldrum (.5). | 1,610.00 |
| 7/15/2005 | JZLX | 3.50 | Office conference with R. Peterson and B. Meldrum re results from P. Del Monico's deposition and calling re Qwest and J. Hock (1.0); prepared subpoena riders for Cairo, Keller and Buckley, the Bonds and Addison (1.5); read through transcript of P. Del Monico deposition (1.0). | 805.00 |
| 7/17/2005 | JZLX | 1.00 | Read through P. Del Monico deposition transcript. | 230.00 |
| 7/19/2005 | BHMX | 0.70 | Office conference with R. Peterson and J. Laiprasert re status (.2); researched law re criminal referral (.5). | 252.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 7/19/2005 | JZLX | 1.80 | Office conference with R. Peterson and B. Meldrum re Del Monico criminal referral, subpoenas of the Bonds, Redfield and Cairo (1.0); drafted riders for Redfield, Cairo and Addison subpoenas (.8). | 414.00 |
| 7/21/2005 | BHMX | 1.20 | Office conference with J. Laiprasert re GLM deposition (.1); worked on criminal referral (1.0); emailed with debtor's counsel re depositions (.1). | 432.00 |
| 7/22/2005 | BHMX | 1.70 | Reviewed letter and attachments from State Financial Bank (.4); researched law for response (.5); drafted response (.7); office conference with R. Peterson re same (.1). | 612.00 |
| 7/26/2005 | BHMX | 4.50 | Exchanged email with opposing counsels re deposition (.3); worked on criminal referral. | 1,620.00 |
| 7/28/2005 | BHMX | 0.50 | Reviewed deleted documents file. | 180.00 |
| 7/29/2005 | BHMX | 6.40 | Conducted day three of P. Del Monico's deposition. | 2,304.00 |
| 7/29/2005 | JZLX | 5.30 | Deposed P. Del Monico with B. Meldrum. | 1,219.00 |
| 7/30/2005 | BHMX | 3.00 | Worked on criminal referral. | 1,080.00 |
| 8/1/2005 | BHMX | 0.20 | Sent email to R. Fogel re scheduling (.1); exchanged email with R. Fogel re Post Office box (.1). | 72.00 |
| 8/2/2005 | BHMX | 3.80 | Telephone conference with G. Silver re status of referral (.2); exchanged email with R. Fogel re mail order and P.O. Box (.1); continued drafting referral and compiling exhibits (3.5). | 1,368.00 |
| 8/3/2005 | BHMX | 3.30 | Office conference with J. Laiprasert re deposition (.1); exchanged email with T. Fawkes re deposition (.1); telephone conference with R. Peterson re status (.1); continued working on criminal referral (3.0); exchanged email with J. Laiprasert re GLM deposition. | 1,188.00 |
| 8/3/2005 | TDH | 3.40 | Prepared referral exhibits. | 680.00 |
| 8/4/2005 | BHMX | 2.00 | Finalized edits to criminal referral (1.8); office conference with R. Peterson re same (.1); emailed to G. Silver (.1). | 720.00 |
| 8/5/2005 | BHMX | 2.20 | Emailed N. Levin (.1); telephone conference with R. Peterson (.1); worked on finalizing exhibits to criminal referral (2.0). | 792.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 8/10/2005 | JZLX | 5.50 | Deposed P. Del Monico with R. Fogel, T. Fawkes and J. Shapiro in attendance. | 1,265.00 |
| 9/30/2005 | RTGX | 1.00 | Organized set of depositions for J. Laiprasert. | 120.00 |
| 9/30/2005 | JZLX | 0.80 | Telephone conference with R. Peterson and AUSA and G. Silver re criminal referral backup materials and pulled materials for AUSA. | 184.00 |
| 11/8/2005 | BHMX | 0.30 | Reviewed Buckley letter. | 108.00 |
| 11/30/2005 | JZLX | 1.90 | Telephone conference with V. Wright re case information for Lake County and ICC cases; responded to AUSA document requests and compiled transcript information. | 437.00 |
| 2/23/2007 | BHMX | 0.10 | Emailed J. Laiprasert re 2004 examination. | 45.00 |
| 3/16/2007 | JZLX | 2.10 | Telephone conference with V. Wright re update on new prosecutor and need for referral and contact information for P. Casparian (.4); pulled information for V. Wright (.9); pulled copy of ICC decision for R. Peterson and discussed upcoming deposition (.8). | 724.50 |
| 4/19/2007 | JZLX | 0.20 | Office conference with R. Peterson re status of Del Monico deposition. | 69.00 |
| 4/20/2007 | JZLX | 0.70 | Reviewed indictment. | 241.50 |
| 4/26/2007 | JZLX | 0.20 | Office conference with R. Peterson re Del Monico deposition. | 69.00 |
| 5/10/2007 | JZLX | 0.40 | Telephone conference with B. O'Neil re trustee's abandonment of the person injury case. | 138.00 |
| 11/10/2008 | MJKX | 0.70 | Conference with R. Strom and wife re proper party against which they should asset claim for unpaid post-petition loan to P. Del Monico. | 259.00 |
| | | 148.00 | PROFESSIONAL SERVICES | $38,082.00 |

MATTER 10044 TOTAL                                          $38,082.00

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

STATE FINANCIAL BANK/F/K/A HAWTHORN BANK                    MATTER NUMBER- 10060

| 7/26/2005 | JZLX | 0.50 | Searched files for State Financial Bank correspondence for inquiry into attorneys' fees setoff. | 107.50 |
|---|---|---|---|---|
| 7/29/2005 | JZLX | 3.00 | Drafted complaint against State Financial Bank for turnover and setoff. | 645.00 |
| 8/5/2005 | JZLX | 1.00 | Drafted objection to State Financial Bank's fees. | 215.00 |
| 8/8/2005 | LTYX | 0.20 | Assisted with preparation for filing of complaint. | 42.00 |
| 9/12/2005 | RRP | 0.10 | Office conference with J. Laiprasert re withdrawal from bank accounts. | 58.50 |
| 11/14/2007 | RRP | 0.10 | Telephone conference with attorney for Bank re payout. | 65.00 |
| | | 4.90 | PROFESSIONAL SERVICES | $1,133.00 |

MATTER 10060 TOTAL                                                    $1,133.00

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

SALE OF ASSETS                                                      MATTER NUMBER- 10079

| | | | | |
|---|---|---|---|---|
| 5/16/2005 | JZLX | 2.00 | Re-noticed and re-filed motions for estate sale and motion to compel J. Redfield (2). | 460.00 |
| 5/25/2005 | LTYX | 0.20 | Worked on hearing preparation re motion to sell asset and to compel discovery and production of documents. | 45.00 |
| 9/27/2005 | BHMX | 0.60 | Reviewed motion to sell assets (.3); telephone conference with L. Cairo re lawsuit (.2); office conference with R. Peterson and J. Laiprasert re same (.1). | 216.00 |
| 10/12/2005 | BHMX | 0.50 | Reviewed motion to sell goods (.3); exchanged email with J. Laiprasert re same (.2). | 180.00 |
| 10/13/2005 | JZLX | 2.30 | Telephone conference with J. Krasucki and finalized motion to sell household goods and filed motion. | 529.00 |
| 11/7/2005 | JZLX | 0.60 | Attended hearing on motion to sell assets of the household to Del Monico sister-in-law. | 138.00 |
| 2/24/2006 | JZLX | 0.80 | Telephone conference with A. Schmitt re car sale; researched car sale with Carmax and Wheels; emailed C. Steege and V. Lazar re contacts for car sales. | 212.00 |
| 3/3/2006 | JZLX | 0.30 | Telephone conference with Wheels of Chicago Ed re Del Monico car sale. | 79.50 |
| 3/21/2006 | JZLX | 0.30 | Telephone conference with Wheels of Chicagoland and J. Kohl at Schmitt's. | 79.50 |
| 4/28/2006 | JZLX | 0.20 | Telephone conference with A. Schmitt re car sale. | 53.00 |
| 7/20/2006 | BHMX | 0.20 | Office conference with J. Laiprasert re motion to sell car and avoidance actions (.1); exchanged email re same with M. Pakter (.1). | 81.00 |
| 7/20/2006 | LTYX | 0.70 | Assembled and readied motion to sell asset for ECF-filing and service and e-filed same. | 168.00 |
| 7/20/2006 | JZLX | 0.90 | Drafted and edited motion to sell Mercedes. | 238.50 |
| 7/20/2006 | JZLX | 0.30 | Telephone conference with A. Schmitt re date of motion re car. | 79.50 |

LAW OFFICES

Page 63

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 7/31/2006 | JZLX | 0.80 | Attended hearing on motion to sell car. | 212.00 |
| 9/6/2006 | JZLX | 0.30 | Telephone conference with P. Casparian re receiving payment for the car. | 79.50 |
| 9/25/2006 | JZLX | 3.90 | Drafted and finalized motion to sell real estate. | 1,033.50 |
| 9/26/2006 | LTYX | 1.60 | Reviewed and revised motion to sell (.3), assembled and readied same for ECF-filing (.3), e-filed same (.2), assisted with preparation re service of same (.5) and reviewed documents and updated files (.3). | 384.00 |
| 10/15/2006 | JZLX | 0.60 | Drafted motion amending order for sale of Mercedes. | 159.00 |
| 10/16/2006 | JZLX | 0.90 | Finalized motion to sell car. | 238.50 |
| 10/16/2006 | LTYX | 0.60 | Assembled and readied motion to sell car for ECF-filing (.2), e-filed same (.2) and assisted with preparation re service of motion (.2). | 144.00 |
| 10/19/2006 | JZLX | 1.10 | Attempted to obtain information from Shapiro re first mortgage and eventually obtained information from ABN Amro; sent breakdown to N. Levin. | 291.50 |
| 10/23/2006 | JZLX | 1.40 | Attended hearings re motions to sell house and car. | 371.00 |
| 2/13/2007 | JZLX | 0.10 | Followed up with N. Levin re car title release. | 34.50 |
| 4/27/2007 | JZLX | 0.80 | Telephone conference with P. Casparian re emission testing for car, various grievances with the real estate broker motion, and upcoming action (.6); office conference with R. Peterson to report on conversation with Casparian (.2). | 276.00 |
| 5/7/2007 | JZLX | 0.40 | Office conference with R. Peterson re car order. | 138.00 |
| 5/31/2007 | LTYX | 1.70 | Reviewed and revised motion to sell car (.40), readied same for ECF filing (.30), e-filed same (.10), and worked on preparation re service of same (.90). | 425.00 |
| 5/31/2007 | JZLX | 1.10 | Edited motion to sell Mercedes for Schmitt offer and prepared for filing. | 379.50 |
| 6/12/2007 | JZLX | 0.70 | Attended hearing on motion to sell Mercedes. | 241.50 |
| 1/17/2008 | MHMX | 0.40 | Worked on electronic filing of motion and preparation of service copy of same. | 110.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 8/15/2008 | MJKX | 0.20 | Conference with broker re offer on property; sent same by email to R. Peterson. | 74.00 |
|-----------|------|------|----------------------------------------------------------------------------------|-------|
| 8/18/2008 | MJKX | 0.40 | Sent broker executed contract on house offer; conference with broker re house. | 148.00 |
| 8/19/2008 | MJKX | 0.20 | Telephone conference with broker re various issues about closing. | 74.00 |
| 8/20/2008 | MJKX | 1.00 | Telephone conference with broker and potential local counsel; revised draft motion to sell property. | 370.00 |
| 8/21/2008 | MJKX | 0.30 | Telephone conference with potential counsel for closing. | 111.00 |
| 8/21/2008 | MHMX | 0.30 | Drafted notice of motion re sale of property. | 82.50 |
| 8/21/2008 | MHMX | 0.40 | Prepared exhibits to motion to sell property. | 110.00 |
| 8/21/2008 | MHMX | 0.30 | Reviewed, proofread, revised and filed motion to sell property of the estate. | 82.50 |
| 8/21/2008 | MHMX | 0.30 | Prepared and filed supplemental certificate of service re motion to sell property of the estate. | 82.50 |
| 8/22/2008 | MJKX | 1.60 | Telephone conference with and email to counsel re retention for closing (M. Margolies); drafted motion to retain local counsel. | 592.00 |
| 8/25/2008 | MJKX | 0.70 | Conferences with broker and attorney re sale of home. | 259.00 |
| 8/26/2008 | MJKX | 0.50 | Conference with M. Margolies re changes to affidavit; filed motion to retain counsel. | 185.00 |
| 8/27/2008 | MJKX | 0.50 | Sent motion to M. Margolies by email; conference with M. Margolies and R. Peterson re closing. | 185.00 |
| 8/29/2008 | MJKX | 0.20 | Returned telephone call re mortgage amount. | 74.00 |
| 9/2/2008 | MJKX | 0.20 | Conference with broker re lender issue with dry closing. | 74.00 |
| 9/3/2008 | MJKX | 2.50 | Conference with M. Margolies re sale issues; conference with title company and R. Peterson re sale; prepared for and attended sale hearing; conference with broker re septic issue; sent email to attorney re result of sale hearing. | 925.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/5/2008 | MJKX | 1.00 | Conference with lien holders on property and lawyers for lien holders re sale of property; conference with M. Margolies re sale of property. | 370.00 |
| 9/9/2008 | MJKX | 0.20 | Conference with R. Peterson re sale of property. | 74.00 |
| 9/15/2008 | MJKX | 0.30 | Contacted M. Margolies re closing and various tasks related to closing. | 111.00 |
| 9/16/2008 | MJKX | 0.50 | Worked on tasks related to closing of sale of house. | 185.00 |
| 9/17/2008 | MJKX | 1.30 | Conference with R. Peterson re wire transfer of closing proceeds; conference with R. Peterson re closing issues; worked on various tasks related to closing. | 481.00 |
| 9/18/2008 | MJKX | 0.20 | Conference with Cenlar re payoff. | 74.00 |
| 10/24/2008 | MJKX | 1.20 | Drafted motion to re K. Miller. | 444.00 |
| 10/27/2008 | MHMX | 0.40 | Drafted notice of motion and certificate of service; proofread same. | 110.00 |
| 10/27/2008 | MJKX | 0.20 | Filed motion re K. Miller. | 74.00 |
| 11/5/2008 | MJKX | 1.00 | Prepared for and attended hearing on motion to clarify order re sale of automobile. | 370.00 |
| 11/7/2008 | MJKX | 0.10 | Sent order re car title to K. Miller. | 37.00 |
| 11/12/2008 | MJKX | 0.20 | Conference with K. Miller re continuing problems with obtaining replacement titles. | 74.00 |
| 12/2/2008 | MJKX | 0.30 | Emailed counsel for A&R Leasing at Freeborn & Peters re K. Miller's continuing problems with car title; conference with Freeborn & Peters re same. | 111.00 |
| 12/4/2008 | MJKX | 0.20 | Conference with R. Peterson re estate payout question; emailed A&R Leasing and Indeck re same. | 74.00 |
| 1/20/2009 | MJKX | 0.30 | Conference with K. Miller re Mercedes; sent letter to Secretary of State re same. | 135.00 |
| 2/16/2009 | MJKX | 0.20 | Conference with R. Peterson re K. Miller email; sent email to firm counsel re same. | 90.00 |
| 2/20/2009 | MJKX | 0.20 | Conference with Secretary of State re K. Miller title. | 90.00 |
| | | 43.70 | PROFESSIONAL SERVICES | $13,409.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

MATTER 10079 TOTAL                                                                    $13,409.00


INVOICE TOTAL                                                                         $296,313.50


### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| RONALD R. PETERSON | .10 | 650.00 | 65.00 |
| RONALD R. PETERSON | .70 | 585.00 | 409.50 |
| MICHAEL J. KELLY | .40 | 535.00 | 214.00 |
| MICHAEL J. KELLY | 1.00 | 475.00 | 475.00 |
| MICHAEL J. KELLY | 1.30 | 450.00 | 585.00 |
| MICHAEL J. KELLY | 28.00 | 370.00 | 10,360.00 |
| MICHAEL J. KELLY | 15.00 | 290.00 | 4,350.00 |
| BRIAN H. MELDRUM | .20 | 450.00 | 90.00 |
| BRIAN H. MELDRUM | 20.70 | 405.00 | 8,383.50 |
| BRIAN H. MELDRUM | 231.50 | 360.00 | 83,340.00 |
| BRIAN H. MELDRUM | 12.70 | 340.00 | 4,318.00 |
| JAYNE LAIPRASERT | 12.70 | 345.00 | 4,381.50 |
| JAYNE LAIPRASERT | 46.60 | 265.00 | 12,349.00 |
| JAYNE LAIPRASERT | 345.10 | 230.00 | 79,373.00 |
| JAYNE LAIPRASERT | 18.50 | 215.00 | 3,977.50 |
| JEREMY T. STILLINGS | .90 | 300.00 | 270.00 |
| DAVID H. HIXSON | .90 | 290.00 | 261.00 |
| ANDREW S. NICOLL | .30 | 230.00 | 69.00 |
| MICHAEL H. MATLOCK | .40 | 295.00 | 118.00 |
| MICHAEL H. MATLOCK | 5.00 | 290.00 | 1,450.00 |
| JASON N. KNAPP | 21.90 | 275.00 | 6,022.50 |
| LOWELL T. YAP | 2.90 | 275.00 | 797.50 |
| MICHAEL H. MATLOCK | 6.00 | 275.00 | 1,650.00 |
| LOWELL T. YAP | 7.10 | 250.00 | 1,775.00 |
| NEIL H. BERGER | .80 | 250.00 | 200.00 |
| LOWELL T. YAP | 20.00 | 240.00 | 4,800.00 |
| TOI D. HOOKER | 2.50 | 235.00 | 587.50 |
| LOWELL T. YAP | 45.40 | 225.00 | 10,215.00 |
| NEIL H. BERGER | .80 | 225.00 | 180.00 |
| TOI D. HOOKER | 1.80 | 225.00 | 405.00 |
| LOWELL T. YAP | 17.00 | 210.00 | 3,570.00 |
| TOI D. HOOKER | 129.50 | 200.00 | 25,900.00 |
| MARC A. PATTERSON | 1.80 | 180.00 | 324.00 |
| MARC A. PATTERSON | 2.10 | 170.00 | 357.00 |
| MARC A. PATTERSON | 4.40 | 145.00 | 638.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | |
|---|---|---|---|
| KATHRYN D. SCHAUER | .60 | 130.00 | 78.00 |
| ROBERT T. GIANNESCHI | 7.80 | 130.00 | 1,014.00 |
| AMBER ASKEW-BROWN | 29.80 | 120.00 | 3,576.00 |
| ANNETTE M. YOUNG | 3.50 | 120.00 | 420.00 |
| MARC A. PATTERSON | 102.90 | 120.00 | 12,348.00 |
| MICHAEL F. BASFORD | 1.60 | 120.00 | 192.00 |
| CAROLYN A. MILLER | 30.70 | 120.00 | 3,684.00 |
| ROBERT T. GIANNESCHI | 21.10 | 120.00 | 2,532.00 |
| MARC A. PATTERSON | 1.40 | 110.00 | 154.00 |
| MELISSA A. KOPP | .50 | 110.00 | 55.00 |
| TOTAL | 1,205.90 | | $296,313.50 |

# EXHIBIT B

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/5/2004 | Pacer Service Center Charges | 1.20 |
| 3/14/2005 | FedEx Tracking #639825218536 - Invoice #543157148 | 10.58 |
| 3/15/2005 | Photocopy Expense | 11.79 |
| 3/16/2005 | Photocopy Expense | 1.80 |
| 3/16/2005 | FedEx Tracking #639825219602 - Invoice #543157148 | 10.58 |
| 3/17/2005 | Photocopy Expense | 38.61 |
| 3/22/2005 | Photocopy Expense | 49.00 |
| 3/23/2005 | Postage Expense | 27.76 |
| 3/24/2005 | Certified Copy Fee | 18.30 |
| 3/29/2005 | Photocopy Expense | 3.33 |
| 3/29/2005 | Postage Expense | 1.29 |
| 3/29/2005 | Photocopy Expense | 97.29 |
| 3/29/2005 | Photocopy Expense | 7.74 |
| 3/30/2005 | FedEx Tracking #697182079565 - Invoice #545516644 | 7.82 |
| 3/30/2005 | Photocopy Expense | 6.96 |
| 3/31/2005 | Filing Fee | 15.00 |
| 4/1/2005 | In-City Transportation | 30.20 |
| 4/5/2005 | Photocopy Expense | 8.82 |
| 4/5/2005 | Pacer Service Center Charges | 1.04 |
| 4/5/2005 | Pacer Service Center Charges | 17.76 |
| 4/5/2005 | Pacer Service Center Charges | 1.20 |
| 4/5/2005 | Pacer Service Center Charges | 7.28 |
| 4/5/2005 | Pacer Service Center Charges | 1.44 |
| 4/5/2005 | Photocopy Expense | .72 |
| 4/7/2005 | Photocopy Expense | 256.41 |
| 4/7/2005 | Postage Expense | 4.98 |
| 4/7/2005 | FedEx Tracking #697182087060 - Invoice #546752800 | 7.82 |
| 4/7/2005 | FedEx Tracking #697182087081 - Invoice #546752800 | 7.82 |
| 4/7/2005 | FedEx Tracking #697182087092 - Invoice #546752800 | 7.82 |
| 4/8/2005 | Certified Copy Fee | 18.00 |
| 4/8/2005 | Photocopy Expense | 12.00 |
| 4/8/2005 | Photocopy Expense | 9.00 |
| 4/9/2005 | Photocopy Expense | 1.08 |
| 4/10/2005 | Photocopy Expense | 18.36 |
| 4/10/2005 | Postage Expense | 30.57 |
| 4/10/2005 | Photocopy Expense | 31.59 |
| 4/10/2005 | Photocopy Expense | .36 |
| 4/11/2005 | Photocopy Expense | 1.08 |
| 4/11/2005 | Postage Expense | 13.32 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 4/12/2005 | Subpoena Fee Void Check #000016289 | 66.00 |
| 4/12/2005 | Subpoena Fee Void Check #000016289 | -66.00 |
| 4/13/2005 | Insurance Premiums | 2,388.00 |
| 4/13/2005 | Long Distance Telephone | .15 |
| 4/13/2005 | Long Distance Telephone | .30 |
| 4/13/2005 | Photocopy Expense | 13.50 |
| 4/14/2005 | FedEx Tracking #697182090949 - Invoice #547948855 | 7.82 |
| 4/15/2005 | Photocopy Expense | 1.53 |
| 4/15/2005 | Outside Professional Services | 72.61 |
| 4/17/2005 | Photocopy Expense | 13.41 |
| 4/17/2005 | Photocopy Expense | 44.55 |
| 4/17/2005 | Postage Expense | 55.47 |
| 4/17/2005 | Photocopy Expense | 129.96 |
| 4/18/2005 | Photocopy Expense | 328.86 |
| 4/18/2005 | Photocopy Expense | 3.75 |
| 4/18/2005 | Service of Process Fee | 100.00 |
| 4/18/2005 | Photocopy Expense | 3.00 |
| 4/19/2005 | Photocopy Expense | 123.75 |
| 4/19/2005 | Court Reporter Charge | 75.00 |
| 4/20/2005 | Photocopy Expense | 88.02 |
| 4/21/2005 | Photocopy Expense | 40.95 |
| 4/21/2005 | Postage Expense | 11.03 |
| 4/22/2005 | Photocopy Expense | .36 |
| 4/22/2005 | FedEx Tracking #697182096991 - Invoice #380417426 | 9.82 |
| 4/22/2005 | Outside Professional Services | 355.00 |
| 4/24/2005 | Photocopy Expense | 103.41 |
| 4/24/2005 | Photocopy Expense | 17.75 |
| 4/25/2005 | Special Search | 51.00 |
| 4/26/2005 | Photocopy Expense | 28.26 |
| 4/26/2005 | Postage Expense | 29.40 |
| 4/26/2005 | Photocopy Expense | 3.60 |
| 4/26/2005 | Photocopy Expense | 33.48 |
| 4/27/2005 | Photocopy Expense | 23.49 |
| 4/27/2005 | FedEx Tracking #697182100005 - Invoice #380417426 | 7.82 |
| 4/28/2005 | Postage Expense | 3.18 |
| 4/29/2005 | Special Messenger Service | 5.90 |
| 4/29/2005 | Special Messenger Service | 23.30 |
| 4/29/2005 | Special Messenger Service | 79.65 |
| 4/29/2005 | Special Messenger Service | 11.35 |
| 4/30/2005 | Photocopy Expense | 2.97 |
| 4/30/2005 | Westlaw Research | 15.72 |

LAW OFFICES

Page 4

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 4/30/2005 | Westlaw Research | 48.87 |
| 4/30/2005 | Westlaw Research | 343.03 |
| 5/4/2005 | Service of Process Fee | 60.00 |
| 5/5/2005 | Photocopy Expense | 4.41 |
| 5/5/2005 | Postage Expense | .74 |
| 5/8/2005 | Postage Expense | .49 |
| 5/9/2005 | Computer Work - Hard Drive Imaging | 6,725.00 |
| 5/10/2005 | Photocopy Expense | 5.94 |
| 5/11/2005 | Postage Expense | 5.39 |
| 5/12/2005 | Photocopy Expense | 5.04 |
| 5/12/2005 | Postage Expense | 5.39 |
| 5/12/2005 | Photocopy Expense | 969.40 |
| 5/15/2005 | Photocopy Expense | 41.58 |
| 5/15/2005 | Postage Expense | 1.11 |
| 5/16/2005 | Long Distance Telephone | .15 |
| 5/16/2005 | Long Distance Telephone | .75 |
| 5/17/2005 | In-City Transportation | 10.00 |
| 5/19/2005 | Photocopy Expense | 20.97 |
| 5/19/2005 | Outside Professional Services | 75.00 |
| 5/24/2005 | Postage Expense | 3.95 |
| 5/24/2005 | Car Rental | 103.86 |
| 5/25/2005 | In-City Transportation | 6.00 |
| 5/25/2005 | Photocopy Expense | 21.78 |
| 5/25/2005 | Photocopy Expense | 62.91 |
| 5/26/2005 | Photocopy Expense | 8.01 |
| 5/26/2005 | Photocopy Expense | 16.29 |
| 5/27/2005 | In-City Transportation | 6.00 |
| 5/30/2005 | Photocopy Expense | 213.21 |
| 6/7/2005 | Photocopy Expense | 17.91 |
| 6/7/2005 | Postage Expense | 10.92 |
| 6/7/2005 | Photocopy Expense | .54 |
| 6/7/2005 | Photocopy Expense | 104.76 |
| 6/7/2005 | Photocopy Expense | 70.05 |
| 6/8/2005 | Photocopy Expense | 9.00 |
| 6/8/2005 | FedEx Tracking #697182127744 - Invoice #387551179 | 8.04 |
| 6/8/2005 | FedEx Tracking #697182127744 - Invoice #387551179 | 8.04 |
| 6/8/2005 | Correction: FedEx Tracking #697182127744 - Invoice #387551179 | -8.04 |
| 6/8/2005 | Photocopy Expense | 19.11 |
| 6/9/2005 | Photocopy Expense | .36 |
| 6/11/2005 | Special Messenger Service | 11.30 |
| 6/12/2005 | Photocopy Expense | .36 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---|
| 6/14/2005 | Photocopy Expense | 6.66 |
| 6/15/2005 | Photocopy Expense | 1.26 |
| 6/15/2005 | Meeting conducted by R. Peterson - Attendance: 7 | 17.20 |
| 6/15/2005 | Meeting conducted by T. Hooker - Attendance: 2 | 12.00 |
| 6/16/2005 | Document Review conducted by J. Laiprasert - Attendance: 1 | 2.76 |
| 6/17/2005 | Document Review conducted by J. Laiprasert - Attendance: 1 | .80 |
| 6/19/2005 | Photocopy Expense | 29.34 |
| 6/20/2005 | Photocopy Expense | 19.71 |
| 6/20/2005 | Document Review conducted by J. Laiprasert - Attendance: 1 | 3.20 |
| 6/21/2005 | Photocopy Expense | 15.57 |
| 6/21/2005 | Photocopy Expense | 28.98 |
| 6/28/2005 | In-City Transportation | 5.00 |
| 6/29/2005 | Photocopy Expense | 25.92 |
| 6/29/2005 | Photocopy Expense | .27 |
| 6/30/2005 | Photocopy Expense | 94.14 |
| 6/30/2005 | Postage Expense | 143.40 |
| 6/30/2005 | Pacer Service Center Charges | 1.12 |
| 6/30/2005 | Photocopy Expense | 27.63 |
| 7/1/2005 | Special Messenger Service | 11.30 |
| 7/1/2005 | Special Messenger Service | 5.90 |
| 7/6/2005 | Deposition conducted by J. Laiprasert - Attendance: 10 | 19.80 |
| 7/7/2005 | Pacer Service Center Charges | 32.16 |
| 7/7/2005 | Pacer Service Center Charges | 21.84 |
| 7/7/2005 | Pacer Service Center Charges | 3.52 |
| 7/7/2005 | Pacer Service Center Charges | 16.24 |
| 7/7/2005 | Pacer Service Center Charges | 5.28 |
| 7/10/2005 | Photocopy Expense | 559.44 |
| 7/10/2005 | Photocopy Expense | 671.94 |
| 7/10/2005 | Photocopy Expense | 173.16 |
| 7/10/2005 | Photocopy Expense | 35.28 |
| 7/11/2005 | Photocopy Expense | 53.73 |
| 7/11/2005 | In-City Transportation | 12.00 |
| 7/11/2005 | Photocopy Expense | 36.00 |
| 7/11/2005 | Photocopy Expense | 1.35 |
| 7/12/2005 | Photocopy Expense | 4.68 |
| 7/13/2005 | Photocopy Expense | 10.26 |
| 7/13/2005 | Photocopy Expense | 17.91 |
| 7/14/2005 | Photocopy Expense | 45.72 |
| 7/14/2005 | Deposition conducted by J. Laiprasert - Attendance: 10 | 29.32 |
| 7/15/2005 | Photocopy Expense | 12.15 |
| 7/15/2005 | Telephone Expense | .45 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 7/17/2005 | Certified Public Accountants Services - 4/7/05 - 6/30/05 | 2,470.76 |
| 7/18/2005 | Photocopy Expense | 29.79 |
| 7/19/2005 | Photocopy Expense | 10.80 |
| 7/19/2005 | Photocopy Expense | 7.40 |
| 7/19/2005 | Photocopy Expense | .81 |
| 7/20/2005 | Photocopy Expense | 94.50 |
| 7/20/2005 | FedEx Tracking #697182156957 - Invoice #394614922 | 7.97 |
| 7/20/2005 | FedEx Tracking #697182156979 - Invoice #394614922 | 7.97 |
| 7/20/2005 | Postage Expense | .37 |
| 7/21/2005 | Photocopy Expense | 17.46 |
| 7/22/2005 | Photocopy Expense | 9.09 |
| 7/22/2005 | Court Reporter Charge - Official Transcript of Evidence on Arbitration | 1,024.75 |
| 7/24/2005 | Postage Expense | 40.53 |
| 7/25/2005 | Court Reporter Charge | 63.00 |
| 7/25/2005 | Special Messenger Service | 125.00 |
| 7/26/2005 | Photocopy Expense | 6.84 |
| 7/26/2005 | In-City Transportation | 6.00 |
| 7/26/2005 | Photocopy Expense | .54 |
| 7/26/2005 | Court Reporter Charge - 7/6/05 deposition of Kim Del Monico | 964.55 |
| 7/26/2005 | Photocopy Expense | .36 |
| 7/26/2005 | Photocopy Expense | .99 |
| 7/27/2005 | Photocopy Expense | 12.78 |
| 7/27/2005 | Special Messenger Service | 35.00 |
| 7/28/2005 | Photocopy Expense | 1.35 |
| 7/28/2005 | Subpoena Fee | 70.00 |
| 7/28/2005 | Court Reporter Charge - Deposition of Patrick Del Monico - 7/11/05 | 1,018.95 |
| 7/29/2005 | Photocopy Expense | 1,229.42 |
| 7/29/2005 | Court Reporter Charge - Deposition of Patrick Del Monico and Kim Del Monico - 7/20/05 | 97.75 |
| 7/29/2005 | Photocopy Expense | 199.89 |
| 7/30/2005 | Investigation Report Fee | 6,500.00 |
| 7/31/2005 | Photocopy Expense | .09 |
| 7/31/2005 | Photocopy Expense | 2.85 |
| 7/31/2005 | Photocopy Expense | 159.84 |
| 7/31/2005 | Westlaw Research | 47.77 |
| 7/31/2005 | Photocopy Expense | .90 |
| 8/4/2005 | Photocopy Expense | 4.41 |
| 8/4/2005 | Postage Expense | .37 |
| 8/4/2005 | Subpoena Fee | 147.40 |
| 8/4/2005 | Photocopy Expense | 359.46 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 8/5/2005 | Out-of-town Travel - J. Laiprasert - Long Grove, IL - To pick up documents for review and to examine house - 8/5/05 | 118.98 |
| 8/7/2005 | Photocopy Expense | 199.53 |
| 8/7/2005 | Photocopy Expense | 33.35 |
| 8/9/2005 | Photocopy Expense | 120.78 |
| 8/9/2005 | Special Messenger Service | 60.45 |
| 8/10/2005 | Conference conducted by J. Laiprasert - Attendance: 6 | 27.78 |
| 8/11/2005 | Photocopy Expense | 19.62 |
| 8/11/2005 | Court Reporter Charge - Deposition of Patrick Del Monico - 7/29/05 | 859.37 |
| 8/11/2005 | Photocopy Expense | 1.62 |
| 8/11/2005 | Long Distance Telephone | .15 |
| 8/11/2005 | Long Distance Telephone | .45 |
| 8/11/2005 | Photocopy Expense | .72 |
| 8/11/2005 | Postage Expense | 1.11 |
| 8/12/2005 | Photocopy Expense | 1.08 |
| 8/14/2005 | Photocopy Expense | 1.98 |
| 8/15/2005 | Service of Process Fee | 100.00 |
| 8/15/2005 | Telephone Expense | .15 |
| 8/16/2005 | Photocopy Expense | 261.75 |
| 8/18/2005 | Postage Expense | 1.47 |
| 8/22/2005 | Court Reporter Charge - Deposition of Patrick Del Monico - 8/10/05 | 839.61 |
| 8/23/2005 | Special Messenger Service | 52.50 |
| 8/23/2005 | Special Messenger Service | 40.30 |
| 8/24/2005 | In-City Transportation | 12.00 |
| 8/25/2005 | Photocopy Expense | 42.48 |
| 8/29/2005 | Photocopy Expense | .18 |
| 8/30/2005 | Photocopy Expense | 73.62 |
| 8/31/2005 | Photocopy Expense | .72 |
| 8/31/2005 | Westlaw Research | 372.27 |
| 9/12/2005 | Photocopy Expense | 10.00 |
| 9/14/2005 | Special Messenger Service | 83.48 |
| 9/14/2005 | Photocopy Expense | 57.78 |
| 9/14/2005 | Photocopy Expense | 2.07 |
| 9/15/2005 | Photocopy Expense | 59.76 |
| 9/15/2005 | Photocopy Expense | 1,699.18 |
| 9/20/2005 | Special Messenger Service | 37.10 |
| 9/20/2005 | Photocopy Expense | 1.26 |
| 9/23/2005 | Photocopy Expense | .27 |
| 9/23/2005 | FedEx Tracking #697182197832 - Invoice #311365613 | 18.15 |
| 9/23/2005 | Photocopy Expense | 1.26 |
| 9/26/2005 | Photocopy Expense | 3.96 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 9/26/2005 | Postage Expense | 2.12 |
| 9/26/2005 | Photocopy Expense | .63 |
| 9/26/2005 | Photocopy Expense | .09 |
| 9/27/2005 | Special Messenger Service | 11.30 |
| 9/30/2005 | Photocopy Expense | 10.89 |
| 9/30/2005 | Filing Fee | 250.00 |
| 9/30/2005 | Westlaw Research | 25.78 |
| 10/5/2005 | Outside Professional Services | 1,731.26 |
| 10/5/2005 | Pacer Service Center Charges | .96 |
| 10/5/2005 | Pacer Service Center Charges | 2.80 |
| 10/5/2005 | Pacer Service Center Charges | 3.12 |
| 10/5/2005 | Pacer Service Center Charges | 42.56 |
| 10/5/2005 | Pacer Service Center Charges | 42.56 |
| 10/5/2005 | Pacer Service Center Charges | -42.56 |
| 10/5/2005 | Pacer Service Center Charges | 9.92 |
| 10/6/2005 | In-City Transportation | 12.00 |
| 10/7/2005 | Photocopy Expense | .45 |
| 10/12/2005 | Photocopy Expense | 1.17 |
| 10/14/2005 | Photocopy Expense | 92.34 |
| 10/14/2005 | Photocopy Expense | 91.17 |
| 10/16/2005 | Postage Expense | 49.85 |
| 10/18/2005 | Special Messenger Service | 11.30 |
| 10/18/2005 | Photocopy Expense | 2.25 |
| 10/19/2005 | Postage Expense | 1.29 |
| 10/24/2005 | Court Reporter Charge - Deposition of Patrick Del Monico - 7/14/05 | 893.30 |
| 10/25/2005 | Photocopy Expense | .72 |
| 10/26/2005 | Postage Expense | .37 |
| 11/30/2005 | Postage Expense | .60 |
| 12/9/2005 | Photocopy Expense | .18 |
| 12/13/2005 | Postage Expense | 4.15 |
| 12/14/2005 | In-City Transportation | 12.00 |
| 12/14/2005 | Photocopy Expense | .36 |
| 12/15/2005 | Photocopy Expense | .09 |
| 12/19/2005 | Special Messenger Service | 16.95 |
| 12/19/2005 | Special Messenger Service | 5.90 |
| 12/20/2005 | In-City Transportation | 12.00 |
| 1/3/2006 | Photocopy Expense | .36 |
| 1/3/2006 | Recording Fee | 36.50 |
| 1/6/2006 | Pacer Service Center Charges | 2.08 |
| 1/8/2006 | Pacer Service Center Charges | 2.24 |
| 1/8/2006 | Pacer Service Center Charges | 1.76 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 1/24/2006 | Photocopy Expense | .45 |
| 1/28/2006 | Outside Professional Services | 1,569.92 |
| 1/28/2006 | Outside Professional Services | 1,348.72 |
| 2/16/2006 | Photocopy Expense | 32.04 |
| 3/16/2006 | Photocopy Expense | 6.48 |
| 4/3/2006 | Photocopy Expense | .54 |
| 4/3/2006 | FedEx Tracking #697182319708 - Invoice #344156244 | 8.29 |
| 4/3/2006 | FedEx Tracking #697182319708 - Invoice #344156244 | 8.29 |
| 4/3/2006 | Fed Ex Correction | -8.29 |
| 4/5/2006 | Photocopy Expense | 2.88 |
| 4/5/2006 | Postage Expense | 1.56 |
| 4/6/2006 | Pacer Service Center Charges | 37.76 |
| 4/6/2006 | Photocopy Expense | .81 |
| 4/7/2006 | Photocopy Expense | 2.52 |
| 4/7/2006 | Postage Expense | 3.27 |
| 4/7/2006 | FedEx Tracking #697182323766 - Invoice #345516713 | 13.68 |
| 4/9/2006 | Photocopy Expense | .09 |
| 4/11/2006 | Photocopy Expense | .27 |
| 4/12/2006 | Postage Expense | .78 |
| 4/24/2006 | Outside Professional Services - Void Check #000511383 | 1,454.10 |
| 4/24/2006 | Outside Professional Services - Void Check #000511383 | -1,454.10 |
| 4/26/2006 | In-City Transportation | 10.00 |
| 5/1/2006 | Photocopy Expense | .09 |
| 7/5/2006 | Photocopy Expense | .18 |
| 7/6/2006 | Outside Professional Services | 1.36 |
| 7/6/2006 | Pacer Service Center Charges | 8.08 |
| 7/10/2006 | Photocopy Expense | 1.80 |
| 7/11/2006 | Check received from Alan D. Lasko & Associates | -115.82 |
| 7/20/2006 | Postage Expense | 43.17 |
| 7/20/2006 | Photocopy Expense | 179.01 |
| 8/2/2006 | Photocopy Expense | .09 |
| 8/2/2006 | Meeting conducted by J. Laiprasert - Attendance: 5 | 6.40 |
| 8/9/2006 | Photocopy Expense | 272.34 |
| 8/30/2006 | UPS Tracking #1Z6134380198701427 | 6.99 |
| 9/1/2006 | Photocopy Expense | .72 |
| 9/5/2006 | Photocopy Expense | .18 |
| 9/19/2006 | Special Messenger Service | 14.74 |
| 9/26/2006 | Postage Expense | 57.72 |
| 9/26/2006 | Photocopy Expense | 96.39 |
| 10/5/2006 | Pacer Service Center Charges | 2.72 |
| 10/5/2006 | Pacer Service Center Charges | 2.80 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/16/2006 | Photocopy Expense | 45.90 |
|---|---|---|
| 10/16/2006 | Postage Expense | 33.39 |
| 10/17/2006 | Postage Expense | .39 |
| 10/25/2006 | In-City Transportation | 12.00 |
| 11/9/2006 | Photocopy Expense | 2.88 |
| 12/5/2006 | Photocopy Expense | .18 |
| 2/12/2007 | Photocopy Expense | .22 |
| 2/21/2007 | Special Messenger Service | 11.30 |
| 2/22/2007 | Postage Expense | .78 |
| 2/22/2007 | Outside Professional Services - Void Check #000018818 | 85.00 |
| 2/22/2007 | Outside Professional Services - Void Check #000018818 | -85.00 |
| 3/16/2007 | Telephone Expense | .05 |
| 3/16/2007 | Telephone Expense | .05 |
| 3/21/2007 | Photocopy Expense | 1.32 |
| 3/23/2007 | Photocopy Expense | .11 |
| 3/26/2007 | Postage Expense | 1.89 |
| 3/26/2007 | Photocopy Expense | 2.53 |
| 4/11/2007 | Photocopy Expense | 5.39 |
| 4/16/2007 | Accurate Clerking, Inc. - Service of Process Fee - Service of Subpoena on Patrick Del Monico - Long Grove, IL | 115.00 |
| 4/19/2007 | Photocopy Expense | 1.10 |
| 5/23/2007 | Postage Expense | .41 |
| 6/11/2007 | Photocopy Expense | .44 |
| 6/15/2007 | In-City Transportation - J. Laiprasert - Roundtrip Cab Fare to Court - 6/11/07 | 15.00 |
| 7/10/2007 | Pacer Service Center Charges | .16 |
| 11/28/2007 | UPS Tracking #1Z613438NT96167568 - Invoice #00000613438487 | 9.80 |
| 11/30/2007 | Westlaw Research | 115.57 |
| 12/12/2007 | Photocopy Expense | .66 |
| 12/31/2007 | Westlaw Research | 83.59 |
| 1/17/2008 | Accurate Clerking, Inc. Special Messenger Service - Personal Service on Patrick Del Monico and Kim Del Monico, - Long Grove, IL - 1/17/08 | 125.00 |
| 1/30/2008 | In-City Transportation - R. Peterson Cab Fare to Court | 7.00 |
| 2/6/2008 | Photocopy Expense | .06 |
| 2/14/2008 | Photocopy Expense | .96 |
| 2/29/2008 | Westlaw Research | 435.44 |
| 3/5/2008 | Special Messenger Service | 70.57 |
| 4/4/2008 | Pacer Service Center Charges | .72 |
| 4/4/2008 | Pacer Service Center Charges | .40 |
| 4/4/2008 | Pacer Service Center Charges | 1.68 |
| 8/21/2008 | Photocopy Expense - Consolidated Record #140732 | 57.60 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 8/27/2008 | Photocopy Expense | 31.98 |
| 9/10/2008 | Photocopy Expense | .18 |
| 9/10/2008 | FedEx Tracking #707367322303 - Invoice #291707677 | 18.40 |
| 9/16/2008 | Photocopy Expense | .42 |
| 9/16/2008 | Photocopy Expense | .90 |
| 9/17/2008 | Photocopy Expense | .24 |
| 9/17/2008 | FedEx Tracking #707367322428 - Invoice #292572628 | 24.72 |
| 9/17/2008 | FedEx Tracking #707367322440 - Invoice #292572628 | 18.40 |
| 10/3/2008 | Pacer Service Center Charges | .32 |
| 10/7/2008 | Pacer Service Center Charges | 3.12 |
| 10/7/2008 | Pacer Service Center Charges | .88 |
| 10/17/2008 | Photocopy Expense | .12 |
| 11/7/2008 | Photocopy Expense | .36 |
| 11/17/2008 | Photocopy Expense | .24 |
| 2/23/2009 | Photocopy Expense | 2.70 |
| 2/23/2009 | UPS Tracking #1Z6134381396060066 - Invoice #00000613438099 | 5.98 |
| 2/23/2009 | UPS Tracking #1Z6134381398567622 - Invoice #00000613438099 | 5.98 |
| 2/23/2009 | UPS Tracking #1Z6134381399621007 - Invoice #00000613438099 | 5.98 |
| 2/23/2009 | UPS Tracking #1Z6134381399961597 - Invoice #00000613438099 | 5.98 |
| 3/4/2009 | UPS Tracking #1Z6134381399621007 - Invoice #00000613438109 | 4.68 |
| 3/9/2009 | Special Messenger Service | 24.75 |
| 4/3/2009 | Pacer Service Center Charges | 6.24 |
| 4/7/2010 | Pacer Service Center Charges | 5.44 |
| 4/12/2010 | In-City Transportation - M. Kelly - Roundtrip Cab Fare to Court | 12.00 |
| 7/27/2010 | Photocopy Expense | .50 |
| 8/26/2011 | UPS Tracking #1Z6134380194614958 - Invoice #00000613438361 | 6.34 |
| 10/4/2011 | Pacer Service Center Charges | 3.12 |
| 11/20/2011 | Special Messenger Service | 6.50 |
| 11/22/2011 | Photocopy Expense | .40 |
| 12/20/2011 | UPS Tracking #1Z613438A498740146 - Invoice #00000613438521 | 10.43 |
| 12/26/2011 | Photocopy Expense | .60 |
| 1/3/2013 | Pacer Service Center Charges | 19.40 |
| 1/3/2013 | Pacer Service Center Charges | 2.90 |
| | TOTAL DISBURSEMENTS | $44,684.42 |

INVOICE TOTAL                                                    $44,684.42

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PATRICK J. DEL MONICO AND | ) | Case No. 04 B 38235 |
| KIM H. DEL MONICO, | ) | |
| | ) | |
| Debtors. | ) | |

## **DECLARATION OF RONALD R. PETERSON**

I, Ronald R. Peterson, pursuant to 28 U.S.C. § 1746, do declare as follows:

1.      I am a Partner in the law firm of Jenner & Block LLP ("Jenner"), which serves as bankruptcy counsel to the Trustee in the above-captioned chapter 7 case.

2.      I have read the foregoing Application of Jenner for allowance of compensation and reimbursement of expenses and know the contents thereof, and  the same are true and correct, to the best of my knowledge, information and belief.

3.      There is no agreement or understanding between Jenner and any other party for a division of compensation as counsel to the Trustee.

4.      No division prohibited by the Bankruptcy Code will be made by Jenner.

5.      No agreement prohibited by Title 18, Section 155, has been made.

6.      I declare under penalty of perjury that the foregoing is true and correct.


　　　　　　　　　　　　*/s/ Ronald R. Peterson*
　　　　　　　　　　　　Ronald R. Peterson

Executed this 29th day of January 2015.

2153331.5