**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DEL MONICO, PATRICK J. | § | Case No. 04-38235 ABG |
| DEL MONICO, KIM H. | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  CLERK OF THE U.S. BANKRUPTCY COURT
  KENNETH S. GARDNER
  219 S. Dearborn St.
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/18/2015 in Courtroom 642,
  UNITED STATES BANKRUPTCY COURT
  219 S. Dearborn St.
  Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date Mailed: 04/09/2015 | By: UNITED STATES BANKRUPTCY COURT |
| | Clerk |

*RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| | § | |
| DEL MONICO, PATRICK J. | § | Case No. 04-38235 ABG |
| DEL MONICO, KIM H. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 000002 | Consumers Credit Union<br>PO Box 503<br>Mundelein IL 60060 | $ | $ | $ | $ |
| 000029 | LaSalle Bank, N.A.<br>4747 West Irving Park Road<br>Chicago, Illinois 60641 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Other: Office of the U.S. Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009B | Department of the Treasury Internal Revenue Services 230 S Dearborn Stop 5016 Chi Chicago IL 60604 | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fleet Credit Card Svcs<br>P O Box 970<br>Norfolk VA 23501 | $ | $ | $ |
| 000003 | Medina Landscaping<br>27218 W Highway 176<br>Wauconda, IL 60084 | $ | $ | $ |
| 000004 | First Premier Bank<br>900 West Delaware<br>Sioux Falls , SD 57104 | $ | $ | $ |
| 000005 | Bank of America<br>P O Box 2278<br>Norfolk VA 23501 | $ | $ | $ |
| 000006 | First Premier Bank<br>900 West Delaware<br>Sioux Falls , SD 57104 | $ | $ | $ |
| 000007 | Discover Financial Services<br>P O Box 8003<br>Hillard OH 43026 | $ | $ | $ |
| 000008 | Discover Financial Services<br>P O Box 8003<br>Hillard OH 43026 | $ | $ | $ |
| 000009A | Department of the Treasury<br>Internal Revenue Services<br>230 S Dearborn<br>Stop 5016 Chi<br>Chicago IL 60604 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Tidy Tank Septic Service<br>c/o Activity Collec Service Inc<br>664 Milwaukee Ave<br>Prospect Height IL 60070 | $ | $ | $ |
| 000011 | Household Bank SB NA<br>P O Box 98724<br>Las Vegas NV 89193 | $ | $ | $ |
| 000012 | Sandlweood Family Dentistry<br>c/o Activity Collec Serv Inc<br>664 Milwaukee Ave<br>Prospect Heights IL 60070 | $ | $ | $ |
| 000013 | MBNA America<br>POB 15287<br>Wilmington, DE 19886-5287 | $ | $ | $ |
| 000014 | Northwest Community Hospital<br>C/O Pelletti & Assoc<br>991 Oak Creek Drive<br>Lombard, IL 60148-6408 | $ | $ | $ |
| 000015 | Consumers Credit Union<br>PO Box 503<br>Mundelein IL 60060 | $ | $ | $ |
| 000016 | ChaseManhttnBankUSA, NA as successor in interest to<br>Bank One Delaware, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA 98121 | $ | $ | $ |
| 000017 | ChaseManhttnBankUSA, NA as successor in interest to<br>Bank One Delaware, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA 98121 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | Tidy Tanks<br>POB 512<br>Fox River Grove, IL 60021 | $ | $ | $ |
| 000020 | Medina Landscaping<br>27218 W Highway 176<br>Wauconda, IL 60084 | $ | $ | $ |
| 000021 | Consumers Credit Union<br>PO Box 503<br>Mundelein IL 60060 | $ | $ | $ |
| 000022 | Glen Ellyn Storage<br>1530 Wrightwood Court<br>Addison, IL 60101-3092 | $ | $ | $ |
| 000023 | Okeh Electric<br>825 W University Drive<br>Arlington Heights, IL 60004 | $ | $ | $ |
| 000024 | Tidy Tank Septic Service<br>c/o Activity Collec Service Inc<br>664 Milwaukee Ave<br>Prospect Height IL 60070 | $ | $ | $ |
| 000025 | CFS SunTech Servicing LLC<br>PO Box 6004<br>Ridgeland, MS 39158 | $ | $ | $ |
| 000026 | Aaron and Trecker Heating and AC<br>100 Oakwood Drive<br>Lake Zurich, IL 60047 | $ | $ | $ |
| 000027 | Citibank South Dakota Na<br>Assoc BP Amoco Payment Center<br>4300 Westown Parkway<br>West Des Moines IA 50266 | $ | $ | $ |
| 000028 | Citibank/Choice<br>PO Box 6305<br>The Lakes, NV 88901-6305 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Indeck Power Equipment<br>C/O Freeborn and Peters<br>311 S Wacker Drive<br>Chicago, Il 60606 | $ | $ | $ |
| 000031 | Indeck Power Equipment<br>C/O Freeborn and Peters<br>311 S Wacker Drive<br>Chicago, Il 60606 | $ | $ | $ |
| 000032 | A & R Leasing<br>Freeborn and Peters<br>311 S Wacker Drive<br>Chicago IL 60606 | $ | $ | $ |
| 000033 | Gerald Forsythe<br>Thomas R Fawles Esq<br>Freeborn and Peters LLP<br>311 South Wacker DR<br>Ste 3000<br>Chicago IL 60606 | $ | $ | $ |
| 000034 | Daniel Meenan Jr<br>10 South LaSalle St Ste 2424<br>Chicago, IL 60603 | $ | $ | $ |
| 000035 | American Enterprise Bank<br>c/o Michael M. Eidelman, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 North LaSalle, Suite 2600<br>Chicago, IL 60601 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000036 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ | $ | $ |
| 000037 | Kelleher & Buckley, LLC 231 West Main Street Barrington, IL 60010 | $ | $ | $ |
| 000038 | eCAST Settlement Corporation assignee of Household Finance Corporation POB 35480 Newark NJ 07193-5480 | $ | $ | $ |
| 000039 | GLM Financial 20856 North Rand Road Barrington, IL 60010 | $ | $ | $ |
| 000042 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite 200 Tucson, AZ  85712 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors       $_____

Remaining Balance       $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                                             NONE


                             Prepared By:  /s/Ronald R. Peterson_____
                                                              Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.