UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

In re:                                        §
                                              §
DEL MONICO, PATRICK J.                        §       Case No. 04-38235 ABG
DEL MONICO, KIM H.                            §
                                              §
                                              §
         Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKRUPTCY COURT
    KENNETH S. GARDNER
    219 S. Dearborn St.
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/18/2015 in Courtroom 642,
    UNITED STATES BANKRUPTCY COURT
    219 S. Dearborn St.
    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/09/2015       By: UNITED STATES BANKRUPTCY
                COURT
                     Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
DEL MONICO, PATRICK J. § Case No. 04-38235 ABG
DEL MONICO, KIM H. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 859,838.44 |
| and approved disbursements of | $ | 694,019.89 |
| leaving a balance on hand of[1] | $ | 165,818.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Consumers Credit Union<br>PO Box 503<br>Mundelein IL 60060 | $ 31,225.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000029 | LaSalle Bank, N.A.<br>4747 West Irving Park Road<br>Chicago, Illinois 60641 | $ 257,939.31 | $ 257,939.31 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 165,818.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 45,159.57 | $ 0.00 | $ 19,287.06 |
| Trustee Expenses: RONALD R. PETERSON | $ 847.28 | $ 0.00 | $ 361.87 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 296,313.50 | $ 0.00 | $ 126,551.63 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 44,684.42 | $ 0.00 | $ 19,084.13 |
| Other: Office of the U.S. Trustee | $ 1,250.00 | $ 0.00 | $ 533.86 |

Total to be paid for chapter 7 administrative expenses     $     165,818.55

Remaining Balance     $     0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 15,719.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009B | Department of the Treasury Internal Revenue Services 230 S Dearborn Stop 5016 Chi Chicago IL 60604 | $ 15,719.93 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $     0.00

Remaining Balance     $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,764,442.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fleet Credit Card Svcs<br>P O Box 970<br>Norfolk VA 23501 | $ 809.59 | $ 0.00 | $ 0.00 |
| 000003 | Medina Landscaping<br>27218 W Highway 176<br>Wauconda, IL 60084 | $ 6,530.85 | $ 0.00 | $ 0.00 |
| 000004 | First Premier Bank<br>900 West Delaware<br>Sioux Falls , SD 57104 | $ 527.36 | $ 0.00 | $ 0.00 |
| 000005 | Bank of America<br>P O Box 2278<br>Norfolk VA 23501 | $ 6,064.11 | $ 0.00 | $ 0.00 |
| 000006 | First Premier Bank<br>900 West Delaware<br>Sioux Falls , SD 57104 | $ 468.03 | $ 0.00 | $ 0.00 |
| 000007 | Discover Financial Services<br>P O Box 8003<br>Hillard OH 43026 | $ 9,519.59 | $ 0.00 | $ 0.00 |
| 000008 | Discover Financial Services<br>P O Box 8003<br>Hillard OH 43026 | $ 1,867.72 | $ 0.00 | $ 0.00 |
| 000009A | Department of the Treasury<br>Internal Revenue Services<br>230 S Dearborn<br>Stop 5016 Chi<br>Chicago IL 60604 | $ 5,313.20 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Tidy Tank Septic Service c/o Activity Collec Service Inc 664 Milwaukee Ave Prospect Height IL 60070 | $ 415.80 | $ 0.00 | $ 0.00 |
| 000011 | Household Bank SB NA P O Box 98724 Las Vegas NV 89193 | $ 570.68 | $ 0.00 | $ 0.00 |
| 000012 | Sandlweood Family Dentistry c/o Activity Collec Serv Inc 664 Milwaukee Ave Prospect Heights IL 60070 | $ 741.00 | $ 0.00 | $ 0.00 |
| 000013 | MBNA America POB 15287 Wilmington, DE 19886-5287 | $ 42,229.05 | $ 0.00 | $ 0.00 |
| 000014 | Northwest Community Hospital C/O Pelletti & Assoc 991 Oak Creek Drive Lombard, IL 60148-6408 | $ 1,736.14 | $ 0.00 | $ 0.00 |
| 000015 | Consumers Credit Union PO Box 503 Mundelein IL 60060 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000016 | ChaseManhttnBankUSA, NA as successor in interest to Bank One Delaware, NA c/o Weinstein & Riley, P.S. 2101 4th Ave., Suite 900 Seattle, WA 98121 | $ 14,427.57 | $ 0.00 | $ 0.00 |
| 000017 | ChaseManhttnBankUSA, NA as successor in interest to Bank One Delaware, NA c/o Weinstein & Riley, P.S. 2101 4th Ave., Suite 900 Seattle, WA 98121 | $ 8,094.96 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | Tidy Tanks<br>POB 512<br>Fox River Grove, IL 60021 | $ 415.80 | $ 0.00 | $ 0.00 |
| 000020 | Medina Landscaping<br>27218 W Highway 176<br>Wauconda, IL 60084 | $ 6,530.85 | $ 0.00 | $ 0.00 |
| 000021 | Consumers Credit Union<br>PO Box 503<br>Mundelein IL 60060 | $ 2,305.30 | $ 0.00 | $ 0.00 |
| 000022 | Glen Ellyn Storage<br>1530 Wrightwood Court<br>Addison, IL 60101-3092 | $ 3,509.49 | $ 0.00 | $ 0.00 |
| 000023 | Okeh Electric<br>825 W University Drive<br>Arlington Heights, IL 60004 | $ 6,448.00 | $ 0.00 | $ 0.00 |
| 000024 | Tidy Tank Septic Service<br>c/o Activity Collec Service Inc<br>664 Milwaukee Ave<br>Prospect Height IL 60070 | $ 415.80 | $ 0.00 | $ 0.00 |
| 000025 | CFS SunTech Servicing LLC<br>PO Box 6004<br>Ridgeland, MS 39158 | $ 44,670.54 | $ 0.00 | $ 0.00 |
| 000026 | Aaron and Trecker Heating and AC<br>100 Oakwood Drive<br>Lake Zurich, IL 60047 | $ 1,150.00 | $ 0.00 | $ 0.00 |
| 000027 | Citibank South Dakota Na<br>Assoc BP Amoco Payment Center<br>4300 Westown Parkway<br>West Des Moines IA 50266 | $ 1,652.33 | $ 0.00 | $ 0.00 |
| 000028 | Citibank/Choice<br>PO Box 6305<br>The Lakes, NV 88901-6305 | $ 22,028.36 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Indeck Power Equipment<br>C/O Freeborn and Peters<br>311 S Wacker Drive<br>Chicago, Il 60606 | $ 3,537,445.92 | $ 0.00 | $ 0.00 |
| 000031 | Indeck Power Equipment<br>C/O Freeborn and Peters<br>311 S Wacker Drive<br>Chicago, Il 60606 | $ 57,585.20 | $ 0.00 | $ 0.00 |
| 000032 | A & R Leasing<br>Freeborn and Peters<br>311 S Wacker Drive<br>Chicago IL 60606 | $ 883,140.00 | $ 0.00 | $ 0.00 |
| 000033 | Gerald Forsythe<br>Thomas R Fawles Esq<br>Freeborn and Peters LLP<br>311 South Wacker DR<br>Ste 3000<br>Chicago IL 60606 | $ 68,524.97 | $ 0.00 | $ 0.00 |
| 000034 | Daniel Meenan Jr<br>10 South LaSalle St Ste 2424<br>Chicago, IL 60603 | $ 29,304.00 | $ 0.00 | $ 0.00 |
| 000035 | American Enterprise Bank<br>c/o Michael M. Eidelman, Esq.<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 North LaSalle, Suite 2600<br>Chicago, IL 60601 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $                0.00

Remaining Balance    $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 43,242.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000036 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ 13,051.57 | $ 0.00 | $ 0.00 |
| 000037 | Kelleher & Buckley, LLC<br>231 West Main Street<br>Barrington, IL 60010 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000038 | eCAST Settlement Corporation assignee of Household Finance Corporation<br>POB 35480<br>Newark NJ 07193-5480 | $ 6,968.88 | $ 0.00 | $ 0.00 |
| 000039 | GLM Financial<br>20856 North Rand Road<br>Barrington, IL 60010 | $ 20,000.00 | $ 0.00 | $ 0.00 |
| 000042 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712 | $ 3,222.41 | $ 0.00 | $ 0.00 |

    Total to be paid to tardy general unsecured creditors    $ 0.00

    Remaining Balance    $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 8)*

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                    Case No. 04-38235-ABG
Patrick J Del Monico                                      Chapter 7
Kim H Del Monico
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmyers                Page 1 of 3           Date Rcvd: Apr 10, 2015
                              Form ID: pdf006             Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2015.
db/jdb         +Patrick J Del Monico,    Kim H Del Monico,    4510 Red Oak Lane,    Long Grove, IL 60047-5273
8732247        +A & R Leasing,    1111 S Willis,    Wheeling IL 60090-5816
8732248        +A & R Leasing,    Freeborn and Peters,    311 S Wacker Drive,    Chicago IL 60606-6679
8592989        +ABN Amro Mortgage,    2600 West Big Beaver Road,    Troy,MI 48084-3318
8592992        +Aaron and Trecker Heating and AC,    100 Oakwood Drive,    Lake Zurich, IL 60047-1524
8732249        +American Enterprise Bank,    600 North Buffalo Grove Road,    Buffalo Grove IL 60089-2424
10418177       +American Enterprise Bank,    c/o Michael M. Eidelman, Esq.,
                 Vedder, Price, Kaufman & Kammholz, P.C.,    222 North LaSalle, Suite 2600,
                 Chicago, IL 60601-1100
8592993        +American Student Assistance,    C/O Sun Tech, Inc,    100 Cambridge Street,    Suite 1600,
                 Boston, MA 02114-2567
8732250        +American Telephone and Telegraph,    P O box 8212,    Aurora IL 60572-8212
8592994        +American Telephone and Telegraph,    Attn Linda Adams,    Bankruptcy Dept,
                 6021 S Rio Grande Ave 1st Flr,    Orlando, FL 32809-4613
8592995         Amoco/BP Refinery,    POB 9014,    Des Moines, IA 50368-9014
8592996        +Arlington Ent-Head and Neck,    1430 North Arlington Heights Road,
                 Arlington Heights, Il 60004-4825
8592999         Bank One,    POB 15299,    Wilmington, DE 19850-5299
8653692        +Bank of America,    P O Box 2278,    Norfolk VA 23501-2278
8592997         Bank of America,    POB 53132,    Phoenix, AZ 85072-3132
8593000        +C.B. Accounts,    1101 Main St,    Peoria, IL 61606-1913
8593032        +CFS SunTech Servicing LLC,    PO Box 6004,    Ridgeland, MS 39158-6004
8593001         Capital One Services-Virginia,    POB 85015,    Richmond, VA 23285-5015
9790592        +Citibank South Dakota Na,    Assoc BP Amoco Payment Center,    4300 Westown Parkway,
                 West Des Moines IA 50266-1266
10086584        Citibank/Choice,    PO Box 6305,    The Lakes, NV 88901-6305
8593006        +Citicard,    Citibank,    POB 6500,    Sioux Falls, SD 57117-6500
8732252         Citicard,    Citibank,    P O box 6900,    Sioux Falls SD 57117
8593007        +Comprehensive Real Estate Svcs.,    203 East Grand Ave,    Lake Villa, IL 60046-9001
8593009        +Daniel Meenan Jr,    10 South LaSalle St Ste 2424,    Chicago, IL 60603-1066
8651289        +First Premier Bank,    900 West Delaware,    Sioux Falls , SD 57104-0337
8594089         First Premier Card Services,    POB 5147,    Sioux Falls, SD 57117-5147
8593013         First Premier Card Services,    POB 5524,    Sioux Falls, SD 57117-5524
9195856         Fleet Credit Card,    PO Box 15480,    Wilmington De 19850
8593015        +Fleet Credit Card Svcs,    P O Box 970,    Norfolk VA 23501-0970
8593017        +GLM Financial,    20856 North Rand Road,    Barrington, IL 60010-3707
8732246        +Gerald Forsyte,    1111 South Willis Ave,    Wheeling IL 60090-5816
8732253        +Gerald Forsythe,    Thomas R Fawles Esq,    Freeborn and Peters LLP,
                 311 South Wacker DR Ste 3000,    Chicago IL 60606-6679
9195853        +Gerald Shaprio,    Kamm & Shapiro,    318 W Adams Ste 1700,    Chicago IL 60606-5173
8593016        +Glen Ellyn Storage,    1530 Wrightwood Court,    Addison, IL 60101-3034
8714738        +Household Bank SB NA,    P O Box 98724,    Las Vegas NV 89193-8724
8593018         Household Credit Svcs,    POB 80084,    Salinas, CA 93912-0084
8593019        +Household Finance,    188 East Golf Road,    Schaumburg, IL 60173-3726
8593020        +Indeck Power Equipment,    1111 Willis Avenue,    Wheeling, IL 60090-5841
8593021        +Indeck Power Equipment,    C/O Freeborn and Peters,    311 S Wacker Drive,
                 Chicago, Il 60606-6627
8732254        +Indeck Power Equipment Company,    Gerald Forsythe,    1111 South Willis Ave,
                 Wheeling IL 60090-5816
10624318       +Kelleher & Buckley, LLC,    231 West Main Street,    Barrington, IL 60010-4205
10624314       +Kelleher & Buckley,LLC,    231 W. Main Street,    Barrington, IL 60010-4205
8592990        +LaSalle Bank N A,    c/o Jerold J Shapiro,    Kamm & Shapiro Ltd,    318 West Adams ST Ste 1700,
                 Chicago IL 60606-5173
10159507       +LaSalle Bank, N.A.,    4747 West Irving Park Road,    Chicago, Illinois 60641-2700
8593023         MBNA America,    POB 15287,    Wilmington, DE 19886-5287
8593024         MBNA Quantum,    POB 15026,    Wilmington, DE 19850-5026
8593025        +Medina Landscaping,    27218 W Highway 176,    Wauconda, IL 60084-1642
8593026        +N A C M,    C/O Vector Marketing,    1185 Harlem Road,    Buffalo, NY 14227-1733
8593027        +Northwest Connumity Hospital,    800 West Central Road,    Arlington Heights, IL 60005-2349
8593029        +Okeh Electric,    825 W University Drive,    Arlington Heights, IL 60004-1821
9195858        +Providian Visa,    PO box 192844,    San Francisco Ca 94119-2844
8593030         Providian Visa Platinum Card,    POB 192844,    San Francisco, CA 94119-2844
8593031        #+Rico Landscaping,    POB 295,    Round Lake, IL 60073-0295
8714980        +Sandlweood Family Dentistry,    c/o Activity Collec Serv Inc,    664 Milwaukee Ave,
                 Prospect Heights IL 60070-2300
9195854        +State Financial Bank,    208 Oak Creek Plaza,    Mundelein Il 60060-4610
8685929        +Tidy Tank  Septic Service,    c/o Activity Collec Service Inc,    664 Milwaukee Ave,
                 Prospect Height IL 60070-2300
9633159        +Tidy Tank Septic Service,    POB 512,    Fox River Grove, IL 60021-0512
8593033        +Tidy Tanks,    POB 512,    Fox River Grove, IL 60021-0512
8593034         Trans World System Inc,    C/O Northern Illinois MRI,    25 Northwest Highway,    Suite 750,
                 Elk Grove Village, IL 60007
9195859         Trans World Systems Inc,    25 Northwest Highway Ste 750,    Elk Grove Village IL 60007
```

```
District/off: 0752-1          User: mmyers              Page 2 of 3                  Date Rcvd: Apr 10, 2015
                              Form ID: pdf006          Total Noticed: 79

8593035          US DOE,    POB 530260,    Atlanta, GA 30353-0260
9477272         +United States Trustee,    227 W Monroe,    Suite 3350,    Chicago, IL 60606-5099
10829541         eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
                  Newark NJ 07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19623030        +E-mail/Text: bnc@bass-associates.com Apr 11 2015 00:35:26      Capital One, N.A.,
                  Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
10550589        +E-mail/Text: bncmail@w-legal.com Apr 11 2015 00:36:25      Chase Bank USA, N.A.,
                  c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
9434862         +E-mail/Text: bncmail@w-legal.com Apr 11 2015 00:36:25
                  ChaseManhttnBankUSA,NA as successor in interest to,     Bank One Delaware, NA,
                  c/o Weinstein & Riley, P.S.,    2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
8593005         +E-mail/Text: g20956@att.com Apr 11 2015 00:37:02      Cingular Wireless,   1002 West Dundee Road,
                  Arlington Heights, IL 60004-1420
8732245         +E-mail/Text: adjustments@myconsumers.org Apr 11 2015 00:35:52      Consumers Co op,
                  2750 Washington St,    Waukegan IL 60085-4959
8593008         +E-mail/Text: adjustments@myconsumers.org Apr 11 2015 00:35:52      Consumers Credit Union,
                  PO Box 503,    Mundelein IL 60060-0503
9195855          E-mail/PDF: mrdiscen@discover.com Apr 11 2015 00:46:04      Discover Card,
                  ATtn Connie Whestine,    P O box 17019,    Wilmington De 196850
8659855          E-mail/PDF: mrdiscen@discover.com Apr 11 2015 00:46:04      Discover Financial Services,
                  P O Box 8003,    Hillard OH 43026
8593011          E-mail/PDF: mrdiscen@discover.com Apr 11 2015 00:46:04      Discover Financial Svcs,
                  Attn Connie Whetstine,    POB 17019,    Wilmington, DE 19850-7019
20708443         E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2015 00:40:40      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp.,     25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605,
                  attn: Ramesh Singh
16283089        +E-mail/Text: bnc@bass-associates.com Apr 11 2015 00:35:26      HSBC Bank Nevada, N.A.,
                  (Best Buy Co., Inc.),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                  Tucson, AZ 85712-1083
8672563          E-mail/Text: cio.bncmail@irs.gov Apr 11 2015 00:35:46      Department of the Treasury,
                  Internal Revenue Services,    230 S Dearborn,    Stop 5016 Chi,    Chicago IL 60604
8592991         +E-mail/Text: sdvorak@lakecountyil.gov Apr 11 2015 00:35:18      Lake County Treasurer,
                  18 N County St,    Waukegan, IL 60085-4361
8593028          E-mail/Text: mmrgbk@miramedrg.com Apr 11 2015 00:36:21      Northwest Community Hospital,
                  C/O Pelletti & Assoc,    991 Oak Creek Drive,    Lombard, IL 60148-6408
9195857         +E-mail/Text: mmrgbk@miramedrg.com Apr 11 2015 00:36:21      Pellettieri & Assoc,
                  991 Oak Creek Drive,    Lombard IL 60148-6408
20706972         E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2015 00:40:40
                  Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                                TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Jenner & Block
aty              Michael Z Margolies
11796602         Office of the U.S. Trustee
8732251*        +Bank of America,    Po Box 53132,    Phoenix AZ 85072-3132
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: mmyers                 Page 3 of 3                  Date Rcvd: Apr 10, 2015
                               Form ID: pdf006              Total Noticed: 79
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2015 at the address(es) listed below:

        Brian H Meldrum   on behalf of Plaintiff Ronald R. Peterson, not individually, but solely as
         chapter 7 trustee for the bankruptcy estate of Patrick and Kim Del Monico bmeldrum@jenner.com
        Chester H. Foster, Jr.   on behalf of Interested Party Daniel T. Bond chf@fosterlegalsvcs.com,
         dbf@fosterlegalservices.com
        Dana N O'Brien   on behalf of Creditor   Central Loan Administration & Reporting
         dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
        Dean C Harvalis   on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
         constantine.harvalis@usdoj.gov
        Jayne  Laiprasert   on behalf of Trustee Ronald R Peterson jlaiprasert@jenner.com,
         docketing@jenner.com
        Jayne  Laiprasert   on behalf of Plaintiff Ronald R. Peterson, not individually, but solely as
         chapter 7 trustee for the bankruptcy estate of Patrick and Kim Del Monico jlaiprasert@jenner.com,
         docketing@jenner.com
        John  Ellsworth   on behalf of Interested Party John Ellis Ellsworth ellsworthlegal@yahoo.com
        John H Redfield   on behalf of Attorney   Kelleher & Buckley, LLC jredfield@craneheyman.com,
         mjoberhausen@craneheyman.com
        M. Gretchen Silver   on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
         gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
        Neal H Levin   on behalf of Creditor   Indeck Power Overseas, Ltd. nhlevin@freeborn.com,
         kpaige@freeborn.com;bkdocketing@freeborn.com
        Neal H Levin   on behalf of Creditor   Indeck Power Equipment Company nhlevin@freeborn.com,
         kpaige@freeborn.com;bkdocketing@freeborn.com
        Neal H Levin   on behalf of Creditor   A&R Leasing, LLC nhlevin@freeborn.com,
         kpaige@freeborn.com;bkdocketing@freeborn.com
        Neal H Levin   on behalf of Creditor Gerald  Forsythe nhlevin@freeborn.com,
         kpaige@freeborn.com;bkdocketing@freeborn.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Paul W Casbarian   on behalf of Joint Debtor Kim H Del Monico paul@casbarian.com
        Paul W Casbarian   on behalf of Debtor Patrick J Del Monico paul@casbarian.com
        Richard M. Fogel   on behalf of Attorney Richard M Fogel rfogel@shawfishman.com
        Ronald  Peterson   on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
         lraiford@jenner.com
        Ronald R Peterson   on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
         rpeterson@ecf.epiqsystems.com;docketing@jenner.com
        Ronald R Peterson   rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
        Stewart A Chapman   on behalf of Creditor   Central Loan Administration & Reporting
         northerndistrict@atty-pierce.com
        Thomas R. Fawkes   on behalf of Creditor Gerald  Forsythe tomf@restructuringshop.com
        Thomas R. Fawkes   on behalf of Creditor   Indeck Power Equipment Company
         tomf@restructuringshop.com
        Thomas R. Fawkes   on behalf of Creditor   A&R Leasing, LLC tomf@restructuringshop.com
        Thomas R. Fawkes   on behalf of Creditor   Indeck Power Overseas, Ltd. tomf@restructuringshop.com
                                                                                                                                                                                                         TOTAL: 25